# Exhibit A

*Activity Notes for Subject Property*

MD-BA-040.000-ROW     Community:     Primary Owner: School of Living, a non-profit corporation

| Contact Date:<br>1/7/2025 | Contact Time:<br>16:30 | Method:<br>E-mail |
|---|---|---|
| Activity Category:<br>ROE | Activity:<br>Landowner Outreach | |
| Project Rep:<br>Jenny Archer | Other Party:<br>Karen Stupski | |

Comments:
1/7/2025 at 4:30 PM: Agent Jenny Archer received an email from Karen Stupski, Vice President of the School of Living, with the letter they sent attached. The letter stated they received the letter from the project, and they are not open to further discussion because they oppose the project, and they do not consent to survey or other activities on their property

Dear Ms. Archer:
On behalf of School of Living, we acknowledge receipt of your letter but want to make it clear that we oppose the MPRP project are not open to further discussion, and do not consent to surveys or other activities on our property. This response should not be interpreted as agreement to the project in any way.
Sincerely,
Karen B. Stupski, Ph.D.

| Contact Date:<br>1/7/2025 | Contact Time:<br>16:16 | Method:<br>Phone |
|---|---|---|
| Activity Category:<br>ROE | Activity:<br>Agent Outreach | |
| Project Rep:<br>Jenny Archer | Other Party:<br>Karen Stupski | |

Comments:
1/7/2025 at 4:16 PM: Agent Jenny Archer talked to Karen B. Stupski, Vice President of the School of Living, and she stated that a certified letter was sent to Jenny Archer, Independent Land Agent with Contract Land Staff, LLC (CLS) c/o Maryland Piedmont Reliability Project - 60 West Street P.O. Box 749 Annapolis, MD 21404. Ms. Stupski told the agent he would email the letter.

| Contact Date:<br>12/18/2024 | Contact Time:<br>09:38 | Method:<br>Voice Mail |
|---|---|---|
| Activity Category:<br>ROE | Activity:<br>Agent Outreach | |
| Project Rep:<br>Jenny Archer | Other Party:<br>School of Living, a non-profit corporation | |

Comments:
12/18/2024 at 9:38 AM: Agent Jenny Archer called suspected resident agent Karen Stupski at ███████████ and left a voice mail message about the purpose of the right of entry and asking if the property owner would be interested in signing the agreement or if not interested in signing the right of entry agreement please call back and let Agent Archer know.