# EXHIBIT B

**Karen Stupski** <​█████████████████>  
To: Jenny Archer

Reply | Reply all | Forward  
Tue 1/7/2025 4:30 PM

📄 241221 MPRP Response Lett...  
66 KB

Hi Jenny,

Here is a digital copy of the letter we sent to you via certified mail on 12/21/2024.

Peace,

Karen

Karen Stupski  
Vice President  
School of Living  
Heathcote Education Committee Chair  
www.schoolofliving.org

# SCHOOL OF LIVING

**SENT VIA UNITED STATES POSTAL SERVICE CERTIFIED MAIL**

December 21, 2024

Jenny Archer
Independent Land Agent with Contract Land Staff, LLC (CLS)
c/o Maryland Piedmont Reliability Project
60 West Street
P.O. Box 749
Annapolis, MD 21404

> RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction
> Property Address: 21300 Heathcote Rd, Freeland, MD 21053
> Portion of Assessor's Parcel Number(s): 04-07-0719007310

Dear Ms. Archer:

On behalf of School of Living, we acknowledge receipt of your letter but want to make it clear that we oppose the MPRP project, are not open to further discussion, and do not consent to surveys or other activities on our property. This response should not be interpreted as agreement to the project in any way.

Sincerely,

*Karen B. Stupski*

Karen B. Stupski, Ph.D.
Vice President

60 West Street  
P.O. Box 749  
Annapolis, Maryland 21404  
833-451-MPRP (6777)  
PSEG-MPRP@pseg.com



December 3, 2024

Dear Property Owner:

The enclosed letter was previously sent to you on or around November 18, 2024 via the US Postal Service. PSEG has not received confirmation of delivery, so the letter has been resent via FedEx to ensure you receive it.

Thank you,

The MPRP Project Team

MD-BA-040.000

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



November 18, 2024

School of Living, a non-profit corporation
c/o Heathcote Center
21300 Heathcote Road
Freeland, MD 21053

     **RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction**
        **Property Address:** *21300 Heathcote Rd  Freeland Md 21053*
        **Portion of Assessor's Parcel Number(s):** *04-07-0719007310*

Dear School of Living, a non-profit corporation:

My name is **Jenny Archer**, and I am an independent Land Agent with Contract Land Staff, LLC (CLS). PSEG has retained CLS to support the real estate effort for the Maryland Piedmont Reliability Project.

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability.  After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

PSEG will be filing an application to the Maryland Public Service Commission to seek approval and grant of a Certificate of Public Convenience and Necessity (CPCN) to build the project.  You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way for this project.

Although PSEG is not seeking to purchase an easement from you at this time, PSEG is seeking temporary access to your property to evaluate its suitability for the project through a temporary right of entry (ROE) form. **Please note that a temporary right of entry is not an easement and does not grant permanent property rights or construction rights, and does not obligate you to grant an easement.** PSEG will purchase easements for the project route only if approved by the Maryland Public Service Commission.

As your assigned Land Agent, I will be your main point of contact throughout this process. I will be reaching out to you via phone, email or in-person to discuss this project, the temporary right of entry form and related compensation.

Please provide your preferred contact information by sending your information to me via text, phone or email referencing your address and/or Assessor's Parcel Number(s) listed above so that we can set up a convenient time to meet and discuss any questions you may have. I can be reached at **(410) 292-1164** or via email at **jenny.archer@contractlandstaff.com**.  Please contact me when you can, if I do not hear from you, I will attempt to reach you by phone or email over the coming weeks and/or stop by to speak with you to set up a convenient time to discuss your concerns.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



I look forward to discussing the project further with you.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has been granted the authority by PSEG to discuss the project with you.**

Sincerely,

*Jenny Archer*

Jenny Archer
Land Agent
Mobile: (410) 292-1164
Email: jenny.archer@contractlandstaff.com



MD-BA-040.000

11/20/24, 11:30 AM contractlandstaff.sendproenterprise.com/Composer/XmlRequest/GetShipLabel?guid=66725c03-359c-48e9-bc70-5f97da7c8508&…

Case 1:25-cv-01235-ABA   Document 73-2   Filed 04/15/25   Page 7 of 11

Holly Robichaux
Contract Land Staff LLC
2245 Texas Dr Ste 200
Sugar Land, TX 77479

**USPS CERTIFIED MAIL**

9402 6149 0288 9030 1408 95

School of Living, a non-profit corporation
21300 Heathcote Road
c/o Heathcote Center
Freeland, MD 21053

Shipper Ref:	05949.24.04

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



November 18, 2024

School of Living, a non-profit corporation,
21300 Heathcote Road  c/o Heathcote Center
Freeland, MD 21053

**RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction**
   **Property Address:** *21300 Heathcote Rd  Freeland MD 21053*
   **Portion of Assessor's Parcel Number(s):** *0719007310*

Dear School of Living, a non-profit corporation:

My name is **Jenny Archer**, and I am an independent Land Agent with Contract Land Staff, LLC (CLS). PSEG has retained CLS to support the real estate effort for the Maryland Piedmont Reliability Project.

