IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| Petitioner, | * |
| v. | * Case No. 1:25-cv-01235 |
| ARENTZ FAMILY, LP, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S MOTION FOR PRELIMINARY INJUNCTION

Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") moves this Court to enter a preliminary injunction against owners of real property along the proposed route for the Maryland Piedmont Reliability Project ("Respondents"). The grounds for the Company's Motion and the relief sought therein is set forth in the accompanying Memorandum. A proposed order is filed herewith.

Date: April 15, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)

1

                        Kenneth L. Thompson (Bar No. 03630)
                        Susan R. Schipper (Bar No. 19640)
                        Emily J. Wilson (Bar No. 20780)
                        Venable LLP
                        750 E. Pratt Street
                        Suite 900
                        Baltimore, MD 21202
                        (410) 244-7400
                        csgunderson@venable.com
                        srschipper@venable.com
                        ejwilson@venable.com

                        *Attorneys for Petitioner PSEG*
                        *Renewable Transmission, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of April, 2025, I electronically filed the foregoing with the Court by using the CM/ECF system. There is currently no counsel of record for Respondents. I certify that I will serve the foregoing on Respondents.

                                                                */s/ Emily J. Wilson*
                                                                Emily J. Wilson