IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | | Case No. 1:25-cv-01235 |
| | * | |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Upon consideration of the Petition for Injunctive Relief to Obtain Temporary Access to Subject Properties for Performing Non-Invasive Field Surveys Pursuant to Md. Code Ann., Real Property § 12-111 and Motion for Preliminary Injunction and Request for Expedited Scheduling Order and the responses thereto, it is this _____ day of _____, 2025,

ORDERED:

(1)   That the Petition is granted as to all Respondents;

(2)   That, for a period from the date of this Order until Petitioner's application for a Certificate of Public Convenience and Necessity ("CPCN"), currently pending as Case No. 9773 before the Maryland Public Service Commission, is granted or denied, Petitioner shall be permitted to enter onto the properties listed below and to remain on the property to the extent necessary to make surveys, run lines or levels, or obtain information relating to the acquisition and future use of the properties in connection with the Maryland Piedmont Reliability Project ("MPRP");

(3) That Petitioner shall be permitted such access to the following properties:

Case 1:25-cv-01235-ABA   Document 75-6   Filed 04/15/25   Page 2 of 9

| Respondent | Premises Address(es) | Tax Parcel Number(s) |
|---|---|---|
| Arentz Family, LP | Backwoods Road, Westminster, MD 21158 | 07-06-012361 |
| Barney's Farm, LLC | 1305 Oakland Road, Freeland, MD 21053 | 04-06-0623035320 |
| Dells Generation Farms, LLC | Westminster, MD 21158; 3324 Bixler Church Road, Westminster, MD 21102 | 07-06-074103, 07-06-001815 |
| Groves Mill, LLC | 1920 Bachman Valley Road, Manchester, MD 21102-1322 | 07-06-001203 |
| HZ Properties, LLC | 21257 Mikules Manor Lane, Freeland, MD 21053 | 04-06-0623000400 |
| M & R, LLC | 334 Turner Crossing Road, Parkton, MD 21120-9316 | 04-07-0725000034 |
| Panora Acres, Inc. | 3000 Traceys Mill Road, Manchester, MD 21102; 3010 Traceys Mill Road, Manchester, MD; 3000 Traceys Mill Road, Manchester, MD 21102 | 07-06-071341, 07-06-004717, 07-06-012981 |
| Peter and John Radio Fellowship, Inc. | Grave Run Road; 4506 Grave Run Road, Millers, MD, 21102-3002 | 07-06-005241, 07-06-005195, 07-06-005187, 07-06-005217 |
| RBC Real Estate I, LLC | Keeney Mill Road; 2019 Oakland Road | 04-06-0626040176, 04-06-0626040177 |
| School of Living | 21300 Heathcote Road, Freeland, MD 21053 | 04-07-0719007310 |
| The Dug Hill Rod and Gun Club, Inc. | Wine Road, Westminster, MD 21158 | 07-06-004806, 07-06-012388 |
| Troyer Farms, LLC | 300 Turner Crossing Road, Parkton, MD 21120 | 04-07-0712000282 |
| Troyer Real Estate, LLC | 21300 York Road, Parkton, MD 21120-9259 | 04-07-0702085982 |
| Alene R. Stickles | New Bachmans Valley Road, Manchester, MD | 07-06-016871 |
| Robert H. Stickles, Sr. | New Bachmans Valley Road, Manchester, MD | 07-06-016871 |
| Allan Patrick Sanders | 4754 Rills Private Road, Manchester, MD 21102 | 07-06-014933 |
| Roy Francis Sanders | 4754 Rills Private Road, Manchester, MD 21102 | 07-06-014933 |
| Amy Gayle Youngblood | 1655 Bond Road, Parkton, MD 21120 | 04-07-0702001160 |
| Andrew D. Mclean | St. Pauls Road, Manchester, MD 21102 | 04-06-2200012494 |

