IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| Petitioner, | * |
| v. | * Case No. 1:25-cv-01235 |
| BARNEY'S FARM, LLC, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## EXPEDITED SCHEDULING ORDER FOR PRELIMINARY INJUNCTION

Upon consideration of the Motion for Preliminary Injunction and Request for Expedited Scheduling Order and supporting declarations filed by Petitioner, PSEG Renewable Transmission LLC, it is this __16th__ day of April, 2025,

ORDERED:

(1) That the Motion for an Expedited Scheduling Order is GRANTED;

(2) That Respondents shall file any response to the Motion for a Preliminary Injunction within seven (7) business days of the date of the service of (a) the Petition, (b) the Motion for a Preliminary Injunction and Request for Expedited Scheduling Order, (c) all memoranda and supporting declarations that relate to a Respondent's property, and (d) a copy of this Order;

(3) That service shall be made by certified mail, next day delivery, and by taping a copy of the papers listed above on the front door of the homes located on the properties of the Respondents;

(4) That Petitioner may file a reply to a response of a Respondent within three business days after the filing of the Respondent's response; and

(5) That the Court shall schedule further proceedings upon review of any responses and replies filed pursuant to this Order.

_____
Judge, United States District Court for the
District of Maryland