# Exhibit A

*Activity Notes for Subject Property*

MD-BA-045.000-ROW    Community:    Primary Owner: Mohamad A Kourani

| | | |
|---|---|---|
| **Contact Date:**<br>12/6/2024 | **Contact Time:**<br>12:31 | **Method:**<br>E-mail |
| **Activity Category:**<br>ROE | **Activity:**<br>Landowner Outreach | |
| **Project Rep:**<br>Jenny Archer | **Other Party:**<br>Mohamad A Kourani | |

Comments:
12/6/2024 at 12:31 PM: Agent Jenny Archer received an email from Mohamad Kourani stating he is the owner of 1018 Freeland Road, and he does not grant anyone access to his property and do not contact him again.

Transcript:
1018 Freeland Road Owner
Fri 12/6/2024 12:31 PM
Good morning,
I am the new owner of 1018 Freeland Road. I do NOT grant you or anyone affiliated with you access onto my property. You may not come on my land or near my land. I have cameras and will prosecute if I see anyone on my property. I also have no trespass signs so you're clearly aware when you enter my property. Lastly, I have Belgian Malinois dogs that have access to my entire property. They do not like strangers and if you come on my property, you're subject to repercussions from my watch dogs. I hope I was clear to you. The answer is and will always be NO to anything you ask me. Do not come on my property and do not contact me again.
Sincerely,
Mohamad Kourani