# EXHIBIT B

1018 Freeland Road Owner

KT Kourani Transport[redacted]>

To: Jenny Archer

Reply Reply all Forward

Fri 12/6/2024 12:31 PM

Good Morning,

I am the new owner of 1018 Freeland road. I do **NOT** grant you or anyone affiliated with you access onto my property. You may not come on my land or near my land. I have cameras and will prosecute if I see anyone on my property. I also have no trespass signs so you're clearly aware when you enter my property. Lastly, I have Belgian Malinois dogs that have access to my entire property. They do not like strangers and if you come on my property you're subject to repercussions from my watch dogs.

I hope I was clear to you. The answer is and will always be **NO** to anything you ask me. Do not come on my property and do not contact me again.

Sincerely,

Mohamad Kourani

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

December 3, 2024

Dear Property Owner:

The enclosed letter was previously sent to you on or around November 18, 2024 via the US Postal Service. PSEG has not received confirmation of delivery, so the letter has been resent via FedEx to ensure you receive it.

Thank you,

The MPRP Project Team

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

November 18, 2024

[REDACTED]
1018 Freeland Road
Freeland, MD 21053-9688

**RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction**
**Property Address:** *1018 Freeland Rd Freeland Md 21053*
**Portion of Assessor's Parcel Number(s):** *04-07-0711015226*

Dear [REDACTED]:

My name is **Jenny Archer**, and I am an independent Land Agent with Contract Land Staff, LLC (CLS). PSEG has retained CLS to support the real estate effort for the Maryland Piedmont Reliability Project.

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

PSEG will be filing an application to the Maryland Public Service Commission to seek approval and grant of a Certificate of Public Convenience and Necessity (CPCN) to build the project. You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way for this project.

Although PSEG is not seeking to purchase an easement from you at this time, PSEG is seeking temporary access to your property to evaluate its suitability for the project through a temporary right of entry (ROE) form. **Please note that a temporary right of entry is not an easement and does not grant permanent property rights or construction rights, and does not obligate you to grant an easement.** PSEG will purchase easements for the project route only if approved by the Maryland Public Service Commission.

As your assigned Land Agent, I will be your main point of contact throughout this process. I will be reaching out to you via phone, email or in-person to discuss this project, the temporary right of entry form and related compensation.

Please provide your preferred contact information by sending your information to me via text, phone or email referencing your address and/or Assessor's Parcel Number(s) listed above so that we can set up a convenient time to meet and discuss any questions you may have. I can be reached at **(410) 292-1164** or via email at **jenny.archer@contractlandstaff.com**. Please contact me when you can, if I do not hear from you, I will attempt to reach you by phone or email over the coming weeks and/or stop by to speak with you to set up a convenient time to discuss your concerns.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com




I look forward to discussing the project further with you.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has been granted the authority by PSEG to discuss the project with you.**

Sincerely,

*Jenny Archer*

Jenny Archer
Land Agent
Mobile: (410) 292-1164
Email: jenny.archer@contractlandstaff.com



60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

December 3, 2024

Dear Property Owner:

The enclosed letter was previously sent to you on or around November 18, 2024 via the US Postal Service. PSEG has not received confirmation of delivery, so the letter has been resent via FedEx to ensure you receive it.

Thank you,

The MPRP Project Team

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

November 18, 2024

1018 Freeland Road
Freeland, MD 21053-9688

**RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction**
**Property Address:** *1018 Freeland Rd Freeland Md 21053*
**Portion of Assessor's Parcel Number(s):** *04-07-0711015226*

Dear :

My name is **Jenny Archer**, and I am an independent Land Agent with Contract Land Staff, LLC (CLS). PSEG has retained CLS to support the real estate effort for the Maryland Piedmont Reliability Project.

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

PSEG will be filing an application to the Maryland Public Service Commission to seek approval and grant of a Certificate of Public Convenience and Necessity (CPCN) to build the project. You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way for this project.

Although PSEG is not seeking to purchase an easement from you at this time, PSEG is seeking temporary access to your property to evaluate its suitability for the project through a temporary right of entry (ROE) form. **Please note that a temporary right of entry is not an easement and does not grant permanent property rights or construction rights, and does not obligate you to grant an easement.** PSEG will purchase easements for the project route only if approved by the Maryland Public Service Commission.

As your assigned Land Agent, I will be your main point of contact throughout this process. I will be reaching out to you via phone, email or in-person to discuss this project, the temporary right of entry form and related compensation.

