**RESPONDENT PETER AND JOHNN RADIO FELLOWSHIP INC.'S OPPOSITION TO PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S MOTION FOR PRELIMINARY INJUNCTION**

Case No. 1:25-cv-01235-ABA

**EXHIBIT 1 TO DECLARATION OF JON BISSET**

