**RESPONDENT PETER AND JOHNN RADIO FELLOWSHIP INC.'S
OPPOSITION TO
PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S MOTION FOR
PRELIMINARY INJUNCTION**

**Case No. 1:25-cv-01235-ABA**

**EXHIBIT 3**

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **     ** KEEP WITH DOCUMENT **

DOCUMENT CODE __45__   BUSINESS CODE __20__
__DE__

\#  _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging /Converting _____

_____

_____

Surviving/Resulting _____

_____

_____

```
1000362014890885

ID # Z25955956  ACK # 1000362014890885
PAGES: 0003
PSEG RENEWABLE TRANSMISSION LLC


04/15/2025   AT 11:35 A  WO # 0005233550
```

New Name _____

_____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 425 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| NP Fund: | |
| Other: | |

TOTAL FEES: __525__

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
          and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Credit Card _____   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: __27__

Keyed By: _____

COMMENT(S):

Code _____

Attention: _____

Mail: Names and Address

```
VENABLE LLP
SUITE 900
750 E PRATT ST
BALTIMORE MD 21202-3142
```

Stamp Work Order and Customer Number HERE

```
CUST ID:0004016976
WORK ORDER:0005233550
DATE:04-15-2025 11:36 AM
AMT. PAID:$525.00
```

Maryland Department of Assessments and Taxation
Charter Division
LIMITED LIABILITY COMPANY REGISTRATION
(For non-Maryland Limited Liability Company)
(Filing fee $100)

APR 1 5 2025

This document must be accompanied by written proof of existence from the home state, equivalent to a Certificate of Good Standing and issued within the last 60 days.

If this a Reregistration check here: ☐
The SDAT ID Number is: _____

1) Full legal name in home jurisdiction: **PSEG Renewable Transmission LLC**

2) Name it will use in Maryland if different from above: _____

(Must include "Limited Liability Company" or "LLC")

3) State of Formation: **Delaware**

4) Date of Formation: **7/29/2021**

5) Principal Office Address: **80 Park Plaza, Newark, New Jersey 07101**

6) Nature of Business in Maryland: **Engaged in the development, construction, maintenance and ownership of high voltage transmission lines.**

CUST ID:00004016976
WORK ORDER:0005233550
DATE:04-15-2025 11:36 AM
AMT. PAID:$525.00

7) Is this entity registered in its State of Formation as a Series LLC?
Yes ☐  No ☑

8) Name and Address (No P.O. Boxes) of Resident Agent for Service of Process in Maryland:
The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093

If no Resident Agent is named or if the agent cannot be found or served, this Department is appointed as Resident Agent of this Limited Liability Company for no additional fee.

9) Has this Limited Liability Company done business in Maryland prior to this registration?
Yes ☐  No ☑ (Circle one. If yes, payment of $200 penalty must accompany this registration)

10) **Lathrop Craig** Digitally signed by Lathrop Craig
Date: 2025.04.14 17:26:47 -04'00'  (Signature of Authorized Person)

11) I hereby consent to my designation in this document as resident agent for this LLC
The Corporation Trust Incorporated   Madonna Cuddihy, Assistant Secretary   (Signature of Resident Agent)

Maryland State Department of Assessments and Taxation   700 East Pratt Street, Suite 2700, Baltimore, Maryland
Limited Liability Company Registration   Revised August 2024 Page 1

# Delaware

The First State

Page 1

APR 15 2025

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "PSEG RENEWABLE TRANSMISSION LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTEENTH DAY OF APRIL, A.D. 2025.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

*C. P. Sanchez*
Charuni Patibanda-Sanchez, Secretary of State

6126899 8300
SR# 20251559381

Authentication: 203435671
Date: 04-14-25

You may verify this certificate online at corp.delaware.gov/authver.shtml