**RESPONDENT PETER AND JOHNN RADIO FELLOWSHIP INC.'S
OPPOSITION TO
PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S MOTION FOR
PRELIMINARY INJUNCTION**

**Case No. 1:25-cv-01235-ABA**

**EXHIBIT 4**



## CONTRACT LAND STAFF, LLC: Z13463575

**General Information** | **Filing History** | **Annual Report/Personal Property**

## Filing History

The items listed below are associated with this business.

👁 – Click to view/print PDF (note: some items may not be available to view)

💬 – Click to view comment associated with this item

| Item | Date/Time Filed |
|---|---|
| | |
| DEPT. ACTION - FORFEITURE 💬 | 12/23/2016 10:38:00 PM |
| 👁 REGISTRATION | 3/11/2010 12:09:00 PM |



### CONTRACT LAND STAFF, INC.: F04568283

General Information | Filing History | Annual Report/Personal Property

## Filing History

Options for this Business

The items listed below are associated with this business.
 – Click to view/print PDF (note: some items may not be available to view)
 – Click to view comment associated with this item

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| DEPT. ACTION - FORFEITURE | 11/17/2003 12:55:00 AM | | | |
| CHANGE OF R.A.A. | 11/17/1997 8:30:00 AM | F3998 | 93 | 1359 |
| QUALIFICATION | 12/18/1996 10:33:00 AM | F3883 | 2317 | 3 |

New Search    Order Documents