# EXHIBIT B

# CONTRACT LAND STAFF, LLC: Z13463575

**Department ID Number:**
Z13463575

**Business Name:**
CONTRACT LAND STAFF, LLC

**Principal Office:** 
STE 600
8888 KEYSTONE CROSSING
INDIANAPOLIS IN 46240

**Resident Agent:** 
THE CORPORATION TRUST INCORPORATED
351 WEST CAMDEN STREET
BALTIMORE MD 21201-7912

**Status:**
FORFEITED 

**Good Standing:**
THIS BUSINESS IS **NOT IN GOOD STANDING**

**Business Type:**
FOREIGN LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**
03/11/2010

**State of Formation:**
IN

**Stock Status:**
N/A

**Close Status:**
N/A

## CONTRACT LAND STAFF, LLC: Z13463575

## Filing History

The items listed below are associated with this business.

👁 – Click to view/print PDF (note: some items may not be available to view)

💬 – Click to view comment associated with this item

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| DEPT. ACTION - FORFEITURE 💬 | 12/23/2016 10:38:00 PM | | | |
| 👁 REGISTRATION | 3/11/2010 12:09:00 PM | | | 3 |

# CORPORATE CHARTER APPROVAL SHEET
## **EXPEDITED SERVICE**   **KEEP WITH DOCUMENT**

DOCUMENT CODE __45__   BUSINESS CODE __IN__

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000361999473840

ID # Z13463575  ACK # 1000361999473840
PAGES: 0003
CONTRACT LAND STAFF, LLC

03/11/2010  AT 12:09 P  WO # 0001840833
```

New Name _____

_____

_____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 50 |
| Penalty: | 200 |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| **TOTAL FEES:** | **350** |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
          and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code __007__

Credit Card _____   Check __✓__   Cash _____

_____ Documents on _____ Checks

Approved By: _(signature)_

Keyed By: _(signature) Stewart_

COMMENT(S):

Attention: _____

Mail: Name and Address

THE CORPORATION TRUST INCORPORATED
351 WEST CAMDEN STREET
BALTIMORE MD 21201-7912

_Indiana_

3-11-10

10:09am

---

**Stamp Work Order and Customer Number HERE**

```
CUST ID: 0002397795
WORK ORDER: 0001840833
DATE: 03-12-2010  09:05 AM
AMT. PAID: $350.00
```



# LIMITED LIABILITY COMPANY REGISTRATION

(for non-Maryland Limited Liability Company)

1.) FULL LEGAL NAME IN HOME JURISDICTION:

Contract Land Staff LLC

2.) NAME IT WILL USE IN MARYLAND IF DIFFERENT FROM ABOVE:

(MUST INCLUDE "LIMITED LIABILITY COMPANY", "LLC" or "LC")

3.) STATE OF FORMATION: Indiana

4.) DATE OF FORMATION: 03/26/2007

5.) ADDRESS IN STATE OF FORMATION:

8888 Keystone Crossing, Ste. 600, Indianapolis, IN, 46240

6.) NATURE OF BUSINESS IN MARYLAND: Right of Way Acquisition

7.) NAME AND ADDRESS (NO P.O. BOXES) OF RESIDENT AGENT FOR SERVICE OF PROCESS IN MARYLAND:

The Corporation Trust Incorporated, 351 West Camden Street, Baltimore, MD 21201

IF NO RESIDENT AGENT IN MARYLAND IS NAMED OR IF THE AGENT CANNOT BE FOUND OR SERVED, THIS DEPARTMENT IS APPOINTED AS RESIDENT AGENT OF THIS LIMITED LIABILITY COMPANY.

HAS THIS LIMITED LIABILITY COMPANY DONE BUSINESS IN MARYLAND PRIOR TO THIS REGISTRATION?

[x] YES   [ ] NO

(IF IT HAS, AN ADDITIONAL $200 PENALTY MUST ACCOMPANY THIS REGISTRATION)

SIGNED _____
                    Authorized Person

I HEREBY CONSENT TO MY DESIGNATION IN THIS DOCUMENT AS RESIDENT AGENT FOR THIS LIMITED LIABILITY COMPANY.

THE CORPORATION TRUST INCORPORATED
SIGNED _____
                    Resident Agent

Stephanie Allison
Asst. Sec'ty

Revised 8/98

STATE OF INDIANA
OFFICE OF THE SECRETARY OF STATE
CERTIFICATE OF EXISTENCE

To Whom These Presents Come, Greetings:

I, TODD ROKITA, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records, and proper official to execute this certificate.

I further certify that records of this office disclose that

**CONTRACT LAND STAFF, LLC**

duly filed the requisite documents to commence business activities under the laws of State of Indiana on March 26, 2007, and was in existence or authorized to transact business in the State of Indiana on February 17, 2010.

I further certify this Domestic Limited Liability Company (LLC) has filed its most recent report required by Indiana law with the Secretary of State, or is not yet required to file such report, and that no notice of withdrawal, dissolution or expiration has been filed or taken place.



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the city of Indianapolis, this Seventeenth Day of February, 2010.

TODD ROKITA, Secretary of State

2007032700188 / 2010021774506

```
CUST ID:0002397795
WORK ORDER:0001840833
DATE:03-12-2010 09:05 AM
AMT. PAID:$350.00
```