# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION, LLC | * | |
| | * | |
| Petitioner, | * | |
| v. | * | Case No.: 1:25-cv-01235 |
| | * | |
| ARENTZ FAMILY, LP, *et al.* | * | |
| Respondents. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>DECLARATION OF CONGXIN XIE REGARDING 2038 LITTLESTOWN PIKE</u>**

I, Congxin Xie, pursuant to 28 U.S.C. §1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age, of sound mind and otherwise competent to give this Declaration.

2. I am a resident of the state of New Jersey. My address is 208 Hopkins Road, Mickleton, New Jersey 08056.

3. I am the owner of the property known as 2038 Littlestown Pike, Westminster, Maryland 21158 (the "Property"), located in Carroll County, Maryland.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Maryland State Department of Assessment and Taxation Real Property Data Search printout for the Property as of April 25, 2025, listing my name as owner and my New Jersey address as the mailing address for the Property.

5. The proposed route of the Maryland Piedmont Reliability Project ("MPRP") cuts through the Property, and two preliminary H-frame structures for the MPRP are proposed to be

placed on the Property. *See* a true and correct copy of the MPRP Proposed Route as of April 25, 2025, attached hereto as Exhibit 2.

6. In 2024, PSEG Renewable Transmission, LLC ("PSEG-RT") requested access to the Property for the purpose of conducting surveys and other studies of the Property related to the MPRP. I denied this request.

7. I have not granted PSEG -RT or any other entity, access to the Property for the purpose of conducting surveys or other studies of the Property related to the MPRP.

8. All the statements made herein are based on personal knowledge.

*[Signature appears on the following page.]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/28/2025 | 4:39 PM EDT

_____
CONGXIN XIE

3

# EXHIBIT 1

**Real Property Data Search ()**
Search Result for CARROLL COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** AGRICULTURAL TRANSFER TAX

**Account Number:**  **District -** 07 **Account Identifier -** 049145

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | XIE CONGXIN | **Use:** | AGRICULTURAL |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 208 HOPKINS RD | **Deed Reference:** | /10543/ 00200 |
| | MICKLETON NJ 08056-0000 | | |

## Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 2038 LITTLESTOWN PIKE<br>WESTMINSTER 21158-0000 | **Legal Description:** | REM PORT - 36.46 ACS<br>2038 LITTLESTOWN PIKE 21-71<br>HESSON PROPERTY |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | 0012 | 0408 | 7030038.07 | 0000 | | | REM | 2024 | **Plat Ref:** | 0021/ 0071 |

**Town:** None

| **Primary Structure Built** | **Above Grade Living Area** | **Finished Basement Area** | **Property Land Area** | **County Use** |
|---|---|---|---|---|
| 1900 | 3,036 SF | | 36.4600 AC | |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| 2 | YES | STANDARD UNIT | BRICK/ | 4 | 3 full | | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2024 | As of<br>07/01/2024 | As of<br>07/01/2025 |
| **Land:** | 141,000 | 141,000 | | |
| **Improvements:** | 194,000 | 251,700 | | |
| **Total:** | 335,000 | 392,700 | 354,233 | 373,467 |
| **Preferential Land:** | 11,000 | 11,000 | | |

## Transfer Information

| | | |
|---|---|---|
| **Seller:** ERHARDT JOHANNES V | **Date:** 11/04/2021 | **Price:** $607,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /10543/ 00200 | **Deed2:** |
| **Seller:** KREBS MARY F | **Date:** 09/27/1981 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /00798/ 00513 | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |

## Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2024 | 07/01/2025 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** AGRICULTURAL TRANSFER TAX

## Homestead Application Information

**Homestead Application Status:** No Application

## Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application    **Date:**

Docusign Envelope ID: D4302220-DB0E-42BD-B479-41FE20CB91F6

Give Feedback

# EXHIBIT 2

Docusign Envelope ID: D4302220-DB0E-42BD-B479-41FE20CB91F6

Maryland Piedmont Reliability Project – Proposed Route, available at: https://experience.arcgis.com/experience/fd3c786f0cdc402da1bdeac481680b1d, Apr. 25, 2025.