## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC** | |
| *Petitioner,* | |
| v. | **Case No.** 1:25-cv-01235-ABA |
| **ARENTZ FAMILY, LP,** *et al.* | |
| *Respondents.* | |

## RESPONDENTS' OPPOSITION TO
## PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION

Respondents, Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh,  Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tom Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood, by and through their undersigned counsel, hereby oppose the Motion for Preliminary Injunction (ECF 75) filed by Petitioner PSEG Renewable Transmission

LLC. The grounds and authorities in support of this Opposition are set forth in the accompanying

Memorandum, which is incorporated herein by reference.

Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*

-2-

## **REQUEST FOR HEARING**

Plaintiff requests a hearing on the Motion for Preliminary Injunction.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April, 2025, copies of Respondents' Opposition to Petitioner's Motion for Preliminary Injunction, together with the supporting Memorandum, Exhibits, and Proposed Order were served through the CM/ECF System on all counsel of record.

I FURTHER CERTIFY that, in accordance with Section III.C.2. of the Electronic Case Filing Policies and Procedures Manual and Local Rule 105.1.(a), a paper copy of the foregoing motion, memorandum, exhibits and proposed order will be delivered to the Clerk's Office within 48 hours of the electronic filing of this document.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein