# EXHIBIT 3

**Routing Study**
Appendix F: Proposed Route Analysis Results
December 31, 2024

# Appendix F	Proposed Route Analysis Results



**Routing Study**
Appendix F: Proposed Route Analysis Results
December 31, 2024

**Table F.1    Proposed Route Analysis Results**

| CRITERIA | VALUE |
|---|---|
| **ENVIRONMENTAL CRITERIA** | |
| MDNR Total wetlands within ROW (acres) | 51.1 |
| MDNR Forested wetlands within ROW (acres) | 10.1 |
| MDNR Herbaceous wetlands within ROW (acres) | 26.0 |
| National Land Cover Database (NLCD) forested lands within ROW (acres) | 394.2 |
| Water features (streams and waterbodies) crossed by centerline (count) | 101 |
| Waterbody crossings by centerline (feet) | 0 |
| 303(d) Impaired Waters crossed by centerline (count) | 1 |
| Potential contaminated lands within ROW (count) | 4 |
| Protected species critical habitat within ROW (feet) | 0 |
| SSPRA (Group 1) within ROW (acres) | 255.2 |
| SSPRA (Groups 2-3) within ROW (acres) | 31.5 |
| Tier II catchments with no assimilative capacity remaining within ROW (acres) | 139.6 |
| Tier II catchments with assimilative capacity remaining within ROW (acres) | 217.0 |
| **LAND USE CRITERIA** | |
| Length of centerline paralleling controlled access highway (percent of total length) | 0 |
| Length of centerline paralleling non-controlled access highway (percent of total) length) | 0 |
| Length of centerline paralleling local roads (percent of total length) | 2.2% |
| Length of centerline paralleling 138 kV or greater transmission lines (percent of total length) | 12.8% |
| Length of route paralleling railroad right-of-way (percent of total length) | 1.5% |
| Length of route paralleling pipelines (percent of total length) | 1.3% |
| Conservation easement lands within ROW (acres)[a] | 245.8 |
| Rural Legacy Properties within ROW (acres)[a] | 0.2[b] |
| Forest Conservation Easements within ROW (acres)[a] | 7.3 |
| Environmental Trust Easements within ROW (acres)[a] | 10.8 |
| MDNR Easements within ROW (acres)[a] | 0.3 |
| MALPF Easements within ROW (acres)[a] | 224.6 |
| Conservation easement lands, total within 500 feet of ROW (acres) | 1801.7 |
| Federal lands within ROW (acres) | 0 |
| Federal lands within 500 feet of ROW (acres) | 0 |
| State lands within ROW (acres) | 0.3 |



F-2

**Routing Study**
Appendix F: Proposed Route Analysis Results
December 31, 2024

| CRITERIA | VALUE |
|---|---|
| State lands within 500 feet of ROW (acres) | 2.4 |
| Local public lands within ROW (acres) | 1.3 |
| Local public lands within 500 feet of ROW (acres) | 12.8 |
| Tribal lands within ROW (acres) | 0 |
| Tribal lands within 500 feet of ROW (acres) | 0 |
| Recreational areas within 1,000 feet of ROW (count) | 1 |
| Cultivated cropland within ROW (acres) | 522.6 |
| Tree plantings/crops within ROW (acres) | 11.0 |
| NLCD developed land within ROW (acres) | 60.3 |
| Active and proposed developments (commercial, residential, or industrial) within ROW (count) | 2 |
| Business/Commercial buildings within 500 feet of centerline (count) | 10 |
| Industrial buildings within 500 feet of centerline (count) | 0 |
| Renewable energy facilities within 0.5 miles of ROW (count) | 7 |
| Oil/Gas aboveground facilities within ROW (count) | 0 |
| Oil/Gas aboveground facilities within 1,000 feet of ROW (count) | 0 |
| **SOCIAL CRITERIA** | |
| Residential buildings within ROW (count) | 0 |
| Residential buildings between ROW and 200 feet of ROW (count) | 65 |
| Residential buildings between 200 – 500 feet of ROW (count) | 234 |
| Outbuildings within ROW (count) | 8 |
| Community facilities within ROW (count) | 0 |
| Community facilities within 1,000 feet of ROW (count) | 9 |
| Unique property owners within ROW (count) | 409 |
| Parcels within ROW (count) | 477 |
| NHRP-listed cultural resources within ROW (count) | 0 |
| NRHP-listed cultural resources within 1,000 feet of centerline (count) | 1 |
| MIHP eligible known cultural resources within ROW (count) | 12 |
| MHT and MIHP eligible known cultural resources within 1,000 feet of centerline (count) | 40 |
| MIHP ineligible, undetermined, or pending known cultural resources and historical markers within ROW (count) | 4 |
| MIHP ineligible, undetermined, or pending known cultural resources and historical markers within 1,000 feet of centerline (count) | 63 |
| Historic districts within ROW (count) | 2 |



**Routing Study**
Appendix F: Proposed Route Analysis Results
December 31, 2024

| CRITERIA | VALUE |
|---|---|
| Historic districts within 1,000 feet of centerline (count) | 4 |
| Historic trails crossed by centerline (count) | 1 |
| Cemeteries within ROW (count) | 0 |
| Cemeteries within 1,000 feet of ROW (count) | 7 |
| Recreational trails crossed by centerline (count) | 1 |
| Federal scenic byways within 1 mi of ROW (count) | 1 |
| State scenic rivers crossed by centerline (count) | 1 |
| EPA EJScreen low income (percent of population within county) | 17 |
| EPA EJScreen people of color (percent of population within county) | 12 |
| **ENGINEERING CRITERIA** | |
| 138 to 230 kV electric transmission line crossings (count) | 3 |
| 500 kV electric transmission line crossing (count) | 1 |
| Highway crossings (count) | 3 |
| Railroad crossings (count) | 5 |
| Gas transmission pipeline crossings (count) | 0 |
| Slope greater than 20% crossed by centerline (feet) | 7.5 |
| Depth to bedrock less than 60 inches crossed by centerline (miles) | 37.6 |
| Geological (karst) features within ROW (acres) | 107.7 |
| Mine-owned property within ROW (acres) | 24.7 |
| Floodplain within ROW (acres) | 53.8 |
| Airports and heliports within 20,000 feet of ROW (count) | 8 |
| Communication and water towers within 1,000 feet of ROW (count) | 4 |
| Turn angles greater than 15 degrees (count) | 63 |
| Span length in excess of 1,400 feet (count) | 0 |
| Total route length (miles) | 67.2 |

Note:

[a] The criterion for 'conservation easement lands' included Non-Government Organization conservation easements that are not Rural Legacy Properties, Forest Conservation Easements, Maryland Environmental Trust easements, MDNR Easements, or MALPF Easements. Therefore, these specified easement type rows will not add up to the total acres of conservation easement lands within the ROW.

[b] The outlines of publicly available data for Rural Legacy Properties did not match the parcel boundaries dataset from the State of Maryland. The Proposed Route ROW avoids parcels that are indicated as Rural Legacy Properties and therefore avoids Rural Legacy Properties.

Data sources are provided in Appendix B.

