# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC

    *Petitioner,*

v.

ARENTZ FAMILY, LP, *et al.*

    *Respondents*.

**Case No.** 1:25-cv-01235-ABA

## DECLARATION OF RAINA GOVER REGARDING 4037 YORK ROAD #1

I, Raina Gover, pursuant to 28 U.S.C. §1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age, of sound mind and otherwise competent to give this Declaration.

2. My husband, Joseph Gover, and I, own the property known as 4037 York Road, No. 1, Manchester, Maryland 21102 (the "Property"), located in Carroll County, Maryland. The 10.17-acre Property is our primary residence, and we live there with our teenage daughter.

3. The Property is also a working farm, known as Wine Valley Farm. The primary focus of Wine Valley Farm is breeding, raising, and showing sheep and goats. Wine Valley Farm also supports our two additional business ventures; namely, (1) a property maintenance business established in 2007, and (2) a sales business (the sale of ultrasound machines for livestock) established in 2021. All the necessary equipment and inventory for our businesses is stored on the Property.

4. My husband and I purchased the Property in 2012 in large part for the enjoyment of the serene and private environment. We specifically chose to purchase the Property over other properties in the area because it does not have a power line cutting through it.

1

5. The proposed route for the 67-mile transmission line known as the Maryland Piedmont Reliability Project ("MPRP") cuts through the Property.

6. PSEG Renewable Transmission, LLC ("PSEG-RT") now seeks to enter and remain on the Property for the purpose of conducting surveys and other studies of the Property, the scope and duration of which remain unknown. ECF 75-6 at 1.

7. PSEG-RT's proposed entry onto the Property would last from the date of the Court's order until PSEG-RT's application for a Certificate of Public Convenience and Necessity ("CPCN") is either granted or denied by the Maryland Public Service Commission ("PSC"). *Id.* It is my understanding that the PSC process may take over a year.

8. PSEG-RT also offers no compensation to enter and remain on the Property and only proposes to provide 24 hours' notice prior to entry. *Id.* at 8.

9. In late February 2025, Contract Land Staff ("CLS") contacted me on behalf of PSEG-RT and requested to enter the Property on different terms than PSEG-RT is attempting to force entry through this lawsuit. I denied that request by telephone and via email on February 20, 2025.

10. Wine Valley Farm is a working farm with livestock requiring controlled environments, including disease management and biosecurity practices. Indefinite access to this sensitive farmland could result in biosecurity breaches, including but not limited to exposing livestock to pathogens from surveyor movement between farms.

11. Indefinite access to the Property could also result in physical damage to fields, fencing, and equipment, and presents a security risk. I am concerned about strangers walking around unsupervised on the Property while my teenage daughter is at home.

12. The requested entry would be a physical intrusion onto the Property of an unknown scope and for an unknown duration, which would necessarily disrupt the business of Wine Valley Farm and my family's peaceful enjoyment of the serenity and privacy of the Property.

13. All the statements made herein are based on personal knowledge.

*[Signature appears on the following page.]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/30/2025 | 2:10 PM EDT

Signed by:

Raina Gover

4923-4180-7420, v. 1

4