# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC<br><br>*Petitioner,*<br><br>v.<br><br>ARENTZ FAMILY, LP, *et al.*<br><br>*Respondents*. | **Case No.** 1:25-cv-01235-ABA |

## DECLARATION OF CHARLES BOND REGARDING 1426 OAKLAND ROAD

I, Charles Bond, pursuant to 28 U.S.C. §1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age, of sound mind and otherwise competent to give this Declaration.

2. My wife, Morgan Bond, and I, own the property known as 1426 Oakland Road, Freeland, Maryland 21053 (the "Property"), located in Baltimore County, Maryland. The 76-acre Property is our primary residence, and we live there with our two minor children.

3. My wife and I purchased the Property approximately one year ago after ten years of searching for our "dream home," in large part for the beautiful country setting, the safety of the community, and the enjoyment of the serene and private environment. We used our life savings to purchase the Property with the intention of passing the farm down to our children one day.

4. The proposed route for the 67-mile transmission line known as the Maryland Piedmont Reliability Project ("MPRP") cuts through the Property.

5. At the time that my wife and I purchased the Property, the proposed route for the MPRP had not yet been published, so we were unaware that the proposed route would cut through the Property.

6.      PSEG Renewable Transmission, LLC ("PSEG-RT") now seeks to enter and remain on the Property for the purpose of conducting surveys and other studies of the Property, the scope and duration of which remain unknown. ECF 75-6 at 1.

7.      PSEG-RT's proposed entry onto the Property would last from the date of the Court's order until PSEG-RT's application for a Certificate of Public Convenience and Necessity ("CPCN") is either granted or denied by the Maryland Public Service Commission ("PSC"). *Id.* It is my understanding that the PSC process may take over a year.

8.      PSEG-RT also offers no compensation to enter and remain on the Property and only proposes to provide 24 hours' notice prior to entry. *Id.* at 8.

9.      On November 18, 2024, I received a letter from Contract Land Staff ("CLS") on behalf of PSEG-RT requesting permission to enter the Property on different terms than PSEG-RT is attempting to force entry through this lawsuit. I denied that request via email on December 10, 2024, a copy of which is attached hereto as Exhibit 1.

10.     My wife and I lease 56 acres of the Property to our tenant, Troyer Farms. Troyer Farms is a working farm with a primary focus on row crops, namely corn and soybeans. These crops are vulnerable to damage if foreign foot traffic or equipment is introduced.

11.     Indefinite access to the Property could result in physical damage to fields, fencing, and equipment, and presents a security risk, especially since there is no access to the Property on one side. I am concerned about strangers walking around unsupervised on the Property while my children are at home.

12.     I am also concerned that the requested surveys and studies would require survey equipment and accessories to be placed on the Property, which would disturb the wildlife and our

2

Docusign Envelope ID: B5C48C6B-1721-41CD-9619-FC76067B380E

quiet enjoyment of our home. The presence of such equipment and accessories for an indefinite time also raise safety concerns for our children, who enjoy playing outside.

13. The requested entry would be a physical intrusion onto the Property of an unknown scope and for an unknown duration, which would necessarily disrupt the business of our tenant, Troyer Farms, as well as my family's peaceful enjoyment of the serenity and privacy of the Property.

14. All the statements made herein are based on personal knowledge.

*[Signature appears on the following page.]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/30/2025 | 3:34 PM EDT

Signed by: Charles Bond
6B48215D1B614D9...

4906-9652-8188, v. 1

4

# EXHIBIT 1

---------- Forwarded message ---------
From: **Charlie Bond** <cwbond7@gmail.com>
Date: Tue, Dec 10, 2024 at 8:09 AM
Subject: MPRP Land Agent Introduction Letter
To: <jenny.archer@contractlandstaff.com>
Cc: <PSEG-MPRP@pseg.com>, Morgan Bond <Morgan.Davis.Bond@gmail.com>

Ms. Archer

We acknowledge receipt of your letter, dated 11/18/24, regarding PSEG's proposed route for the MPRP project and your role as a land agent.

We would like to be abundantly clear - we strongly oppose the MPRP project. We are not open to further discussion with PSEG, you and your staff, and any other agents of PSEG, and do not consent to surveys or any other activities on or around our property. For the avoidance of doubt, we are not interested in discussing or negotiating easements or conveyance of property rights of any kind related to this project.

This response should in no way be interpreted as agreement to the project in any way, shape, or form.

Charlie & Morgan Bond
1426 Oakland Rd
Freeland, MD 21053