# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION, LLC | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No.: 1:25-cv-01235 |
| | * | |
| ARENTZ FAMILY, LP, *et al.* | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF JOANNE FREDERICK REGARDING 1305 OAKLAND ROAD**

I, Joanne Frederick, pursuant to 28 U.S.C. §1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age, of sound mind and otherwise competent to give this Declaration.

2. I am a member of Barney's Farm, LLC ("Barney's Farm"), a Maryland limited liability company formed in 2020, having a principal office address of 5100 Buckeystown Pike, Suite 250, Frederick, Maryland 21704.

3. Barney's Farm owns approximately 100 acres of agricultural real property known as 1305 Oakland Road, Freeland, Maryland 21053, located in Baltimore County, Maryland, (the "Property").[1] The Property is improved by a 2-story single family residence and several barns and outbuildings, including a dairy barn.

---

[1] The Property is comprised of two parcels under the same 1305 Oakland Road address because Oakland Road cuts through the Property: (1) tax account no.: 07-23035426 (approximately 32.70 acres) and (2) tax account no.: 06-23035320 (approximately 67.321 acres).

1

4.      The Property is my primary residence, and I have lived there since November 2020. However, the Property has a long family history and indescribable sentimental value to me, personally.

5.      The Property was first farmed by my great grandparents many years ago. My grandfather was born in the house that still stands on the Property, and which is my home today. After my grandfather and grandmother married, they lived on the Property and ran a dairy farm operation and homestead, primarily in the dairy barn that still stands on the Property to this day. My grandfather continued to operate the farm and homestead until his passing in 1987.

6.      After my grandfather's death, my grandmother's health declined. In 2004, my family made the very difficult decision to sell the Property and use the proceeds to pay for the health and nursing care services my grandmother needed. The Property was sold out of the family in 2004. It took me 16 years of hard work to be able to purchase the Property and restore my family legacy by returning the Property to the descendants of those who had loved and cared for the land for decades. The Property is now the venue for our family and holiday gatherings once more. My niece, nephews, and grandchildren love playing outside in the fields, barns, and forests.

7.      The Property is permanently preserved by: (1) a Deed of Conservation Easement dated December 29, 2005 and recorded among the Land Records of Baltimore County, Maryland (the "Land Records") at Book 23150, Page 077; (2) a Declaration of Protective Covenants, Conditions and Restrictions dated June 25, 2009 and recorded among the Land Records at Book 28937, Page 001; and (3) a Declaration of Protective Covenants, Conditions and Restrictions dated August 11, 2011 and recorded among the Land Records at Book 31520, Page 012 (collectively, the "Easements"). The Easements represent a perpetual conservation easement and two forest buffer easements and cover the entire Property.

8.  The proposed route for the 67-mile transmission line known as the Maryland Piedmont Reliability Project ("MPRP") cuts through the Property.

9.  PSEG Renewable Transmission, LLC ("PSEG-RT") now seeks to enter and remain on the Property for the purpose of conducting surveys and other studies of the Property, the scope and duration of which remain unknown. ECF 75-6 at 1.

10. PSEG-RT's proposed entry onto the Property would last from the date of the Court's order until PSEG-RT's application for a Certificate of Public Convenience and Necessity ("CPCN") is either granted or denied by the Maryland Public Service Commission ("PSC"). *Id.* It is my understanding that the PSC process may take over a year.

11. PSEG-RT also offers no compensation to enter and remain on the Property and only proposes to provide 24 hours' notice prior to entry. *Id.* at 8

12. On or about December 13, 2024, an agent of PSEG-RT contacted an attorney for Barney's Farm and requested to enter the Property on different terms than PSEG-RT is attempting to force entry through this lawsuit. That request was denied on January 8, 2025.

13. The requested access would also disrupt the land conserved and preserved by the Easements. Specifically, the requested access could disrupt wildlife and cause irreparable harm to the forest buffer created specifically to protect the environmental quality of the area, as well as the open-space conservation value of the property in its present state, as a natural and rural area that has not been subject to development with significant conservation features.

14. The requested entry would be a physical intrusion onto the Property of an unknown scope and for an unknown duration, which would necessarily disrupt the business of Barney's Farm and the peaceful enjoyment, serenity, and privacy of my home.

15. Additionally, the Property supports an orchard of approximately 85 black walnut trees, which have been cultivated in anticipation of a future business venture. Specifically, I have spent the last three years perfecting my recipe for nocino, which is an Italian liqueur made from unripe black walnuts, which are harvested when they are green. I intend to produce and sell nocino as an additional revenue stream for Barney's Farm. The intended start date for this endeavor is December 2025, when the fourth test batch of the nocino will be complete. However, the work to advance the business plan for this operation has been significantly hindered by the amount of time, effort, and money devoted to preventing the potential destruction of the Property by the MPRP.

16. The black walnut trees on the Property are permanent plantings vulnerable to damage if foreign foot traffic or equipment is introduced. It takes approximately six years for black walnut trees to reach maturity and reliably provide fruit. These trees typically provide fruit for 20 years or more.

17. A blanket right of entry for PSEG-RT or its agents to enter and survey the Property will jeopardize both the viability of the Property's orchard and the potential future business venture producing and selling nocino, which is several years in the making.

18. All the statements made herein are based on personal knowledge.

*[Signature appears on the following page.]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/30/2025 | 4:55 PM EDT

_____
Joanne Frederick

4912-0299-6284, v. 1