## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**PSEG RENEWABLE TRANSMISSION LLC**

    *Petitioner,*

v.

**ARENTZ FAMILY, LP,** *et al.*

    *Respondents*.

**Case No.** 1:25-cv-01235-ABA

## ORDER

Upon consideration of the Motion to Defer Consideration of Petitioner's Motion for Preliminary Injunction Pending The Court Ruling on Respondents' Motion to Dismiss ("Motion") filed by Respondents, Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh,  Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tom Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood (collectively, "Respondents"), and any Opposition thereto, it is this ___ day of _____, 2025, hereby;

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Court shall defer further action on the Motion for Preliminary Injunction filed by Petitioner PSEG Renewable Transmission LLC ("PSEG-RT") until the Court has addressed Respondents' Motion to Dismiss; and it is further

**ORDERED** that if Respondents' Motion to Dismiss is denied, the Court shall convene a status conference for the purpose of establishing an expedited discovery schedule, a briefing schedule, and the schedule for an evidentiary hearing prior to ruling on PSEG-RT's Motion for Preliminary Injunction.

 

_____

Adam B. Abelson
United States District Judge