IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | : | |
| | : | |
| Petitioner, | : | |
| | : | Case No. 1:25-cv-01235 |
| v. | : | |
| | : | |
| ARENTZ FAMILY, LP, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**RESPONSE IN OPPOSITION TO PETITION FOR INJUNCTIVE RELIEF**

Respondents, Dells Generation Farms, LLC ("Dells Generation"), Matthew L. Dell, and Francis L. and Marian V. Dell, husband and wife, (collectively referred to as the "Respondents"), by and through their undersigned attorney, hereby file this Response in Opposition to the Petition for Injunctive Relief (ECF No. 1) (the "Petition") filed by the Petitioner PSEG Renewable Transmission LLC ("Petitioner" or "PSEG"), and in support hereof, state as follows:

1. The Petition stems from PSEG's pending Application before the Maryland Public Service Commission ("PSC") to obtain a Certificate of Public Convenience and Necessity ("CPCN") to construct approximately 67 miles of overhead transmission lines in portions of Baltimore, Carroll, and Frederick Counties known as the Maryland Piedmont Reliability Project ("MPRP").

2. In the Petition, PSEG purportedly seeks injunctive relief from this Court to gain forced access onto the Respondents' properties to perform what it refers to as "non-invasive field surveys" in support of its Application.

3. PSEG's Petition should be denied for the following reasons.

4. Dells Generation is a Maryland limited liability company formed in 2011 with its principal place of business located at 2401 Bachman Valley Road, Manchester, Maryland 21102. It is a Family Farm that owns real property designated as 192.8100 acres located at 3324 Bixler Church Road, Westminster, Maryland 21102. *See* Declaration of Matthew Lee Dell attached hereto as Exhibit "A" at ¶ 1.

5. Francis Dell and Matthew Lee Dell are Members of Dells Generation. *Id*.

6. Matthew Lee Dell is the owner of real property designated as 103.3400 acres located at 2128 Bachman Valley Road, Manchester, Maryland upon which Dells Generation leases farmland and buildings for use in its ongoing farming and agricultural operations. *Id*. at ¶ 2.

7. Dells Generation also leases farmland and buildings for use in its ongoing farming and agricultural operations on property owned by Francis and Marian Dell located at 2401 Bachman Valley Road, Manchester, Maryland 21102. *Id*. at ¶ 3.

8. The three (3) aforementioned properties – hereinafter collectively referred to as the "Dell Farm Properties") – have been permanently preserved by the Carroll County Agriculture Land Preservation Program and/or the Maryland Department of Agriculture on behalf of the Maryland Agricultural Land Preservation Foundation ("MALPF") for the purpose of preserving and conserving agricultural land, woodland and open space. Additionally, approximately 21 acres on the property located at 3324 Bixler Church Road is protected by the Maryland Conservation Reserve Enhancement Program ("CREP"). As such, each property is subject to respective Deeds of Easement that set forth certain covenants including restrictions on the use, subdivision, and off-conveyance of land (the "Preservation Easements"). *Id*. at ¶ 4.

8. The right of way for the transmission lines proposed by PSEG traverse all three (3) of the Dell Farm Properties and PSEG now seeks forced access to the properties to perform unknown field surveys and studies. *Id*. at ¶ 5.

9. Respondents and the other named Respondents are similarly situated to the extent that they each own private property that PSEG seeks to take via "eminent domain" pursuant to Section 12-111 of the Real Property Article ("RP § 12-111").

10. The bases for this Opposition are:

   i. The Petition should be denied because PSEG has failed to demonstrate the necessary elements for injunctive relief.

   ii. The Petition should be denied on the basis that this Court lacks jurisdiction to hear this action because RP § 12-111 specifically provides that such actions for an order permitting entry upon land must be filed in "a law court of the county where the property, or any part of it, is located…".

   iii. The Petition should be denied on the basis of forum non conveniens because PSEG should have brought this action in state court in a county where one or more of the subject properties is located pursuant to RP § 12-111.

   iv. The Petition should be denied because PSEG has failed to demonstrate that it has the requisite power of eminent domain under RP § 12-111.

   v. The Petition should be denied because PSEG has failed to demonstrate that it has made "every real and bona fide effort to notify the owner or occupant in writing with respect to the proposed entry" as required by RP § 12-111.

11. Due to the shortened response time and to avoid unnecessary duplication, conserve valuable judicial resources, and to otherwise promote judicial economy, Respondents,

in support of this Opposition and in lieu of filing a more formal Memorandum of Law, respectfully request that this Court allow them to adopt and incorporate the arguments, authorities, and grounds for relief set forth in the respective motions and/or oppositions filed by the other represented Respondents as if fully set forth herein.

13. Based on the foregoing and for the reasons set forth in the respective motions and/or oppositions filed by the other represented Respondents, the Petition must be denied.

WHEREFORE, the Respondents respectfully request that this Honorable Court enter an Order denying the Petition, or for such other relief as the Court deems just and equitable.

Respectfully submitted,

*/s/ Michael J. Hinkle*
Michael J. Hinkle (No. 19669)
Timmerman, Beaulieu & Hinkle, LLC
215 Washington Avenue, Suite 402
Towson, MD 21204
Tel. 443-608-5515
Fax. 443-927-8899
mjh@tbhelaw.com
*Attorneys for Dells Generation Farms, LLC, Matthew L. Dell, and Francis L. and Marian V. Dell, h/w*

Dated: April 30, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of April, 2025, the foregoing Response in Opposition was served upon all counsel of record via the Court's ECF system.

*/s/ Michael J. Hinkle*
