## DECLARATION

I, Matthew Lee Dell, am over the age of eighteen, am competent to testify to the matters set forth herein, and declare as follows:

1. I am a Member of Dells Generation Farms, LLC ("Dells Generation"), a Maryland limited liability company formed in 2011 with its principal place of business located at 2401 Bachman Valley Road, Manchester, Maryland 21102. Dells Generation is a Family Farm that owns real property designated as 192.8100 acres located at 3324 Bixler Church Road, Westminster, Maryland 21102. My Father, Francis Dell, is also a Member of Dells Generation.

2. I am also the owner of real property designated as 103.3400 acres located at 2128 Bachman Valley Road, Manchester, Maryland upon which Dells Generation leases farmland and buildings for use in its ongoing farming and agricultural operations.

3. Dells Generation also leases farmland and buildings for use in its ongoing farming and agricultural operations on property owned by my parents Francis and Marian Dell located at 2401 Bachman Valley Road, Manchester, Maryland 21102.

4. The three (3) aforementioned properties – hereinafter collectively referred to as the "Dell Farm Properties") – have been permanently preserved by the Carroll County Agriculture Land Preservation Program and/or the Maryland Department of Agriculture on behalf of the Maryland Agricultural Land Preservation Foundation ("MALPF") for the purpose of preserving and conserving agricultural land, woodland and open space. Additionally, approximately 21 acres on the property located at 3324 Bixler Church Road is protected by the Maryland Conservation Reserve Enhancement Program ("CREP"). As such, each property is subject to respective Deeds of Easement that set forth certain covenants including restrictions on the use, subdivision, and off-conveyance of land (the "Preservation Easements").

5.  The right of way for the transmission lines proposed by PSE&G traverse all three (3) of the Dell Farm Properties and PSE&G now seeks access to the properties to perform unknown field surveys and studies.

6.  In addition to growing crops including corn, soybeans, wheat and hay, we also raise cattle on the Dell Farm Properties. Our farming operations are continuous and year-round and there is a crop in the ground throughout the year.

7.  At no time prior to the filing of PSE&G's Petition for Injunctive Relief did PSE&G or its agents ever request access from me, my parents, or Dells Generation to specifically conduct environmental studies.

8.  In October and November 2024, I received letters from PSE&G's agent seeking a temporary right of entry to the Dell Farm Properties. However, the letters did not specify what type of studies that PSE&G intended to perform or if it involved invasive or destructive testing such as soil sampling, boring or excavation.

9.  On behalf of myself, my parents and Dells Generation, I declined PSE&G's request for a temporary right of access due to our fear that such access would disrupt our farming operations and cause damage to our farmland and crops. I was also concerned that PSE&G was asking us to violate the terms of the respective Preservation Easements that we entered into with the State and County.

10. To date, we still do not know what specific studies PSE&G or its agents intend to perform or what is involved.

11. As the owner and operator of a Family Farm, Dells Generation is my livelihood and the primary source of income for me and my parents.

12. The extent of PSE&G's requested access and the proposed activities will have a direct impact on extensive acreage of our cultivated farmland.

13. I believe that if PSE&G and its agents are permitted unfettered access to the Dell Farm Properties for an unknown and undetermined time period, such access will cause significant harm to our Family Farm including, but not limited to:

- Loss of business and income;
- Disruption to ongoing farming operations, schedules, and productivity;
- Destruction of crops resulting in a loss of yield;
- Spoliation of mature crops;
- Soil damage, disturbance, and compaction including possible soil contamination; and
- Damage to existing structures on the properties.

14. I am also concerned that allowing PSE&G and its agents to access the Dell Farm Properties to perform unknown studies would constitute a violation of our legal obligations set forth in the respective Preservation Easements.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____        4-29-25
Matthew Lee Dell, Individually and On Behalf of        Date
Dells Generation Farms