IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC,** * | |
| * | |
| Petitioner, * | |
| v. * | Case No. 1:25-cv-01235-ABA |
| * | |
| **ARENTZ FAMILY, LP,** *et al.*, * | |
| Respondents. * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RESPONDENT PETER AND JOHN RADIO FELLOWSHIP, INC.'S MOTION TO DISMISS

Respondent, Peter and John Radio Fellowship, Inc., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(7), hereby move to dismiss this action for failure to state a claim upon which relief can be granted and failure to join a party under Fed. R. Civ. P. 19.

Respectfully submitted,

Date: May 2, 2025

    */s/ Jennifer L. Wazenski*
Jennifer L. Wazenski (Bar No.12564)
WATERSHED LEGAL COUNSEL
1011 Bay Ridge Rd. #145
Annapolis, MD 21403
(410) 897-7843
jennifer@watershedlc.com

*Attorney for Respondent
Peter and John Radio Fellowship, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2025, I electronically filed the foregoing Motion to Dismiss, accompanying Memorandum of Law in Support, and proposed Order with the Court by using the CM/ECF system, that they are available for viewing and downloading from the Court's CM/ECF system, and that any Respondents not participating in electronic filing will be served when they are identified.

 *s/ Jennifer L. Wazenski*
Jennifer L. Wazenski