IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC,** | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *    Case No. 1:25-cv-01235-ABA |
| | * |
| **ARENTZ FAMILY, LP,** *et al.*, | * |
| | * |
| Respondents. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONDENT PETER AND JOHN RADIO FELLOWSHIP, INC.'S
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Respondent Peter and John Radio Fellowship, Inc. ("PJRF") respectfully submits this memorandum in support of its Motion to Dismiss. Rather than burden the Court with duplicative briefing, PJRF adopts and incorporates by reference the legal arguments set forth in the following memoranda filed in support of other pending motions to dismiss that have been filed in this case:

1. **Respondents' Memorandum in Support of Motion to Dismiss** (ECF No. 89-1), filed on behalf of respondents including Arentz Family LP and more than fifty other landowners along the proposed Maryland Piedmont Reliability Project route (the "Arentz Respondents"); and

2. **Memorandum in Support of Motion to Dismiss or, in the Alternative, in Opposition to PSEG's Motion for Preliminary Injunction of Hill Respondents** (ECF No. 95-1),

filed on behalf of the respondents collectively identified therein as the "Hill Respondents."

Respondent PJRF agrees that dismissal is warranted on the following legal grounds under the Federal Rules of Civil Procedure:

- **Failure to State a Claim (Rule 12(b)(6))**: PSEG Renewable Transmission LLC ("PSEG-RT") lacks authority under Maryland law to exercise the right of entry provided in Md. Code, Real Prop. § 12-111, because it has not obtained a certificate of public convenience and necessity under Md. Code, Pub. Util. § 7-207. (Arentz Respondents' Memorandum, ECF 89-1 at pp. 4-16; Hill Respondents Memorandum, ECF 95-1 at pp. 2-9). The Petition is also facially deficient because it seeks relief beyond what § 12-111 authorizes, including intrusive fieldwork unrelated to surveying or appraisal. (ECF 89-1 at 13-16; ECF 95-1 at 14-15). Additionally, PSEG-RT has not met the statutory prerequisite of making "every real and bona fide effort" to obtain voluntary access. (EFC 89-1 at 17-18; ECF 95-1 at 10-16).

- **Abstention Based on Comity and Federalism)**: Under the *Burford*[1] abstention doctrine, dismissal is warranted because this case intrudes on an ongoing, comprehensive state regulatory proceeding before the Maryland Public Service Commission (PSC). The PSC has not yet determined whether PSEG-RT's CPCN application is complete, and granting relief in this forum would improperly interfere with state-level administrative decision-making. (*See* ECF No. 89-1 at 18–24.)

---

[1] *Burford v Sun Oil Co.*, 319 U.S. 315, 318 (1943)

- **Failure to Join Necessary Parties (Rules 12(b)(7) and 19)**: As set forth in the Arentz Respondents' memorandum (ECF No. 89-1 at 25–29), PSEG-RT has failed to join all landowners along the proposed transmission line route, including at least one individual whose joinder would destroy diversity jurisdiction. Yet PSEG-RT seeks system-wide access and states that it cannot proceed piecemeal. Because the Petition cannot afford complete relief without all such parties, dismissal is required under Rule 19. (*Id.*)

Respondent PJRF further notes that while the Hill Respondents frame their argument in terms of statutory venue (ECF No. 95-1 at 16–18), and the Arentz Respondents invoke federal abstention principles, both approaches reinforce the same conclusion: that this access dispute, grounded entirely in Maryland law and regulatory process, is more appropriately resolved in Maryland's state courts.

For the foregoing reasons, and for those stated in the memoranda incorporated by reference, PJRF respectfully requests that the Court dismiss the Petition.

Respectfully submitted,

Date: May 2, 2025

   */s/ Jennifer L. Wazenski*_____
Jennifer L. Wazenski (Bar No.12564)
WATERSHED LEGAL COUNSEL
1011 Bay Ridge Rd. #145
Annapolis, MD 21403
(410) 897-7843
jennifer@watershedlc.com

*Attorney for Respondent
Peter and John Radio Fellowship, Inc.*