IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC,** | * |
| | * |
| Petitioner, | * |
| | * |
| v. | Case No. 1:25-cv-01235-ABA |
| | * |
| **ARENTZ FAMILY, LP,** *et al.*, | |
| | * |
| Respondents. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Dismiss ("Motion") filed by Respondent Peter and John Radio Fellowship, Inc., and any Opposition thereto, it is this ___ day of _____, 2025, hereby **ORDERED** that the Motion is **GRANTED**.

_____
Adam B. Abelson
United States District Judge