IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-1235 |
| | * | |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| Respondents. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S
INDEX OF RELEVANT FILINGS**

Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") hereby submits the attached Index of Relevant Filings designed to assist the Court and the Parties in identifying and referring to relevant filings. The attached Index identifies (1) each Respondent, (2) the Declaration of Roger Trudeau that relates to that Respondent (by ECF docket entry number), and (3) any Motion to Dismiss or Opposition to Petitioner's Motion for Preliminary Injunction filed by that Respondent (by ECF docket entry number).

Date: May 5, 2025                           Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

1

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
klthompson@venable.com
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of May 2025, I electronically filed the foregoing with the Court by using the CM/ECF system.

                                                     */s/ Emily J. Wilson*
                                                     Emily J. Wilson

**INDEX OF RELEVANT FILINGS**

| Respondent | Trudeau Declaration ECF No. | Filed Opposition to Preliminary Injunction? | Opposition to Preliminary Injunction ECF No. | Filed Motion to Dismiss? | Motion to Dismiss ECF No. |
|---|---|---|---|---|---|
| ALENE R. STICKLES | 4 | YES | 92 | YES | 89 |
| ALLAN PATRICK SANDERS | 5 | NO | N/A | NO | N/A |
| AMY GAYLE YOUNGBLOOD | 6 | YES | 92 | YES | 89 |
| ANDREW D. MCLEAN | 7 | NO | N/A | NO | N/A |
| ANN F. PRICE-DAVIS | 8 | NO | N/A | NO | N/A |
| ARENTZ FAMILY, LP | 9 | YES | 92 | YES | 89 |
| AUSTIN L. KALTRIDER | 10 | NO | N/A | NO | N/A |
| BARCLAY G. CARAS | 11 | NO | N/A | NO | N/A |
| BARNEY'S FARM, LLC, | 12 | YES | 92 | YES | 89 |
| BENJAMIN EUGENE NUSBAUM | 13 | YES | 92 | YES | 89 |
| BETTY LOU MILLER | 14 | YES | 92 | YES | 89 |
| BRANDON HILL | 15 | YES | 95 | YES | 95 |
| BRUCE E. DOAK | 16 | NO | N/A | NO | N/A |
| BRYAN N. HENDRIX | 17 | YES | 92 | YES | 89 |
| C. WILLIAM KNOBLOCH, JR. & CAROL KNOBLOCH REVOCABLE LIVING TRUST AGREEMENT DATED JANUARY 30, 2019 | 18 | YES | 95 | YES | 95 |
| CARL E. MILLER | 14 | YES | 92 | YES | 89 |
| CARMEN COCKEY | 19 | YES | 92 | YES | 89 |
| CAROL J. FERTITTA | 20 | NO | N/A | NO | N/A |
| CATHERINE M. GESTIDO | 21 | NO | N/A | NO | N/A |
| CATHERINE V. MILLER | 22 | YES | 92 | YES | 89 |
| CHARLES GARY ATKINSON | 23 | NO | N/A | NO | N/A |
| CHARLES WILLIAM BOND | 24 | YES | 92 | YES | 89 |
| CHARLOTTE RUTH BIXLER | 25 | YES | 92 | YES | 89 |
| CHERYL ANN GEARY | 26 | NO | N/A | NO | N/A |
| CHRIS N. RESH | 27 | YES | 92, 95 | YES | 89, 95 |

