IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | Case No. 1:25-cv-01235 |
| | * |
| ARENTZ FAMILY, LP, *et al.*, | * |
| | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") files this Reply in Further Support of its Motion for Preliminary Injunction (ECF 75) (the "Motion") and in response to the following Oppositions to the Motion:

- ECF 88, filed by Respondent Peter and John Radio Fellowship, Inc. ("Radio Fellowship");

- ECF 92, filed by Respondents Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A.

Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh, Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tom Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood ("Arentz Respondents");

- ECF 94, Respondents Dells Generation Farms, LLC, Matthew L. Dell, Francis L. Dell, and Marian V. Dell ("Dell Respondents");[1] and

- ECF 95, filed by Respondents Brandon Hill, Joseph Gover, Michael Davis, Judith Fiedler, Henry Whitaker, Nada E. Kourani, Mohamad Kourani, C. William Knobloch, Jr., Carol Knobloch, Dorothy Donmoyer, Petrice Marie Donmoyer-Resh, Chris Resh, and Karen Schleper ("Hill Respondents").

Some of the Arentz and Hill Respondents overlap, and Dell Respondents expressly incorporate the oppositions of other Respondents. (ECF 94 at 3-4). Accordingly, and given the substantial overlap in substantive arguments, Petitioner files this combined Reply to ECFs 88, 92, 94, and 95. The grounds supporting the Company's Reply are set forth in the accompanying Memorandum.

---

[1] Though Dell Respondents style this filing as a "Response in Opposition to Petition for Injunctive Relief," the Company construes the arguments made therein to oppose the Company's Motion.

Date: May 5, 2025                                    Respectfully submitted,

/s/ *Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of May, 2025, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Susan R. Schipper*
Susan R. Schipper
