# EXHIBIT 1

| | | |
|---|---|---|
| **TRANSOURCE MARYLAND, LLC** | * | IN THE |
| Petitioner | * | CIRCUIT COURT |
| Vs. | * | FOR |
| **CURTIS DARREL COMER,** *et al.* | * | HARFORD COUNTY |
| Respondents | * | CASE NO. 12-C-18-000543 |

* * * * * * * * * * *

## ORDER

Upon Consideration of the Petition for Entry Upon Land to Conduct Surveys Pursuant to Real Property Article Section 12-111 filed by Transource Maryland LLC ("Transource MD"), it is this  24th  day of  June, 2018

**ORDERED** that:

(1)     Petition shall serve a copy of this Order on Respondents, Curtis Darrel Comer and Bonnie Louise Comer, the owners of a property located at 5101 Jolly Acres Road, White Hall, Maryland 21161 (the "Subject Property") in the manner provided in Paragraph 2 of this Order within three days of the date of this Order;

(2)     Petitioner shall serve a copy of this Order by overnight, certified mail, restricted delivery to the Subject Property address and by delivering the Order to the Respondents at Subject Property. If Respondents do not answer the front door at the Subject Property when Petitioner attempts delivery, Petitioner shall affix this Order by tape to the front door;

(3)     Petitioner shall file an affidavit with this Court demonstrating compliance with the service requirements of this Order;

(4)     Not earlier than five days after the service of this Order, Petitioner, its agents, employees or consultants, are hereby authorized to enter upon and remain on the Subject

Entered: Clerk, Circuit Court for
Harford County, MD
June 25, 2018

Property for the purpose of conducting a field survey and to obtain information relevant to the acquisition of the Subject Property or its future public use as an electric transmission line as permitted by Section 12-111 of the Real Property Article of the Annotated Code of Maryland;

(5) Respondents shall not in any manner interfere with or obstruct the persons authorized to enter onto his property by this Order;

(6) Petitioner and its agents, employees or consultants who enter onto the Subject Property shall have a copy of this Order with them;

(7) Petitioner, when surveying, running lines or levels and setting stakes or markers under the provisions of this Order, shall replace the topsoil in a manner which will approach the level of compaction and contour was when removed. Petitioner shall reimburse Respondents for any agricultural products destroyed or damaged by its agents, employees, or consultants. Petitioner shall further be responsible for any other damage that may be incurred as a result of the entry onto Respondents' land pursuant to this Order; and

(8) Petitioner and its agents, employees or consultants shall only enter upon the Subject Property during normal working hours, 8:30 A.M. to 6:00 P.M.

06/24/2018 12:05:37 AM

*Angela M. Eaves*

ANGELA M. EAVES, JUDGE

cc:  Kurt J. Fisher, Esq.
     Venable LLP
     210 W. Pennsylvania Ave., Suite 500
     Towson, Maryland, 21204

     Charles D. MacLeod, Esq.
     Patrick W. Thomas
     MacLeod Law Group LLC
     120 Speer Road, Suite 1
     Chestertown, MD 21620