IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC,

    *Plaintiff*,

    v.

ARENTZ FAMILY, LP, *et al.*,

    *Defendants*

Case No. 25-cv-1235-ABA

**ORDER**

    Plaintiff filed a complaint and motion for preliminary injunction on April 15, 2025. ECF Nos. 1, 75. The Court entered an expedited scheduling order for the preliminary injunction on April 16, 2025. ECF No. 79. Multiple Defendants have since filed responses to the motion for preliminary injunction (ECF Nos. 88, 92, 95), as well as motions to dismiss (ECF Nos. 89, 95, 101). There is also a pending motion from Defendants to defer consideration of the motion for preliminary injunction pending a ruling on the motions to dismiss. ECF No. 93. It is hereby ORDERED as follows:

1. **May 9, 2025** – Plaintiff shall file any responses to the pending motions to dismiss (ECF Nos. 89, 95, 101).

2. **May 16, 2025** – Defendants shall file any replies in support of the pending motions to dismiss.

3. **May 19, 2025 at 9:30 A.M.** – The Court will hold an in-person hearing on all pending motions in Courtroom 7D of the Baltimore courthouse (101 W. Lombard St., Baltimore, MD 21201).

Date:  May 6, 2025

                                               */s/*
                                       Adam B. Abelson
                                       United States District Judge