

210 W. PENNSYLVANIA AVENUE   SUITE 500   TOWSON, MD 21204
T 410.494.6200   F 410.821.0147   www.Venable.com

May 7, 2025

t 410.494.6353
f 410.821.0147
KJFischer@Venable.com

VIA CM/ECF

The Honorable Adam B. Abelson
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

      Re:    *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*, Case No. 25-cv-1235-ABA

Dear Judge Abelson:

      We represent Petitioner PSEG Renewable Transmission LLC and have received the Court's May 6, 2025 Order setting an in-person hearing on all pending motions for May 19, 2025 at 9:30 A.M. (ECF 108.) I write respectfully to request clarification as to the scope of the hearing, that is, whether the Court anticipates oral argument on the pending motions and declarations or a full evidentiary hearing.

      Thank you for your consideration of this request.

      Very truly yours,

      */s/ Kurt J. Fischer*

      Kurt J. Fischer

cc:    Harris W. Eisenstein
        David M. Wyand
        Lauren McLarney
        Jennifer L. Wazenski
        Susan M. Euteneuer