# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC**<br><br>*Petitioner,*<br><br>v.<br><br>**ARENTZ FAMILY, LP,** *et al.*<br><br>*Respondents*. | **Case No.** 1:25-cv-01235-ABA |

## LINE JOINING ADDITIONAL RESPONDENTS TO PRIOR PLEADINGS

On April 30, 2025, undersigned counsel filed Respondents' Motion to Dismiss (Document 89), Respondents' Opposition to Petitioner's Motion for Preliminary Injunction (Document 92) and Respondents' Motion to Defer Consideration of Petitioner's Motion for Preliminary Injunction Pending the Court Ruling on Respondents' Motion to Dismiss (Document 93). Respondents M & R, LLC, Andrew D. McLean and Rebecca McLean, who retained this firm after these pleadings were filed, are joining and adopting Document 89, Document 92, and Document 93.

Date: May 7, 2025

Respectfully submitted,

*/s/ David M. Wyand*
David M. Wyand (Fed. Bar No. 23413)
Harris W. Eisenstein (Fed. Bar No. 29694)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 South Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmartin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*

-2-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of May 2025, a copy of the foregoing Line Joining Additional Respondents to Prior Pleadings was served through the CM/ECF System on all counsel of record.

*/s/ David M. Wyand*
David M. Wyand