IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC,

*Plaintiff*,

v.

ARENTZ FAMILY, LP, *et al.*,

*Defendants*

Case No. 25-cv-1235-ABA

**ORDER**

The Court held a motions hearing yesterday, May 19, 2025. ECF No. 132. Last Thursday, the Arentz Family group of respondents filed, among other things, a declaration from Scott Molony that attached, and offered certain opinions regarding, an August 29, 2024 Order Granting Petition for Declaratory Order issued by the Federal Energy Regulatory Commission. ECF No. 125-3. By **May 29, 2025**, the parties shall file supplemental briefs on the effect (if any) of that FERC order on the question of whether, for preliminary injunction purposes, PSEG has shown irreparable harm.

Date:  May 20, 2025

*/s/*
Adam B. Abelson
United States District Judge