## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC,

    *Plaintiff*,

    v.

ARENTZ FAMILY, LP, *et al.*,

    *Defendants*

Case No. 25-cv-1235-ABA

## ORDER

Upon consideration of the Motion for Preliminary Injunction filed by Plaintiff PSEG Renewable Transmission LLC ("PSEG") (ECF No. 75), Defendants' memoranda in opposition (ECF Nos. 88, 92, 95), Plaintiffs' reply brief (ECF No. 105), the supplemental briefs (ECF Nos. 167, 247, 249, 250, 253), as well as Defendants' motions to dismiss (ECF Nos. 89, 95, 101), and the exhibits to those submissions, and having held a hearing on May 19, 2025, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Preliminary Injunction (ECF No. 75) is GRANTED;

2. Defendants' Motions to Dismiss (ECF Nos. 89, 95, 101) are DENIED;

3. Defendants' Motion to Defer Consideration (ECF No. 93) is DENIED as MOOT;

4. The parties shall file status reports every 30 days beginning from the date of this Order, beginning July 21, 2025; and

5.   Within seven days of this Order, PSEG shall serve a copy of this Preliminary

Injunction, Order, and Memorandum Opinion by certified mail on each

Respondent.


Date:  June 20, 2025                              _____/s/_____
                                                 Adam B. Abelson
                                                 United States District Judge