# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC,

   *Plaintiff*,

v.

ARENTZ FAMILY, LP, *et al.*,

   *Defendants*

Case No. 25-cv-1235-ABA

# PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, it is hereby ORDERED as follows:

1. For a period from the date of this Order until PSEG's application for a Certification of Public Convenience and Necessity, currently pending as Case No. 9773 before the Maryland Public Service Commission, is granted or denied, PSEG shall be permitted to enter onto the properties of Respondents and to remain on the property to the extent reasonably necessary to make surveys, run lines or levels, or obtain information relating to the acquisition and future use of the properties in connection with the Maryland Piedmont Reliability Project; and

2. PSEG shall give any Respondent not less than 24 hours' notice that PSEG will enter onto the Respondent's property by taping a notice on the front door of the Respondent (but PSEG may give one notice for entry on multiple days).

Date:  June 20, 2025

                                                 /s/
                                         Adam B. Abelson
                                         United States District Judge