**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC** | |
| *Petitioner,* | |
| v. | **Case No.** 1:25-cv-01235-ABA |
| **ARENTZ FAMILY, LP,** *et al.* | |
| *Respondents.* | |

---

**ANSWER TO PETITION FOR INJUNCTIVE RELIEF TO OBTAIN TEMPORARY
ACCESS TO SUBJECT PROPERTIES FOR PERFORMING NON-INVASIVE FIELD
SURVEYS PURSUANT TO MD. CODE ANN., REAL PROPERTY § 12-11**

Respondents, Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, M & R, LLC, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Andrew D. McLean, Rebecca McLean, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh,  Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tomi Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood (collectively, "Respondents"), by and through their undersigned counsel, submit this

Answer to the Petition for Injunctive Relief to Obtain Temporary Access to Subject Properties for Performing Non-Invasive Field Surveys Pursuant to Md. Code Ann., Real Property § 12-11 ("the Petition") filed by Petitioner PSEG Renewable Transmission LLC ("Petitioner")

## General Denial

Except as expressly admitted below, and pursuant to Federal Rule of Civil Procedure 8(b)(3), Respondents generally deny all allegations in the Petition.

## Nature of the Action

1.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 1 of the Petition and therefore deny such allegations.

2.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 2 of the Petition and therefore deny such allegations.

3.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 3 of the Petition and therefore deny such allegations.

4.      Denied.

## Parties

5.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 5 of the Petition and therefore deny such allegations.

6.      Denied.

7.      Respondents admit that Barney's Farm, LLC is a Maryland limited liability company and that its members are domiciled in Maryland. Respondents deny the remaining allegations contained in Paragraph 7 of the Petition.

8.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 8 of the Petition and therefore deny such allegations.

9.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 9 of the Petition and therefore deny such allegations.

10.    Respondents admit the allegations in Paragraph 10 with the clarification that this address is located on Mikules Manor Road.

11.    Admitted.

12.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 12 of the Petition and therefore deny such allegations.

13.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 13 of the Petition and therefore deny such allegations.

14.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 14 of the Petition and therefore deny such allegations.

15.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 15 of the Petition and therefore deny such allegations.

16.    Admitted.

17.    Admitted.

18.    Admitted.

19.    Admitted.

20.    Admitted.

21.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 21 of the Petition and therefore deny such allegations.

22.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 22 of the Petition and therefore deny such allegations.

23.    Admitted.

24.    Admitted.

25.    Admitted.

26.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 26 of the Petition and therefore deny such allegations.

27.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 27 of the Petition and therefore deny such allegations.

28.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 28 of the Petition and therefore deny such allegations.

29.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 29 of the Petition and therefore deny such allegations.

30.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 30 of the Petition and therefore deny such allegations.

31.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 31 of the Petition and therefore deny such allegations.

32.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 32 of the Petition and therefore deny such allegations.

33.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 33 of the Petition and therefore deny such allegations.

34.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 34 of the Petition and therefore deny such allegations.

35.    Admitted.

36.    Admitted.

37.    Admitted.

38.    Admitted.

39.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 39 of the Petition and therefore deny such allegations.

40.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 40 of the Petition and therefore deny such allegations.

41.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 41 of the Petition and therefore deny such allegations.

42.    Admitted.

43.    Admitted.

44.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 44 of the Petition and therefore deny such allegations.

45.    Admitted.

46.    Admitted.

47.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 47 of the Petition and therefore deny such allegations.

48.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 48 of the Petition and therefore deny such allegations.

49.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 49 of the Petition and therefore deny such allegations.

50.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 50 of the Petition and therefore deny such allegations.

51.    Admitted.

52.    Admitted.

53.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 53 of the Petition and therefore deny such allegations.

54.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 54 of the Petition and therefore deny such allegations.

55.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 55 of the Petition and therefore deny such allegations.

56.     Admitted.

57.     Admitted.

58.     Admitted.

59.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 59 of the Petition and therefore deny such allegations.

