FILED: August 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1730
(1:25-cv-01235-ABA)

_____

PSEG RENEWABLE TRANSMISSION LLC

    Plaintiff - Appellee

v.

ARENTZ FAMILY, LP; BARNEY'S FARM, LLC; HZ PROPERTIES, LLC; M & R, LLC; THE DUG HILL ROD AND GUN CLUB, INC.; TROYER FARMS, LLC; TROYER REAL ESTATE, LLC; ALENE R. STICKLES; ROBERT H. STICKLES, SR.; AMY GAYLE YOUNGBLOOD; ANDREW D. MCLEAN; REBECCA MCLEAN; BENJAMIN EUGENE NUSBAUM; KENNETH EUGENE NUSBAUM; BETTY LOU MILLER; CARL E. MILLER; BRYAN N. HENDRIX; CONSTANCE M. HENDRIX; CARMEN COCKEY; CHRISTOPHER D. COCKEY; CATHERINE V. MILLER; WAYNE D. MILLER; CHARLES WILLIAM BOND; MORGAN DAVIS BOND; CHARLOTTE RUTH BIXLER; CHRIS N. RESH; DOROTHY I. DONMOYER; PETRICE MARIE DONMOYER-RESH; ROBERT L. DONMOYER; DEBORAH H. MAEDER; JOHN D. MAEDER; DIANE M. COOK; JAMES R. COOK; ERICH CHARLES STEIGER; REBECCA IRENE SCOLLAN; ESTHER JOHANN LENTZ-BUENGER; FAY ANN MILLER; KENNETH E. MILLER; GARY J. BROCKMEYER; NANCY M. BROCKMEYER; HELEN L. BULL; JOSEPH L. GLOVER; RAINA C. GLOVER; JULIA LU; ZHEJUN FAN; JUSTIN WRIGHT; KEITH EMERSON ENSOR; KEVIN LEE ENSOR; KIMBERLY A. JOHNSTON; LESLIE ALFRED WHITE; MATT UNKLE; TOMI UNKLE; MOHAMAD A. KOURANI; NADA E. KOURANI; MORRIS L. BOHLAYER; SHARON L. BOHLAYER; NANCY P. MACBRIDE; RICHARD

M. DOSTER; THOMAS B. COLLINS; TRACY W. COLLINS

     Defendants - Appellants

and

DELLS GENERATION FARMS, LLC; GROVES MILL, LLC; PANORA ACRES, INC.; PETER AND JOHN RADIO FELLOWSHIP, INC.; RBC REAL ESTATE I, LLC; SCHOOL OF LIVING; ALLAN PATRICK SANDERS; ROY FRANCIS SANDERS; ANNE F. PRICE-DAVIS; MICHAEL A. DAVIS; AUSTIN L. KALTRIDER; JOYCE E. KALTRIDER; MARLIN L. KALTRIDER; MARVIN L. KALTRIDER; SHAWN L. KALTRIDER; BARCLAY G. CARAS; PAMELA J. CARAS; BRANDON HILL; BRUCE E. DOAK; GAYLE M. DOAK; C. WILLIAM KNOBLOCH, JR. AND CAROL KNOBLOCH REVOCABLE LIVING TRUST AGREEMENT DATED JANUARY 30, 2019; CAROL J. FERTITTA; JOSEPH V. FERTITTA, III; CATHERINE M. GESTIDO; EDUARDO E. GESTIDO; CHARLES GARY ATKINSON; INDRANEE KURUPPUNAYAKE; STEPHEN GORDON ATKINSON; CHARLES WILLIAM ATKINSON; CHERYL ANN GEARY; PAUL JOSEPH GEARY; CHRISTINE D. EYRING; JOHN M. EYRING, JR.; DANIEL GEORGE SCHWARTZ; ERIK J. LENZ; FAITH J. WEEKS; MICHAEL D. HANDS, JR.; FRANCIS LEE DELL; MARIAN V. DELL; HENRY WHITAKER; KAREN A. SCHLEPER; HOECKEL FAMILY SELF SETTLED ASSET PROTECTION FAMILY IRREVOCABLE TRUST; JAMES A. O'DONNELL; PATRICIA J. O'DONNELL; JUDITH A. FIEDLER; JULIUS J. PITRONE; LINDA S. GRESOCK; THOMAS S. GRESOCK; LISA M. WARD; ZACHARY J. WARD; MABEL E. WILSON REVOCABLE DEED OF TRUST DATED 3/25/1998; MATTHEW LEE DELL; NANCY E. CRAMER; NANCY EILEEN PIERCE; PAMELA M. WILSON; ROBERT KEITH WILSON; PHYLLIS A. REHMEYER; TODD M. REHMEYER

     Defendants

---

O R D E R

---

  Upon consideration of the submissions relative to appellants' motion to expedite and motion to stay preliminary injunction pending appeal, the court denies

the motions.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge Gregory and Judge Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk