IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,<br><br>Petitioner,<br><br>v.<br><br>ARENTZ FAMILY, LP, *et al.*,<br><br>Respondents. | *<br>*<br>*<br>*  Case No. 1:25-cv-1235<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S MOTION FOR EXPEDITED SCHEDULING ORDER REGARDING MOTION FOR U.S. MARSHAL ASSISTANCE AND ESTABLISHMENT OF A PROCEDURE FOR FUTURE ASSISTANCE**

Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") moves this Court to enter an expedited scheduling order regarding the Company's Motion for U.S. Marshal Assistance and Establishment of a Procedure for Future Assistance (the "Motion") (ECF 282).

**BACKGROUND**

As set forth in more detail in the Company's Motion, the Company has encountered threats of physical violence, obstruction, and intimidation tactics at six properties where it has attempted to conduct surveys in accordance with the Amended Preliminary Injunction (ECF 268). ECF 282 at 6-12. These incidents have occurred against the backdrop of an increasingly hostile social media atmosphere in which social media users are regularly calling for violence against the Company's agents. *Id*. at 3-4, 6. Compounding this tension are the statements of non-involvement issued by

1

local law enforcement offices, as well as local law enforcement's delayed response to several of the incidents described in the Motion. *Id*. at 4-5.

Because the Court has already granted the Company preliminary relief to access these six properties, but the Company cannot continue surveys on these properties without risk of harm to its agents, the Company respectfully requests the Court enter an expedited scheduling order to govern the parties' briefing on the Motion.

## ARGUMENT

It is within the Court's discretion to set an expedited briefing schedule for any motion. *See* Loc. R. 105.2(a) (D. Md. 2025) (indicating "[a]ll motions must be filed within deadlines set by the Court" and outlining briefing schedule "[u]nless otherwise ordered by the Court[.]"). An expedited briefing schedule is appropriate here given that the Company cannot return to the six properties identified in the Motion without placing its agents in harm's way given the threats of violence its agents have received at those properties or from individuals connected with those properties. ECF 282 at 6-12. This Court has already found that the Company will suffer irreparable harm if it is not able to access these properties, entitling the Company to preliminary relief. ECF 254 at 45-49. That irreparable harm will come to pass, notwithstanding the Amended Preliminary Injunction, if the Company cannot safely return to these properties to perform the surveys that Maryland State agencies have asked the Company to complete.

An expedited briefing schedule is also appropriate under these circumstances given that the Company provided a copy of the Motion and all supporting documents to Respondents' counsel one day prior to filing. ECF 282-1. As a result, Respondents have been provided sufficient time to consider the arguments, authorities, and evidence provided in the Company's Motion.

2

## CONCLUSION

For the foregoing reasons, the Company respectfully requests the Court enter an expedited scheduling order regarding the Company's Motion for US Marshal Assistance and Establishment of a Procedure for Future Assistance. A proposed scheduling order is filed herewith.

Date: August 15, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 15th day of August, 2025 that the foregoing was served on all counsel of record via CM/ECF.

>                                   */s/ Emily J. Wilson*
>                                   Emily J. Wilson