IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-01235-ABA |
| | * | |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Upon consideration of the Motion for Expedited Scheduling Order filed by Petitioner, PSEG Renewable Transmission LLC, it is this _____ day of August, 2025,

ORDERED:

(1) That the Motion for Expedited Scheduling Order is GRANTED;

(2) That Respondents shall file any response to the Motion for U.S. Marshal Assistance and for Establishment of a Procedure for Future Assistance within three (3) business days of the date of the service of the Motion;

(3) That Petitioner may file a reply to a response of a Respondent within two (2) business days after the filing of the Respondent's response; and

(4) That the Court shall schedule further proceedings upon review of any responses and replies filed pursuant to this Order.

_____<br>
Judge, United States District Court for the<br>
District of Maryland