IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC**<br><br>*Petitioner,*<br>v.<br><br>**ARENTZ FAMILY, LP,** *et al.*<br><br>*Respondents.* | **Case No.** 1:25-cv-01235-ABA |

### RESPONSE TO MOTION FOR U.S. MARSHAL ASSISTANCE AND ESTABLISHMENT OF A PROCEDURE FOR FUTURE ASSISTANCE

Respondents Leslie Alfred White, Esther Johann Lentz-Buenger, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Chris N. Resh, Thomas B. Collins, Tracy W. Collins, Troyer Farms, LLC and Troyer Farms Real Estate, LLC (collectively, the "Motion Respondents")[1] hereby respond to the Motion for U.S. Marshal Assistance and Establishment of a Procedure for Future Assistance (the "Motion") (ECF 282) filed by Petitioner PSEG Renewable Transmission LLC ("PSEG"). With two exceptions,[2] the Motion Respondents consent to the relief sought in the Motion.

### ARGUMENT

Since the inception of this litigation, undersigned counsel have repeatedly and forcefully advised the sixty Respondents they represent, including the Motion Respondents, that counsel will not tolerate violence or threats of violence towards PSEG and its agents. Undersigned counsel have

---

[1] Robert Donmoyer, named as an owner of one of the properties described in PSEG's Motion, is deceased.

[2] Troyer Farms, LLC and Troyer Farms Real Estate, LLC do not consent to the Motion, but commit to comply with all Court orders, not to engage in violence or threats of violence, and to cooperate with PSEG's access to their property.

also directed their clients to comply with every order entered by this Court and not interfere with PSEG's access to their properties pursuant to the Amended Preliminary Injunction (ECF 268).

The foregoing advice notwithstanding, undersigned counsel received a copy of the Motion from PSEG's counsel on August 14, 2025, coupled with a request that the Motion Respondents state whether they consent to the Motion within 24 hours. Undersigned counsel could not meet their ethical obligations to consult with their clients in the time allowed by PSEG. Nevertheless, all Respondents represented by undersigned counsel were promptly advised, once again, that counsel does not condone violence or threats of violence in any form, that compliance with all Court orders is paramount, as is the safety of everyone involved, including Respondents and PSEG's personnel, and that all Respondents must peacefully cooperate with PSEG's surveyors.

In the days since PSEG filed its Motion, undersigned counsel have conferred with the Motion Respondents and/or their representatives. Without admitting any wrongdoing, all Motion Respondents have committed to comply with all Court orders, to cooperate with PSEG's access to their properties as ordered by the Court, and not to engage in any threats or violence towards PSEG, its agents, or law enforcement.  Further, with the exception of Troyer Farms, LLC and Troyer Farms Real Estate, LLC, the Motion Respondents and/or their representatives consent to the relief sought in the Motion.  Additional information concerning PSEG's allegations with respect to certain properties follows.

1. **Leslie Alfred White**

On July 23, 2025, when PSEG's land agents and surveyors accessed Leslie Alfred White's property, Mr. White was on a trip out of the country for several weeks. Anticipating that PSEG would access his land in his absence, Mr. White asked his farmer-tenant, Weida Stoecker, to be present when PSEG accessed his property with the expectation that Ms. Stoecker would cooperate

with PSEG's access and not obstruct PSEG's ability to carry out its survey activities. Any alleged conduct by Ms. Stoecker or any other third party relating to Mr. White's property occurred without Mr. White's knowledge, consent, or instruction. Mr. White does not intend to be out of the state or country in the coming weeks or months and will instruct Ms. Stoecker and her children to cooperate with PSEG's ordered access to his property and to abstain from any violence or threats of violence. Mr. White has never seen the sign in the Motion's Exhibit A to Exhibit 10, did not put such a sign on his property, did not give anyone permission to post such a sign on his property, and does not condone the message conveyed in the sign. Mr. White will continue to cooperate with this Court's orders.

**2. Esther Johann Lentz-Buenger**

Esther Johann Lentz-Buenger did not engage in any of the conduct that PSEG alleges occurred on or near her property. Ms. Lentz-Buenger lives in Alabama and has not been present at her property in Baltimore County for nearly ten years. Anyone who engaged in the alleged conduct on or near Ms. Lentz-Buenger's property are third parties who are unknown to Ms. Lentz-Buenger and were acting without her knowledge or permission. Ms. Lentz-Buenger does not condone violence or threats of violence, has not engaged in any such conduct, and will continue to cooperate with this Court's orders.

**3. Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, and Chris N. Resh**

Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, and Chris N. Resh, as well as anyone present on their property or acting on their behalf, will fully cooperate with PSEG's ordered access to their property to conduct its surveys and will not engage in any violence or threats of violence.

4. **Thomas B. Collins and Tracy W. Collins**[3]

Thomas B. and Tracy W. Collins did not engage in any of the conduct that PSEG alleges occurred on or near their property, nor did anyone who lives on their property. Mr. Collins has only had positive, cooperative interactions with CLS Land Agent Clay Spradlin. Anyone who engaged in the alleged conduct on or near the Collins' property are third parties who are unknown to Mr. and Mrs. Collins and were acting without their knowledge or permission. Mr. and Mrs. Collins do not condone violence or threats of violence, have not engaged in any such conduct, and will continue to cooperate with this Court's orders.

5. **Troyer Farms, LLC and Troyer Real Estate, LLC**

Mark Troyer, member of Troyer Farms, LLC and Troyer Real Estate, LLC, will not engage in any threats of violence or violence towards PSEG, its agents, or law enforcement present on his property pursuant to this Court's Amended Preliminary Injunction. Mr. Troyer will comply with this Court's orders and will not interfere with PSEG's ordered access to his property. Mr. Troyer plans to remove his dogs from his property until PSEG's survey process is complete.

## CONCLUSION

To facilitate a safe and orderly legal process, all Motion Respondents have committed to comply with all Court orders and to peacefully cooperate with efforts to access their properties by PSEG, its agents, or law enforcement. Moreover, with the exception of Troyer Farms, LLC and Troyer Farms Real Estate, LLC, the Motion Respondents consent to the relief sought in PSEG's Motion.

---

[3] The Order granting an Expedited Scheduling Order (ECF 285) did not instruct Thomas and Tracy Collins to file a response to the Motion. However, because PSEG requested U.S. Marshal assistance at property owned by Mr. and Mrs. Collins, their position is included herein.

4

Date: August 20, 2025

>Respectfully submitted,
>
>*/s/ Harris W. Eisenstein*
>Harris W. Eisenstein (Fed. Bar No. 29694)
>David M. Wyand (Fed. Bar No. 23413)
>Lauren M. McLarney (Fed. Bar No. 20982)
>Rosenberg Martin Greenberg, LLP
>25 S. Charles Street 21st Floor
>Baltimore, Maryland 21201
>Phone: (410) 727-6600
>Fax: (410) 727-1115
>heisenstein@rosenbergmartin.com
>dwyand@rosenbergmatin.com
>lmclarney@rosenbergmartin.com
>
>*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2025, a copy of the foregoing Response to Motion for U.S. Marshal Assistance and Establishment of a Procedure for Future Assistance was served through the CM/ECF System on all counsel of record.

>*/s/ Harris W. Eisenstein*
>Harris W. Eisenstein