IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-01235 |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| Respondents. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT OF PETITIONER PSEG RENEWABLE TRANSMISSION LLC

Pursuant to this Court's June 20, 2025 Order (ECF 255), Petitioner PSEG Renewable Transmission LLC (the "Company") submits the following Status Report:

### I. The Company's Surveys of Respondents' Properties

As advised in the Company's first Status Report (ECF 272), on July 17, 2025, the Company began providing notice, consistent with the Amended Preliminary Injunction (ECF 268), that the Company would enter Respondents' properties to begin conducting environmental and land surveys. The Company continues to provide this notice of entry, as ECF 268 requires, and has begun to conduct the following surveys on Respondents' properties: (1) metes and bounds surveys, (2) wetlands delineation surveys, (3) forest stand delineation surveys, and (4) archaeological surveys.

As of Tuesday, August 19, 2025, the Company has conducted the following surveys:

| Type of Survey | Number Conducted to Date | Number Remaining |
|---|---|---|
| Metes & Bounds Survey | 64 | 27 |
| Wetlands Delineation | 26 | 65 |
| Forest Stand Delineation | 37 | 54 |
| Archaeological Survey | 15 | 76 |

The Company will continue to advise the Court of its survey progress through the Company's monthly Status Reports to the Court pursuant to ECF 255.

## II.    Certain Respondents' Interlocutory Appeal

As the Company has previously advised, on June 24, 2025, certain Respondents filed a Notice of Interlocutory Appeal to the United States Court of Appeals for the Fourth Circuit (ECF 257).  The appeal is pending as Case No. 25-01730.

On August 7, 2025, the Fourth Circuit denied Respondents' Motion to Expedite Briefing and Motion to Stay Injunction pending resolution of the appeal.  The same day, the Fourth Circuit entered a briefing order under which all briefing will be complete by November 6, 2025.

Date: August 20, 2025                    Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)

Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of August, 2025, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

                                                        */s/ Emily J. Wilson*
                                                        Emily J. Wilson