

25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727-1115
www.rosenbergmartin.com

August 20, 2025

*Via CM/ECF*
The Honorable Adam B. Abelson
U.S. District Court Judge
United States District Court
  for the District of Maryland
101 W Lombard Street
Baltimore, MD 21201

      Re:    <u>Status Report</u>
               *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*
               In the United States District Court for the District of Maryland
               Case No. 1:25-cv-01235

Dear Judge Abelson:

      Pursuant to the Court's Order dated June 20, 2025 (ECF 255), Respondents, Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, M & R, LLC, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Andrew D. McLean, Rebecca McLean, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh, Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tomi Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood (collectively, "Respondents"), hereby submit this status report.

      As set forth in Respondents' initial status report filed on July 21, 2025 (ECF 271), Respondents' appeal from this Court's interlocutory rulings (ECF 254-256 and 267-268) (collectively, the "Preliminary Injunction") is pending in the United States Court of Appeals for the Fourth Circuit. Further, because the Preliminary Injunction is "largely congruent with the final relief that PSEG seeks through its complaint as final relief" (ECF 254 at 43), Respondents continue to recommend that this matter be administratively stayed pending a decision by the Fourth Circuit on the merits of Respondents' appeal.

The Honorable Adam B. Abelson
August 20, 2025
Page 2

      We are available at the Court's convenience if Your Honor has any questions concerning the above.

                Respectfully submitted,

                */s/ Harris W. Eisenstein*
                Harris W. Eisenstein (Fed. Bar No. 29694)
                David M. Wyand (Fed. Bar No. 23413)
                Lauren M. McLarney (Fed. Bar No. 20982)
                Rosenberg Martin Greenberg, LLP
                25 S. Charles Street 21st Floor
                Baltimore, Maryland 21201
                Phone: (410) 727-6600
                Fax: (410) 727-1115
                heisenstein@rosenbergmartin.com
                dwyand@rosenbergmatin.com
                lmclarney@rosenbergmartin.com

                *Attorneys for Respondents*