IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-1235 |
| | * | |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| | * | |
| Respondents. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S REPLY IN SUPPORT OF MOTION FOR U.S. MARSHAL ASSISTANCE AND ESTABLISHMENT OF A PROCEDURE FOR FUTURE ASSISTANCE</u>**

Pursuant to ECF 285, Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") respectfully submits this limited Reply in support of its Motion for U.S. Marshals Assistance and for Establishment of a Procedure for Future Assistance (the "Motion") (ECF 282).

On August 18, 2025, this Court ordered nine Respondents to respond to the Motion by August 20, 2025. *See* ECF 285. Six of these nine Respondents have consented to the relief sought in the Motion. *See* ECF 287. A seventh Respondent, Brandon Hill, failed to respond to the Motion despite being ordered by this Court to do so. *See* ECF 285 ("Respondent[] Brandon Hill . . . shall file a response to the Marshals Assistance Motion (ECF No. 282) by Wednesday, August 20[.]").

The remaining Respondents, Troyer Farms, LLC and Troyer Real Estate, LLC, "do not consent to the Motion."[1] ECF 287 at 1 n.2. Mark Troyer, a member of both LLCs, nonetheless

---

[1] As set forth in the Motion, the Company has been unable to continue survey efforts on the properties owned by Respondents Troyer Farms, LLC and Troyer Real Estate, LLC due to the threats made to land agent Jenny Archer that dogs would be released if the Company attempted to re-enter the properties. *See* ECF 282-10.

1

commits to "comply with this Court's orders and will not interfere with PSEG's ordered access to his property." *Id*. at 4.  However, Mark Troyer told *The Frederick News-Post* after the Motion was filed that he "will do everything in [his] ability to keep [the Company] off our property"—albeit "peacefully."  Marwa Barakat, *Energy company seeks US Marshals' help for land surveys, cites threats, intimidation*, THE FREDERICK NEWS-POST (Aug. 18, 2025), https://www.fredericknewspost.com/news/continuing_coverage/maryland_piedmont_reliability_project/updated-energy-company-seeks-us-marshals-help-for-land-surveys-cites-threats-intimidation/article_4c69b5a3-8f96-5950-b5e6-1055002c99b4.html.[2]

Mr. Troyer's statement to the press may conflict with his assertion that he intends to "comply with this Court's orders and will not interfere with PSEG's ordered access to his property." ECF 287 at 4.  Regardless, as Mr. Troyer does not contest the factual averments set forth in the Motion and asserts that he will comply with this Court's orders, U.S. marshal assistance at the properties controlled by Mr. Troyer is appropriate.

Date: August 22, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP

---

[2] A copy of this article is attached hereto as **Exhibit 1**.

                                      750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of August, 2025 that the foregoing was served on all counsel of record via CM/ECF.

*/s/ Emily J. Wilson*
Emily J. Wilson
