IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC,** | * |
| | * |
| Petitioner, | * |
| | * |
| v. | Case No. 1:25-cv-01235-ABA |
| | * |
| **ARENTZ FAMILY, LP,** *et al.*, | |
| | * |
| Respondents. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO DISMISS RESPONDENT, PETER AND JOHN RADIO FELLOWSHIP, INC. WITHOUT PREJUDICE**

Petitioner PSEG Renewable Transmission, Inc., and Respondent Peter and John Radio Fellowship, Inc., ("Settling Parties") respectfully move this Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss this action without prejudice. In support of this Joint Motion, the parties state as follows:

1. In order to ensure the safety and welfare of children attending camp and outdoor education programs at Respondent's property, River Valley Ranch, during surveys authorized by the Court, the Settling Parties have reached a confidential settlement agreement resolving the immediate issues presented by this action.

2. As part of their agreement, the Settling Parties have stipulated to the dismissal of this case without prejudice, with each party bearing its own attorneys' fees and costs.

3. The Settling Parties further agree that this dismissal shall not constitute, and shall not be construed as, a waiver or relinquishment of:

   a. Any claims or causes of action for damages or other relief arising out of or caused by Petitioner's surveys or property entry;

   b. Any arguments, positions, or defenses Respondent or its subsidiary River Valley Ranch, LLC have raised or may raise in opposition to the MPRP or the proposed route, including its passage through the RVR property.

4. The Settling Parties agree that this Court's dismissal is without prejudice to each party's right to enforce in this Court the terms of the confidential settlement agreement entered into by the parties, consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

   WHEREFORE, the parties respectfully request that this Court enter an Order:

(a) dismissing this action without prejudice; and

(b) providing that each party shall bear its own attorneys' fees and costs;

(c) expressly retaining jurisdiction to enforce the settlement agreement entered into by the parties.

Date:   August 25, 2025

Respectfully submitted,

*/s/ Jennifer L. Wazenski*
Jennifer L. Wazenski
Watershed Legal Counsel
1011 Bay Ridge Avenue
No. 145
Annapolis, MD 21403
(410) 897-7843
jennifer@watershedlc.com
*Attorney for Respondent,*
*Peter and John Radio Fellowship, Inc.*

                                      */s/ Kurt J. Fischer*
                                      Kurt J. Fischer
                                      Venable LLP
                                      210 W. Pennsylvania Avenue
                                      Suite 500
                                      Towson, MD 21204
                                      (410) 494-6200
                                      kjfischer@venable.com
                                      *Attorney for Petitioner, PSEG Renewable Transmission, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2025, a copy of the foregoing Joint Motion to Dismiss was served through the CM/ECF System on all counsel of record.

                                      */s/ Kurt J. Fischer*
                                      Kurt J. Fischer