IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

### Northern Division

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC,** | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * Case No. 1:25-cv-01235-ABA |
| | * |
| **ARENTZ FAMILY, LP,** *et al.***,** | * |
| | * |
| Respondents. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Joint Motion to Dismiss filed by Petitioner, PSEG Renewable Transmission LLC, and Respondent, Peter and John Radio Fellowship, Inc., and for good cause shown, it is this **28th** day of **August**, 2025, by the United States District Court for the District of Maryland,

**ORDERED** that Petitioner's claims against Respondent, Peter and John Radio Fellowship, Inc. in the above-captioned action are hereby dismissed without prejudice, each party to bear its own attorneys' fees and costs;

**FURTHER ORDERED** that this Court's dismissal is without prejudice to each party's right to enforce in this Court the terms of the confidential settlement agreement entered into by the parties, consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994); and

**FURTHER ORDERED** that nothing in this Order shall be construed to waive or limit:

a. Any claims or causes of action for damages or other relief arising out of or caused by Petitioner's surveys or property entry; and

b. Any arguments, positions, or defenses Respondent or its subsidiary River Valley Ranch, LLC have raised or may raise in opposition to the MPRP or the proposed route, including its passage through the RVR property.

/s/
Adam B. Abelson
United District Court Judge