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

PSEG will be filing an application to the Maryland Public Service Commission to seek approval and grant of a Certificate of Public Convenience and Necessity (CPCN) to build the project. You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way for this project.

Although PSEG is not seeking to purchase an easement from you at this time, PSEG is seeking temporary access to your property to evaluate its suitability for the project through a temporary right of entry (ROE) form. **Please note that a temporary right of entry is not an easement and does not grant permanent property rights or construction rights, and does not obligate you to grant an easement.** PSEG will purchase easements for the project route only if approved by the Maryland Public Service Commission.

As your assigned Land Agent, I will be your main point of contact throughout this process. I will be reaching out to you via phone, email or in-person to discuss this project, the temporary right of entry form and related compensation.

Please provide your preferred contact information by sending your information to me via text, phone or email referencing your address and/or Assessor's Parcel Number(s) listed above so that we can set up a convenient time to meet and discuss any questions you may have. I can be reached at **(410) 292-1164** or via email at **jenny.archer@contractlandstaff.com.**   Please contact me when you can, if I do not hear from you, I will attempt to reach you by phone or email over the coming weeks and/or stop by to speak with you to set up a convenient time to discuss your concerns.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



I look forward to discussing the project further with you.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has been granted the authority by PSEG to discuss the project with you.**

Sincerely,

*Jenny Archer*

Jenny Archer
Land Agent
Mobile: (410) 292-1164
Email: jenny.archer@contractlandstaff.com



60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



October 28, 2024

School of Living, a non-profit corporation,
21300 Heathcote Road
Freeland, MD 21053

**RE: Maryland Piedmont Reliability Project—Proposed Route: Update to October 17 Letter.**
   **Property Address:** 21300 Heathcote Rd Freeland MD 21053
   **Portion of Assessor's Parcel Number(s):** 0719007310

Dear School of Living, a non-profit corporation c/o Heathcote Center:

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way proposed for this project. Please note that at this time, PSEG is not seeking to buy an easement from you, but PSEG would like to begin discussions with you regarding the process and timing of purchasing an easement. PSEG will purchase a permanent easement across a portion of your land for the approved route, only if approved by the Maryland Public Service Commission.

**PSEG will send a letter to you during the week of November 18 to introduce the land agent assigned to you. This agent will be your direct real estate contact throughout this project.**

In the interim, PSEG would like to provide you with additional information below.

**Right of Entry (ROE)**. This is the first step in the real estate acquisition process. PSEG will be seeking temporary access to your property to perform studies necessary to verify existing site conditions and to validate public data. The ROE is not an easement and is only temporary.

**Portion of Property.** The final right of way footprint is proposed to be about 150 feet wide. The property rights sought will be a permanent easement over **a portion** of the land, in other words, **you will continue to own your property while granting certain property rights to PSEG for a fee.**

**Farming.** The majority of the proposed route will be occupied by conductor lines (wires) above the property. The conductors will be connected to H-frame structures every 1,000 or so feet. Therefore, not all property will have H-frame structures. This design allows the project route **to be farming compatible in most circumstances**, e.g., farm crops **may** be planted right up to the foundations of the structures, vegetation up to a height of 25 feet and using equipment up to a height of 20 feet, **are permissible** activities under the lines.

**Compensation for Crop Yield Loss or Damage.** While most of the proposed route is designed to be farming compatible there may be instances of crop yield loss. In those instances, PSEG will compensate you for that crop yield loss. Also, if damage occurs to crops or other non-restorable property during construction, PSEG will reimburse the landowner for those damages.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



**Property Valuation.** PSEG will pay you for the property rights sought. Following the property studies performed under the ROE, your land agent will provide details specific to your property concerning values and compensation for the portion of land that will be needed for the easement. A local appraiser will perform a market appraisal to determine fair market value for the property rights needed for the easement. The information used in the appraisal will be provided to you. Once provided, PSEG encourages you to review that information closely and discuss any specific issues you may have or unique circumstances related to your property that may impact value with your land agent.

For more information please visit the FAQ section of www.MPRP.com.

Once again, PSEG will send a letter to you during the week of November 18 to introduce the land agent assigned to you. The agent will be your direct real estate contact throughout this project and will be able to answer your specific questions.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has the authority to discuss the project with you.**

PSEG will continue to stay engaged with you as this process moves forward. If you have any questions, please email us at PSEG-MPRP@pseg.com or call the MPRP project hotline at 1-833-451-MPRP (6777).

Thank you,

The MPRP Project Team