| | | |
|---|---|---|
| Rebecca Mclean | St. Pauls Road, Manchester, MD 21102 | 04-06-2200012494 |
| Ann F. Price-Davis | 1004 Freeland Road, Freeland, MD 21053 | 04-07-0711015227 |
| Michael A. Davis | 1004 Freeland Road, Freeland, MD 21053 | 04-07-0711015227 |
| Austin L. Kaltrider | 4334 Rupp Road, Millers, MD 21102-000 | 07-06-014801 |
| Joyce E. Kaltrider | 4334 Rupp Road, Millers, MD 21102-000 | 07-06-014801 |
| Marlin L. Kaltrider | 4334 Rupp Road, Millers, MD 21102-000 | 07-06-014801 |
| Marvin L. Kaltrider | 4334 Rupp Road, Millers, MD 21102-000 | 07-06-014801 |
| Shawn L. Kaltrider | 4334 Rupp Road, Millers, MD 21102-000 | 07-06-014801 |
| Barclay G. Caras | 21108 Slab Bridge Road, Freeland, MD 21053-9771 | 04-06-2500000932 |
| Pamela J. Caras | 21108 Slab Bridge Road, Freeland, MD 21053-9771 | 04-06-2500000932 |
| Benjamin Eugene Nusbaum | New Bachman Valley Road, Manchester, MD | 07-06-004989 |
| Kenneth Eugene Nusbaum | New Bachman Valley Road, Manchester, MD | 07-06-004989 |
| Betty Lou Miller | West Ruhl Road, Freeland, Maryland 21053-9743; West Ruhl Road; 2736 West Ruhl Road, Freeland, MD 21053-9743 | 04-06-0613055125, 04-06-0613055126, 04-06-0613055127 |
| Carl E. Miller | West Ruhl Road, Freeland, Maryland 21053-9743; West Ruhl Road; 2736 West Ruhl Road, Freeland, MD 21053-9743 | 04-06-0613055125, 04-06-0613055126, 04-06-0613055127 |
| Brandon Hill | 21012 West Liberty Road, White Hall, MD 21161 | 04-07-0704000251 |
| Bruce E. Doak | Gunpowder Road | 04-06-2400002492 |
| Gayle M. Doak | Gunpowder Road | 04-06-2400002492 |
| Bryan N. Hendrix | West Ruhl Road | 04-06-2200028645, 04-06-2200028646 |
| Constance M. Hendrix | West Ruhl Road | 04-06-2200028645, 04-06-2200028646 |
| C. William Knobloch, Jr. & Carol Knobloch Living Trust Agreement dated January 30, 2019 | 4685 Crossroad Schoolhouse Road, Millers, MD 21102-0000 | 07-06-026478 |

| Name | Address | Account |
|---|---|---|
| Carmen Cockey | 4766 Schalk Number 1 Road Manchester, MD 21102-2134 | 07-06-001793 |
| Christopher D. Cockey | 4766 Schalk Number 1 Road Manchester, MD 21102-2134 | 07-06-001793 |
| Carol J. Fertitta | 4011 York Number 1 Road, Manchester, MD 21102-2141 | 07-06-045847 |
| Joseph V. Fertitta III | 4011 York Number 1 Road, Manchester, MD 21102-2141 | 07-06-045847 |
| Catherine M. Gestido | Shaffer Mill Road | 07-06-006019 |
| Eduardo E. Gestido | Shaffer Mill Road | 07-06-006019 |
| Catherine V. Miller | 4864 Schalk Road 1, Millers, MD 21102; 4850 Schalk Road 1, Millers, MD 21102 | 07-06-010113, 07-06-029507 |
| Wayne D. Miller | 4864 Schalk Road 1, Millers, MD 21102; 4850 Schalk Road 1, Millers, MD 21102 | 07-06-010113, 07-06-029507 |
| Charles Gary Atkinson | 632 Freeland Road, Freeland, MD 21053 | 04-07-0701089060 |
| Indranee Kuruppunayake | 632 Freeland Road, Freeland, MD 21053 | 04-07-0701089060 |
| Stephen Gordon Atkinson | 632 Freeland Road, Freeland, MD 21053 | 04-07-0701089060 |
| Charles William Bond | 1426 Oakland Road, Freeland, MD 21053 | 04-06-2400006477 |
| Morgan Davis Bond | 1426 Oakland Road, Freeland, MD 21053 | 04-06-2400006477 |
| Charlotte Ruth Bixler | 800 Bachmans Valley Road, Westminster, MD 21158 | 07-07-004524 |
| Cheryl Ann Geary | 21129 Gunpowder Road, Millers, MD 21102 | 04-06-2100001046 |
| Paul Joseph Geary | 21129 Gunpowder Road, Millers, MD 21102 | 04-06-2100001046 |
| Chris N. Resh | 4921 Shaffer Mill Road Lineboro, MD 21102-3035 | 07-06-004709 |
| Dorothy I. Donmoyer | 4921 Shaffer Mill Road Lineboro, MD 21102-3035 | 07-06-004709 |
| Petrice Marie Donmoyer-Resh | 4921 Shaffer Mill Road Lineboro, MD 21102-3035 | 07-06-004709 |
| Robert L. Donmoyer | 4921 Shaffer Mill Road Lineboro, MD 21102-3035 | 07-06-004709 |
| Christine D. Eyring | 4735 Crossroad Schoolhouse Road Manchester, MD 21102-0000 | 07-06-061338 |
| John M. Eyring, Jr. | 4735 Crossroad Schoolhouse Road Manchester, MD 21102-0000 | 07-06-061338 |