Please provide your preferred contact information by sending your information to me via text, phone or email referencing your address and/or Assessor's Parcel Number(s) listed above so that we can set up a convenient time to meet and discuss any questions you may have. I can be reached at **(410) 292-1164** or via email at **jenny.archer@contractlandstaff.com**. Please contact me when you can, if I do not hear from you, I will attempt to reach you by phone or email over the coming weeks and/or stop by to speak with you to set up a convenient time to discuss your concerns.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

I look forward to discussing the project further with you.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has been granted the authority by PSEG to discuss the project with you.**

Sincerely,

*Jenny Archer*

Jenny Archer
Land Agent
Mobile: (410) 292-1164
Email: jenny.archer@contractlandstaff.com

11/20/24, 11:46 AM contractlandstaff.sendproenterprise.com/Composer/XmlRequest/GetShipLabel?guid=ea43fe8c-e69d-411a-a8bd-875e78afdd9c&...

Holly Robichaux
Contract Land Staff LLC
2245 Texas Dr Ste 200
Sugar Land, TX 77479

USPS CERTIFIED MAIL

9402 6149 0288 9030 1411 82

[redacted]
1018 Freeland Road
Freeland, MD 21053-9688

Shipper Ref: 05949.24.04

https://contractlandstaff.sendproenterprise.com/Composer/XmlRequest/GetShipLabel?guid=ea43fe8c-e69d-411a-a8bd-875e78afdd9c&pagenumber=0... 1/1

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

MPRP
MARYLAND PIEDMONT
RELIABILITY PROJECT
PSEG

November 18, 2024

1018 Freeland Road
Freeland, MD 21053-9688

**RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction**
**Property Address:** *1018 Freeland Rd Freeland MD 21053*
**Portion of Assessor's Parcel Number(s):** *0711015226*

Dear

My name is **Jenny Archer**, and I am an independent Land Agent with Contract Land Staff, LLC (CLS). PSEG has retained CLS to support the real estate effort for the Maryland Piedmont Reliability Project.

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

PSEG will be filing an application to the Maryland Public Service Commission to seek approval and grant of a Certificate of Public Convenience and Necessity (CPCN) to build the project. You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way for this project.

Although PSEG is not seeking to purchase an easement from you at this time, PSEG is seeking temporary access to your property to evaluate its suitability for the project through a temporary right of entry (ROE) form. **Please note that a temporary right of entry is not an easement and does not grant permanent property rights or construction rights, and does not obligate you to grant an easement.** PSEG will purchase easements for the project route only if approved by the Maryland Public Service Commission.

As your assigned Land Agent, I will be your main point of contact throughout this process. I will be reaching out to you via phone, email or in-person to discuss this project, the temporary right of entry form and related compensation.

Please provide your preferred contact information by sending your information to me via text, phone or email referencing your address and/or Assessor's Parcel Number(s) listed above so that we can set up a convenient time to meet and discuss any questions you may have. I can be reached at **(410) 292-1164** or via email at **jenny.archer@contractlandstaff.com.** Please contact me when you can, if I do not hear from you, I will attempt to reach you by phone or email over the coming weeks and/or stop by to speak with you to set up a convenient time to discuss your concerns.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



I look forward to discussing the project further with you.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has been granted the authority by PSEG to discuss the project with you.**

Sincerely,

*Jenny Archer*

Jenny Archer
Land Agent
Mobile: (410) 292-1164
Email: jenny.archer@contractlandstaff.com



11/20/24, 10:32 AM contractlandstaff.sendproenterprise.com/Composer/XmlRequest/GetShipLabel?guid=664754ca-1baf-4a74-9f9a-2e387d348379&…

Holly Robichaux
Contract Land Staff LLC
2245 Texas Dr Ste 200
Sugar Land, TX 77479

USPS CERTIFIED MAIL

9402 6149 0288 9030 1401 78

[redacted]
1018 Freeland Road
Freeland, MD 21053-9688

Shipper Ref: 05949.24.04

https://contractlandstaff.sendproenterprise.com/Composer/XmlRequest/GetShipLabel?guid=664754ca-1baf-4a74-9f9a-2e387d348379&pagenumber=… 1/1

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

MPRP
MARYLAND PIEDMONT RELIABILITY PROJECT
PSEG

November 18, 2024

[redacted]
1018 Freeland Road
Freeland, MD 21053-9688

**RE: Maryland Piedmont Reliability Project—Proposed Route: Land Agent Introduction**
**Property Address:** *1018 Freeland Rd Freeland MD 21053*
**Portion of Assessor's Parcel Number(s):** *0711015226*

Dear [redacted]

My name is **Jenny Archer**, and I am an independent Land Agent with Contract Land Staff, LLC (CLS). PSEG has retained CLS to support the real estate effort for the Maryland Piedmont Reliability Project.