**INDEX OF RELEVANT FILINGS**

| Respondent | Trudeau Declaration ECF No. | Filed Opposition to Preliminary Injunction? | Opposition to Preliminary Injunction ECF No. | Filed Motion to Dismiss? | Motion to Dismiss ECF No. |
|---|---|---|---|---|---|
| CHRISTINE D. EYRING | 28 | NO | N/A | NO | N/A |
| CHRISTOPHER D. COCKEY | 19 | YES | 92 | YES | 89 |
| CONSTANCE M. HENDRIX | 17 | YES | 92 | YES | 89 |
| DANIEL GEORGE SCHWARTZ | 29 | NO | N/A | NO | N/A |
| DEBORAH H. MAEDER | 31 | YES | 92 | YES | 89 |
| DELLS GENERATION FARMS, LLC | 32 | YES | 94 | YES | 94 |
| DIANE M. COOK | 33 | YES | 92 | YES | 89 |
| DOROTHY I. DONMOYER | 27 | YES | 92, 95 | YES | 89, 95 |
| EDUARDO E. GESTIDO | 21 | NO | N/A | NO | N/A |
| ERICH CHARLES STEIGER | 34 | YES | 92 | YES | 89 |
| ERIK J. LENTZ | 36 | NO | N/A | NO | N/A |
| ESTHER JOHANN LENTZ-BUENGER | 37 | YES | 92 | YES | 89 |
| FAITH J. WEEKS | 39 | NO | N/A | NO | N/A |
| FAY ANN MILLER | 40 | YES | 92 | YES | 89 |
| FRANCIS LEE DELL | 42 | YES | 94 | YES | 94 |
| GARY J. BROCKMEYER | 43 | YES | 92 | YES | 89 |
| GAYLE M. DOAK | 16 | NO | N/A | NO | N/A |
| GROVES MILL, LLC | 44 | NO | N/A | NO | N/A |
| HELEN L. BULL | 45 | YES | 92 | YES | 89 |
| HENRY WHITAKER | 46 | YES | 95 | YES | 95 |
| HOECKEL FAMILY SELF SETTLED ASSET PROTECTION FAMILY IRREVOCABLE TRUST | 47 | NO | N/A | NO | N/A |
| HZ PROPERTIES, LLC | 49 | YES | 92 | YES | 89 |
| INDRANEE KURUPPUNAYAKE | 23 | NO | N/A | NO | N/A |
| JAMES A. O'DONNELL | 51 | NO | N/A | NO | N/A |
| JAMES R. COOK | 33 | YES | 92 | YES | 89 |

**INDEX OF RELEVANT FILINGS**

| Respondent | Trudeau Declaration ECF No. | Filed Opposition to Preliminary Injunction? | Opposition to Preliminary Injunction ECF No. | Filed Motion to Dismiss? | Motion to Dismiss ECF No. |
|---|---|---|---|---|---|
| JOHN D. MAEDER | 31 | YES | 92 | YES | 89 |
| JOHN M. EYRING, JR. | 28 | NO | N/A | NO | N/A |
| JOSEPH L. GOVER | 52 | YES | 92, 95 | YES | 89, 95 |
| JOSEPH V. FERTITTA III | 20 | NO | N/A | NO | N/A |
| JOYCE E. KALTRIDER | 10 | NO | N/A | NO | N/A |
| JUDITH A. FIEDLER | 54 | YES | 95 | YES | 95 |
| JULIA LU | 56 | YES | 92 | YES | 89 |
| JULIUS J. PITRONE | 57 | NO | N/A | NO | N/A |
| JUSTIN WRIGHT | 58 | YES | 92 | YES | 89 |
| KAREN A. SCHLEPER | 46 | YES | 95 | YES | 95 |
| KEITH EMERSON ENSOR | 61 | YES | 92 | YES | 89 |
| KENNETH E. MILLER | 40 | YES | 92 | YES | 89 |
| KENNETH EUGENE NUSBAUM | 13 | YES | 92 | YES | 89 |
| KEVIN LEE ENSOR | 61 | YES | 92 | YES | 89 |
| KIMBERLY A. JOHNSTON | 63 | YES | 92 | YES | 89 |
| LESLIE ALFRED WHITE | 64 | YES | 92 | YES | 89 |
| LINDA S. GRESOCK | 66 | NO | N/A | NO | N/A |
| LISA M. WARD | 65 | NO | N/A | NO | N/A |
| M & R, LLC | 67 | NO | N/A | NO | N/A |
| MABEL E. WILSON REVOCABLE DEED OF TRUST DATED 3/25/1998 | 62 | NO | N/A | NO | N/A |
| MARIAN V. DELL | 42 | YES | 94 | YES | 94 |
| MARLIN L. KALTRIDER | 10 | NO | N/A | NO | N/A |
| MARVIN L. KALTRIDER | 10 | NO | N/A | NO | N/A |
| MATT UNKLE | 60 | YES | 92 | YES | 89 |
| MATTHEW LEE DELL | 59 | YES | 94 | YES | 94 |
| MICHAEL A. DAVIS | 8 | YES | 95 | YES | 95 |
| MICHAEL D. HANDS, JR. | 39 | NO | N/A | NO | N/A |