60.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 60 of the Petition and therefore deny such allegations.

61.     Respondents admit the allegations in Paragraph 61 with the clarification that this address is located in Manchester, Maryland.

62.     Respondents admit the allegations in Paragraph 61 with the clarification that this address is located in Manchester, Maryland.

63.     Respondents admit the allegations in Paragraph 61 with the clarification that this address is located in Manchester, Maryland.

64.     Respondents admit the allegations in Paragraph 61 with the clarification that this address is located in Manchester, Maryland.

65.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 65 of the Petition and therefore deny such allegations.

66.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 66 of the Petition and therefore deny such allegations.

67.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 67 of the Petition and therefore deny such allegations.

68.     Admitted.

69.     Admitted.

70.     Admitted.

71.     Admitted.

72.     Admitted.

73.     Admitted.

74.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 74 of the Petition and therefore deny such allegations.

75.     Admitted.

76.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 76 of the Petition and therefore deny such allegations.

77.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 77 of the Petition and therefore deny such allegations.

78.     Admitted.

79.     Admitted.

80.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 80 of the Petition and therefore deny such allegations.

81.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 81 of the Petition and therefore deny such allegations.

82. Admitted.

83. Admitted.

84. Admitted.

85. Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 85 of the Petition and therefore deny such allegations.

86. Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 86 of the Petition and therefore deny such allegations.

87. Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 87 of the Petition and therefore deny such allegations.

88. Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 88 of the Petition and therefore deny such allegations.

89. Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 89 of the Petition and therefore deny such allegations.

90. Admitted.

91. Admitted.

92. Admitted.

93. Admitted.

94. Admitted.

95. Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 95 of the Petition and therefore deny such allegations.

96. Admitted.

97. Admitted.

98.    Respondents admit that Kevin Lee Ensor is an individual who resides on Lentz Road, Parkton, Maryland 21120, but otherwise deny the allegations in Paragraph 98.

99.    Admitted.

100.    Admitted.

101.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 101 of the Petition.

102.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 102 of the Petition.

103.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 103 of the Petition.

104.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 104 of the Petition.

105.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 105 of the Petition.

106.    Admitted.

107.    Admitted.

108.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 108 of the Petition.

109.    Admitted.

110.    Admitted.

111.    Admitted.

112.    Admitted.

113.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 113 of the Petition.

114.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 114 of the Petition.

115.     Admitted.

116.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 116 of the Petition.

117.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 117 of the Petition.

118.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 118 of the Petition.

119.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 119 of the Petition.

120.     Admitted.

121.     Admitted.

122.     Admitted.

**Jurisdiction and Venue**

123.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 123 of the Petition and therefore deny such allegations.

124.     Admitted.

125.     Admitted.

126.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 126 of the Petition and therefore deny such allegations.

127.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 127 of the Petition and therefore deny such allegations.

128.    Admitted.

129.    Admitted.

130.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 130 of the Petition and therefore deny such allegations.

131.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 131 of the Petition and therefore deny such allegations.

132.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 132 of the Petition and therefore deny such allegations.

133.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 133 of the Petition and therefore deny such allegations.

134.    Admitted.

135.    Admitted.

136.    Admitted.

137.    Admitted.

138.    Admitted.

139.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 139 of the Petition and therefore deny such allegations.

140.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 140 of the Petition and therefore deny such allegations.

141.    Admitted.

142.    Admitted.

143.    Admitted.

144.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 144 of the Petition and therefore deny such allegations.

145.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 145 of the Petition and therefore deny such allegations.

146.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 146 of the Petition and therefore deny such allegations.

147.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 147 of the Petition and therefore deny such allegations.

148.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 148 of the Petition and therefore deny such allegations.

149.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 149 of the Petition and therefore deny such allegations.

150.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 150 of the Petition and therefore deny such allegations.

151.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 151 of the Petition and therefore deny such allegations.

152.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 152 of the Petition and therefore deny such allegations.