| Name | Address | Number |
|---|---|---|
| Daniel George Schwartz | Deep Run Road, Manchester, Maryland | 07-06-014917 |
| Deborah H. Maeder | 3931 York Number 1 Road, Millers, MD 21102-0000 | 07-06-045839 |
| John D. Maeder | 3931 York Number 1 Road, Millers, MD 21102-0000 | 07-06-045839 |
| Diane M. Cook | 3755 Back Woods Road, Westminster, MD 21158-2402 | 07-06-007775 |
| James R. Cook | 3755 Back Woods Road, Westminster, MD 21158-2402 | 07-06-007775 |
| Erich Charles Steiger | 21201 Heathcote Road, Freeland, MD 21053-9680 | 04-07-0710045326 |
| Rebecca Irene Scollan | 21201 Heathcote Road, Freeland, MD 21053-9680 | 04-07-0710045326 |
| Erik J. Lentz | 20817 Old York Road, Parkton, MD 21120 | 04-07-0712020276 |
| Esther Johann Lentz-Buenger | Old York Road | 04-07-0712020277 |
| Faith J. Weeks | 3535 Back Woods Road, Manchester, MD 21102 | 07-06-049524 |
| Michael D. Hands, Jr. | 3535 Back Woods Road, Manchester, MD 21102 | 07-06-049524 |
| Fay Ann Miller | 4318 Hanover Pike, Manchester, MD 21102-0000; 4316 Hanover Pike, Manchester, MD 21102 | 07-06-009891, 07-06-048714 |
| Kenneth E. Miller | 4318 Hanover Pike, Manchester, MD 21102-0000; 4316 Hanover Pike, Manchester, MD 21102 | 07-06-009891, 07-06-048714 |
| Francis Lee Dell | 2401 Bachman Valley Road, Manchester, MD 21102-1325 | 07-06-045820 |
| Marian V. Dell | 2401 Bachman Valley Road, Manchester, MD 21102-1325 | 07-06-045820 |
| Gary J. Brockmeyer | 3911 Calvins Twilight Way, Manchester, MD 21102 | 07-06-007074 |
| Nancy M. Brockmeyer | 3911 Calvins Twilight Way, Manchester, MD 21102 | 07-06-007074 |
| Helen L. Bull | 21106 Gunpowder Road Lineboro, MD 21102-2433 | 04-06-0623015150 |
| Henry Whitaker | 4701 Shaffer Mill Road, Manchester, MD 21102-3031 | 07-06-015077 |
| Karen A. Schleper | 4701 Shaffer Mill Road, Manchester, MD 21102-3031 | 07-06-015077 |