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

PSEG will be filing an application to the Maryland Public Service Commission to seek approval and grant of a Certificate of Public Convenience and Necessity (CPCN) to build the project. You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way for this project.

Although PSEG is not seeking to purchase an easement from you at this time, PSEG is seeking temporary access to your property to evaluate its suitability for the project through a temporary right of entry (ROE) form. **Please note that a temporary right of entry is not an easement and does not grant permanent property rights or construction rights, and does not obligate you to grant an easement.** PSEG will purchase easements for the project route only if approved by the Maryland Public Service Commission.

As your assigned Land Agent, I will be your main point of contact throughout this process. I will be reaching out to you via phone, email or in-person to discuss this project, the temporary right of entry form and related compensation.

Please provide your preferred contact information by sending your information to me via text, phone or email referencing your address and/or Assessor's Parcel Number(s) listed above so that we can set up a convenient time to meet and discuss any questions you may have. I can be reached at **(410) 292-1164** or via email at **jenny.archer@contractlandstaff.com.** Please contact me when you can, if I do not hear from you, I will attempt to reach you by phone or email over the coming weeks and/or stop by to speak with you to set up a convenient time to discuss your concerns.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

I look forward to discussing the project further with you.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has been granted the authority by PSEG to discuss the project with you.**

Sincerely,

*Jenny Archer*

Jenny Archer
Land Agent
Mobile: (410) 292-1164
Email: jenny.archer@contractlandstaff.com

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

MPRP MARYLAND PIEDMONT RELIABILITY PROJECT
PSEG

October 28, 2024

[redacted]
1018 Freeland Road
Freeland, MD 21053-9688

**RE: Maryland Piedmont Reliability Project—Proposed Route: Update to October 17 Letter.**
**Property Address:** 1018 Freeland Rd Freeland MD 21053
**Portion of Assessor's Parcel Number(s):** 0711015226

Dear [redacted]:

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way proposed for this project. Please note that at this time, PSEG is not seeking to buy an easement from you, but PSEG would like to begin discussions with you regarding the process and timing of purchasing an easement. PSEG will purchase a permanent easement across a portion of your land for the approved route, only if approved by the Maryland Public Service Commission.

**PSEG will send a letter to you during the week of November 18 to introduce the land agent assigned to you. This agent will be your direct real estate contact throughout this project.**

In the interim, PSEG would like to provide you with additional information below.

**Right of Entry (ROE)**. This is the first step in the real estate acquisition process. PSEG will be seeking temporary access to your property to perform studies necessary to verify existing site conditions and to validate public data. The ROE is not an easement and is only temporary.

**Portion of Property.** The final right of way footprint is proposed to be about 150 feet wide. The property rights sought will be a permanent easement over **a portion** of the land, in other words, **you will continue to own your property while granting certain property rights to PSEG for a fee.**

**Farming.** The majority of the proposed route will be occupied by conductor lines (wires) above the property. The conductors will be connected to H-frame structures every 1,000 or so feet. Therefore, not all property will have H-frame structures. This design allows the project route **to be farming compatible in most circumstances**, e.g., farm crops **may** be planted right up to the foundations of the structures, vegetation up to a height of 25 feet and using equipment up to a height of 20 feet, **are permissible** activities under the lines.

**Compensation for Crop Yield Loss or Damage.** While most of the proposed route is designed to be farming compatible there may be instances of crop yield loss. In those instances, PSEG will compensate you for that crop yield loss. Also, if damage occurs to crops or other non-restorable property during construction, PSEG will reimburse the landowner for those damages.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



**Property Valuation.** PSEG will pay you for the property rights sought. Following the property studies performed under the ROE, your land agent will provide details specific to your property concerning values and compensation for the portion of land that will be needed for the easement. A local appraiser will perform a market appraisal to determine fair market value for the property rights needed for the easement. The information used in the appraisal will be provided to you. Once provided, PSEG encourages you to review that information closely and discuss any specific issues you may have or unique circumstances related to your property that may impact value with your land agent.