**INDEX OF RELEVANT FILINGS**

| Respondent | Trudeau Declaration ECF No. | Filed Opposition to Preliminary Injunction? | Opposition to Preliminary Injunction ECF No. | Filed Motion to Dismiss? | Motion to Dismiss ECF No. |
|---|---|---|---|---|---|
| MOHAMAD A. KOURANI | 84 | YES | 92, 95 | YES | 89, 95 |
| MORGAN DAVIS BOND | 24 | YES | 92 | YES | 89 |
| MORRIS L. BOHLAYER | 55 | YES | 92 | YES | 89 |
| NADA E. KOURANI | 84 | YES | 92, 95 | YES | 89, 95 |
| NANCY E. CRAMER | 83 | NO | N/A | NO | N/A |
| NANCY EILEEN PIERCE | 53 | NO | N/A | NO | N/A |
| NANCY M. BROCKMEYER | 43 | YES | 92 | YES | 89 |
| NANCY P. MACBRIDE | 50 | YES | 92 | YES | 89 |
| PAMELA J. CARAS | 11 | NO | N/A | NO | N/A |
| PAMELA M. WILSON | 48 | NO | N/A | NO | N/A |
| PANORA ACRES, INC. | 68 | NO | N/A | NO | N/A |
| PATRICIA J. O'DONNELL | 51 | NO | N/A | NO | N/A |
| PAUL JOSEPH GEARY | 26 | NO | N/A | NO | N/A |
| PETER AND JOHN RADIO FELLOWSHIP, INC. | 70 | YES | 88 | YES | 101 |
| PETRICE MARIE DONMOYER-RESH | 27 | YES | 92, 95 | YES | 89, 95 |
| PHYLLIS A. REHMEYER | 41 | NO | N/A | NO | N/A |
| RAINA C. GOVER | 52 | YES | 92 | YES | 89 |
| RBC REAL ESTATE I, LLC | 71 | NO | N/A | NO | N/A |
| REBECCA IRENE SCOLLAN | 34 | YES | 92 | YES | 89 |
| REBECCA MCLEAN | 7 | NO | N/A | NO | N/A |
| RICHARD M. DOSTER | 38 | YES | 92 | YES | 89 |
| ROBERT H. STICKLES, SR. | 4 | YES | 92 | YES | 89 |
| ROBERT KEITH WILSON | 48 | NO | N/A | NO | N/A |
| ROBERT L. DONMOYER | 27 | YES | 92 | YES | 89 |
| ROY FRANCIS SANDERS | 5 | NO | N/A | NO | N/A |
| SCHOOL OF LIVING | 73 | NO | N/A | NO | N/A |
| SHARON A. BOHLAYER | 55 | YES | 92 | YES | 89 |

**INDEX OF RELEVANT FILINGS**

| Respondent | Trudeau Declaration ECF No. | Filed Opposition to Preliminary Injunction? | Opposition to Preliminary Injunction ECF No. | Filed Motion to Dismiss? | Motion to Dismiss ECF No. |
|---|---|---|---|---|---|
| SHAWN L. KALTRIDER | 10 | NO | N/A | NO | N/A |
| STEPHEN GORDON ATKINSON | 23 | NO | N/A | NO | N/A |
| THE DUG HILL ROD AND GUN CLUB, INC. | 74 | YES | 92 | YES | 89 |
| THOMAS B. COLLINS | 35 | YES | 92 | YES | 89 |
| THOMAS S. GRESOCK | 66 | NO | N/A | NO | N/A |
| TODD M. REHMEYER | 41 | NO | N/A | NO | N/A |
| TOMI UNKLE | 60 | YES | 92 | YES | 89 |
| TRACY W. COLLINS | 35 | YES | 92 | YES | 89 |
| TROYER FARMS, LLC | 72 | YES | 92 | YES | 89 |
| TROYER REAL ESTATE, LLC | 69 | YES | 92 | YES | 89 |
| WAYNE D. MILLER | 22 | YES | 92 | YES | 89 |
| ZACHARY J. WARD | 65 | NO | N/A | NO | N/A |
| ZHEJUN FAN | 56 | YES | 92 | YES | 89 |