153.    Admitted.

154.    Admitted.

155.    Admitted.

156.    Admitted.

157.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 157 of the Petition and therefore deny such allegations.

158.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 158 of the Petition and therefore deny such allegations.

159.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 159 of the Petition and therefore deny such allegations.

160.    Admitted.

161.    Admitted.

162.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 162 of the Petition and therefore deny such allegations.

163.    Admitted.

164.    Admitted.

165.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 165 of the Petition and therefore deny such allegations.

166.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 166 of the Petition and therefore deny such allegations.

167.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 167 of the Petition and therefore deny such allegations.

168.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 168 of the Petition and therefore deny such allegations.

169.    Admitted.

170.    Admitted.

171.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 171 of the Petition and therefore deny such allegations.

172.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 172 of the Petition and therefore deny such allegations.

173.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 173 of the Petition and therefore deny such allegations.

174.    Admitted.

175.    Admitted.

176.    Admitted.

177.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 177 of the Petition and therefore deny such allegations.

178.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 178 of the Petition and therefore deny such allegations.

179.    Admitted.

180.    Admitted.

181.    Admitted.

182.    Admitted.

183.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 183 of the Petition and therefore deny such allegations.

184.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 184 of the Petition and therefore deny such allegations.

185.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 185 of the Petition and therefore deny such allegations.

14

186.    Admitted.

187.    Admitted.

188.    Admitted.

189.    Admitted.

190.    Admitted.

191.    Admitted.

192.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 192 of the Petition and therefore deny such allegations.

193.    Admitted.

194.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 194 of the Petition and therefore deny such allegations.

195.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 195 of the Petition and therefore deny such allegations.

196.    Admitted.

197.    Admitted.

198.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 198 of the Petition and therefore deny such allegations.

199.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 199 of the Petition and therefore deny such allegations.

200.    Admitted.

201.    Admitted.

202.    Admitted.

203.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 203 of the Petition and therefore deny such allegations.

204.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 204 of the Petition and therefore deny such allegations.

205.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 205 of the Petition and therefore deny such allegations.

206.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 206 of the Petition and therefore deny such allegations.

207.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 207 of the Petition and therefore deny such allegations.

208.    Admitted.

209.    Admitted.

210.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 210 of the Petition and therefore deny such allegations.

211.    Admitted.

212.    Admitted.

213.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 213 of the Petition and therefore deny such allegations.

214.    Admitted.

215.    Admitted.

216.    Admitted.

217.    Admitted.

218.    Admitted.

219.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 219 of the Petition and therefore deny such allegations.

220.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 220 of the Petition and therefore deny such allegations.

221.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 221 of the Petition and therefore deny such allegations.

222.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 222 of the Petition and therefore deny such allegations.

223.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 223 of the Petition and therefore deny such allegations.

224.    Admitted.

225.    Admitted.

226.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 226 of the Petition and therefore deny such allegations.

227.    Admitted.

228.    Admitted.

229.    Admitted.

230.    Admitted.

231.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 231 of the Petition and therefore deny such allegations.

232.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 232 of the Petition and therefore deny such allegations.

233.    Admitted.

234.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 234 of the Petition and therefore deny such allegations.

235.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 235 of the Petition and therefore deny such allegations.

236.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 236 of the Petition and therefore deny such allegations.

237.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 237 of the Petition and therefore deny such allegations.

238.    Admitted.

239.    Admitted.

240.    Admitted.

241.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 241 of the Petition and therefore deny such allegations.

## Factual Background

242.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 242 of the Petition and therefore deny such allegations.

243.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 243 of the Petition and therefore deny such allegations.

244.    Paragraph 244 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 244 of the Petition and therefore deny such allegations.

245.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 245 of the Petition and therefore deny such allegations.

246.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 246 of the Petition and therefore deny such allegations.

247.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 247 of the Petition and therefore deny such allegations.

248.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 248 of the Petition and therefore deny such allegations.