| | | |
|---|---|---|
| Hoeckel Family Self Settled Asset Protection Family Irrevocable Trust | 3521 Baker School House Road, Freeland, MD 21053 | 04-06-2200002208 |
| James A. O'Donnell | 21239 Mikules Manor Lane, Freeland, MD 21053 | 04-06-2400009071 |
| Patricia J. O'Donnell | 21239 Mikules Manor Lane, Freeland, MD 21053 | 04-06-2400009071 |
| Joseph L. Gover | 4037 York Road Number 1 Manchester, MD 21102-2141 | 07-06-003788 |
| Raina C. Gover | 4037 York Road Number 1 Manchester, MD 21102-2141 | 07-06-003788 |
| Judith A. Feidler | 2207 Bond Road Parkton, MD 21120 | 04-07-2000000270 |
| Julia Lu | 914 Bachmans Valley Road, Westminster, MD 21158 | 07-07-012055 |
| Zhejun Fan | 914 Bachmans Valley Road, Westminster, MD 21158 | 07-07-012055 |
| Julius J. Pitrone | Wine Road, Manchester, MD | 07-06-049729, 07-06-049737, 07-06-049745 |
| Justin Wright | 4248 Rupp Road Manchester, MD 21102-2129 | 07-06-045847 |
| Keith Emerson Ensor | 21141 Lentz Road, Parkton, MD 21120-9127; Old York Road | 04-07-2000012824, 04-07-0705061425 |
| Kevin Lee Ensor | 21141 Lentz Road, Parkton, MD 21120-9127; Old York Road | 04-07-2000012824, 04-07-0705061425 |
| Kimberly A. Johnston | 4748 Full Moon Drive, Manchester, MD 21102, Full Moon Drive, Manchester, MD 21102-0000 | 07-06-003508, 07-06-068871 |
| Leslie Alfred White | 21213 York Road, Parkton, MD 21120-9253 | 04-07-0723000627 |
| Linda S. Gresock | 2132 Gibson Road, White Hall, MD 21161 | 04-07-1600002435 |
| Thomas S. Gresock | 2132 Gibson Road, White Hall, MD 21161 | 04-07-1600002435 |
| Lisa M. Ward | 2425 Bachman Valley Road, Manchester, MD 21102-1325 | 07-06-059368 |
| Zachary J. Ward | 2425 Bachman Valley Road, Manchester, MD 21102-1325 | 07-06-059368 |
| Mabel E. Wilson Revocable Trust dated 3/25/1998 | 21133 Old York Road, Parkton, MD 21120; Old York Road, Parkton, MD 21120 | 04-07-0711035191, 04-07-0711035190 |
| Matt Unkle | 4751 Grave Run Road Millers, MD 21102-3007 | 07-06-057144 |

| Name | Address | Number |
|---|---|---|
| Tomi Unkle | 4751 Grave Run Road Millers, MD 21102-3007 | 07-06-057144 |
| Matthew Lee Dell | 2128 Bachman Valley Road, Manchester, MD 21102-1331 | 07-06-069290 |
| Mohamad A. Kourani | 1018 Freeland Road, Freeland, MD 21053 | 04-07-0711015226 |
| Nada E. Kourani | 1018 Freeland Road, Freeland, MD 21053 | 04-07-0711015226 |
| Morris L. Bohlayer | 920 Freeland Road, Freeland, MD 21053 | 04-07-0702057200 |
| Sharon A. Bohlayer | 920 Freeland Road, Freeland, MD 21053 | 04-07-0702057200 |
| Nancy E. Cramer | Water Tank Road | 07-06-013252 |
| Nancy Eileen Pierce | 4611 Water Tank Road, Manchester, MD 21102 | 07-06-027512 |
| Nancy P. Macbride | 3806 Wine Road, Westminster, MD 21158-2419; Back Woods Road, Westminster, MD 21158 | 07-06-011365, 07-06-051464 |
| Pamela M. Wilson | 21200 Mikules Manor Lane, Freeland, MD 21053 | 04-06-1700014423 |
| Robert Keith Wilson | 21200 Mikules Manor Lane, Freeland, MD 21053 | 04-06-1700014423 |
| Phyllis A. Rehmeyer | Oakland Road, Freeland, MD 21053 | 04-07-2400012436 |
| Todd M. Rehmeyer | Oakland Road, Freeland, MD 21053 | 04-07-2400012436 |
| Richard M. Doster, Jr. | 818 Freeland Road, Freeland, MD 21053-9520 | 04-07-0704050225 |
| Thomas B. Collins | 4180 Rupp Road, Millers, MD 21102-0000 | 07-06-028594 |
| Tracy W. Collins | 4180 Rupp Road, Millers, MD 21102-0000 | 07-06-028594 |

(4) That Petitioner shall give a Respondent not less than 24 hours' notice that Petitioner will enter onto the Respondent's property by taping a notice on the front door of the Respondent; Petitioner may give one notice for entry on multiple days; and

(5) That Petitioner shall serve a copy of this Order on each Respondent by certified mail, next day delivery, and shall tape a copy of the Order on the front door of the house located on each Respondent's property.

_____
Judge, United States District Court for the
District of Maryland