For more information please visit the FAQ section of www.MPRP.com.

Once again, PSEG will send a letter to you during the week of November 18 to introduce the land agent assigned to you. The agent will be your direct real estate contact throughout this project and will be able to answer your specific questions.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has the authority to discuss the project with you.**

PSEG will continue to stay engaged with you as this process moves forward. If you have any questions, please email us at PSEG-MPRP@pseg.com or call the MPRP project hotline at 1-833-451-MPRP (6777).

Thank you,

The MPRP Project Team

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com

October 28, 2024

[REDACTED]
1018 Freeland Road
Freeland, MD 21053-9688

**RE: Maryland Piedmont Reliability Project—Proposed Route: Update to October 17 Letter.**
**Property Address:** 1018 Freeland Rd Freeland MD 21053
**Portion of Assessor's Parcel Number(s):** 0711015226

Dear [REDACTED]

In 2023, PJM (the Regional Transmission Organization responsible for operating and planning the regional electric grid in all or part of thirteen states including Maryland) determined there is a need for significantly increased transmission capacity into Maryland and the surrounding region to ensure reliability. After running a competitive solicitation process, PJM selected numerous projects to address these reliability concerns. PSEG's Maryland Piedmont Reliability Project (MPRP), one of these critical electric transmission system enhancements, is a 500,000-volt (500 kV) transmission line which will increase power supply import capability into Maryland and the surrounding region to meet customer needs and support Maryland's energy future.

You are receiving this letter because public records indicate you own property along the proposed route for the 150-foot wide right of way proposed for this project. Please note that at this time, PSEG is not seeking to buy an easement from you, but PSEG would like to begin discussions with you regarding the process and timing of purchasing an easement. PSEG will purchase a permanent easement across a portion of your land for the approved route, only if approved by the Maryland Public Service Commission.

**PSEG will send a letter to you during the week of November 18 to introduce the land agent assigned to you. This agent will be your direct real estate contact throughout this project.**

In the interim, PSEG would like to provide you with additional information below.

**Right of Entry (ROE)**. This is the first step in the real estate acquisition process. PSEG will be seeking temporary access to your property to perform studies necessary to verify existing site conditions and to validate public data. The ROE is not an easement and is only temporary.

**Portion of Property.** The final right of way footprint is proposed to be about 150 feet wide. The property rights sought will be a permanent easement over **a portion** of the land, in other words, **you will continue to own your property while granting certain property rights to PSEG for a fee.**

**Farming.** The majority of the proposed route will be occupied by conductor lines (wires) above the property. The conductors will be connected to H-frame structures every 1,000 or so feet. Therefore, not all property will have H-frame structures. This design allows the project route **to be farming compatible in most circumstances**, e.g., farm crops **may** be planted right up to the foundations of the structures, vegetation up to a height of 25 feet and using equipment up to a height of 20 feet, **are permissible** activities under the lines.

**Compensation for Crop Yield Loss or Damage.** While most of the proposed route is designed to be farming compatible there may be instances of crop yield loss. In those instances, PSEG will compensate you for that crop yield loss. Also, if damage occurs to crops or other non-restorable property during construction, PSEG will reimburse the landowner for those damages.

60 West Street
P.O. Box 749
Annapolis, Maryland 21404
833-451-MPRP (6777)
PSEG-MPRP@pseg.com



**Property Valuation.** PSEG will pay you for the property rights sought. Following the property studies performed under the ROE, your land agent will provide details specific to your property concerning values and compensation for the portion of land that will be needed for the easement. A local appraiser will perform a market appraisal to determine fair market value for the property rights needed for the easement. The information used in the appraisal will be provided to you. Once provided, PSEG encourages you to review that information closely and discuss any specific issues you may have or unique circumstances related to your property that may impact value with your land agent.

For more information please visit the FAQ section of www.MPRP.com.

Once again, PSEG will send a letter to you during the week of November 18 to introduce the land agent assigned to you. The agent will be your direct real estate contact throughout this project and will be able to answer your specific questions.

**Please be advised that only a PSEG/Contract Land Staff-badged representative has the authority to discuss the project with you.**

PSEG will continue to stay engaged with you as this process moves forward. If you have any questions, please email us at PSEG-MPRP@pseg.com or call the MPRP project hotline at 1-833-451-MPRP (6777).

Thank you,

The MPRP Project Team