249.    Paragraph 249 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 249 of the Petition and therefore deny such allegations.

250.    Paragraph 250 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 250 of the Petition and therefore deny such allegations.

251.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 251 of the Petition and therefore deny such allegations.

252.    Paragraph 252 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 252 of the Petition and therefore deny such allegations.

253.    Paragraph 253 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 253 of the Petition and therefore deny such allegations.

254.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 254 of the Petition and therefore deny such allegations.

255.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 255 of the Petition and therefore deny such allegations.

256.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 256 of the Petition and therefore deny such allegations.

257.    The allegations contained in Paragraph 257 of the Petition are denied, except that Respondents admit that Exhibits 1, 2 and 3 to the Petition are comments from Carroll, Frederick and Baltimore Counties, which speak for themselves.

258.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 258 of the Petition and therefore deny such allegations.

259.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 259 of the Petition and therefore deny such allegations.

260.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 260 of the Petition and therefore deny such allegations.

261.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 261 of the Petition and therefore deny such allegations.

262.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 262 of the Petition and therefore deny such allegations.

263.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 263 of the Petition and therefore deny such allegations.

264.    Respondents admit that they have denied Petitioner entry to their properties and that Petitioner seeks an order from this court.  Respondents deny the remainder of the allegations contained in Paragraph 264 of the Petition.

265.    Paragraph 265 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

266.    Paragraph 266 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

267.    Paragraph 267 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

268.    Paragraph 268 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

269.    Denied.

270.    Paragraph 270 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

271.    Denied.

272.    Paragraph 272 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

273.    Denied.

274.    Denied.

275.    Respondents admit that they have refused consent for Petitioner to enter their properties. Respondents deny the remaining allegations contained in Paragraph 275 of the Petition.

276.    Respondents admit that they have not given consent for Petitioner to enter their properties. Respondents deny the remaining allegations contained in Paragraph 276 of the Petition.

### CLAIM FOR RELIEF
### Count I: Injunctive Relief (RP § 12-111)
### (Against All Defendants)

277.    Respondents incorporate by reference their responses to the allegations contained in the preceding paragraphs as if set forth fully herein.

278.    Paragraph 278 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

279.    Denied.

280.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 280 of the Petition and therefore deny such allegations.

281.    Denied.

282.    Respondents admit that they have refused to permit the Petitioner to enter their properties and deny the remaining allegations of Paragraph 282 of the Petition.

283.    Denied.

284.    Denied.

The remainder of the allegations in the Petition constitute a prayer for relief, to which no response is required. To the extent that an answer is required, Respondents deny all allegations. All allegations not specifically admitted or denied are hereby denied.

### Affirmative Defenses

1.    Petitioner has not stated a claim upon which relief can be granted. Respondents also incorporate the defenses raised in Respondents' Motion to Dismiss (ECF 89) and in the Reply in Further Support of Respondents' Motion to Dismiss (ECF 122).

2.      Petitioner is not "a body politic or corporate having the power of eminent domain," and therefore has no rights under § 12-111 of the Real Property Article of the Maryland Code.

3.      Petitioner's claims are barred because Respondents have a right to exclude others from their real property.

4.      Petitioner's claims are barred because the access it seeks to Respondents' private properties, without payment of just compensation, violates state and federal law. Md. Const. Art. III, § 40; U.S. Const. Amend. V, cl. 4.

5.      This Court should decline to exercise jurisdiction under *Burford v. Sun Oil Co.*, 319 U.S. 315, 318 (1943).

6.      Petitioner's claims are barred, in whole or in part, by a failure to exhaust administrative remedies.

7.      Petitioner's claims are barred, in whole or in part, because of its failure to join necessary or indispensable parties, as required for a proper adjudication of this action.

Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 South Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmatin.com

*Attorneys for Respondents*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of July, 2025, a copy of the foregoing Answer

was served through the CM/ECF System on all counsel of record.

*/s/ Harris W. Eisenstein*                    
Harris W. Eisenstein