# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION, LLC | * | |
| | * | |
| *Plaintiff* | * | |
| v. | * | Case No. 25-cv-1235-ABA |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| | * | |
| *Defendants* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF BRANDON HILL**

I, BRANDON HILL, hereby declare as follows:

1. I am over eighteen (18) years of age and am competent to testify in these proceedings.

2. I am one of the Defendants in this matter and have personal knowledge of the facts stated in this Declaration.

3. I am the sole owner of 21012 West Liberty Road, White Hall, Maryland 21161 (the "Property"), one of the properties to which this Court granted PSEG Renewable Transmission, LLC ("PSEG") access to survey and/or obtain information in connection with the Maryland Piedmont Reliability Project.

4. My Father, Keith Hill ("Father") owns and resides on a property adjacent to the Property.

5. Prior to August 4, 2025, I traveled outside of the state of Maryland to attend a wedding. I was not present in the state on August 4, 2025.

6. Thereafter, I returned to the state and the Property.

7.  I was later contacted by my counsel in the above referenced matter and received a copy of PSEG's Motion for U.S. Marshal Assistance and Establishment of a Procedure for Future Assistance (the "Motion").

8.  At that time, while reviewing the Motion, I first learned of the alleged incident involving PSEG's employees and/or agents having an interaction with my Father.

9.  My father suffers from physical and mental illness.

10. I have never authorized, directed, nor encouraged my Father to have any form of interaction or contact with PSEG's employees and/or agents in connection with any surveying or information gathering they were to perform on the Property in connection with the Maryland Piedmont Reliability Project.  Nor do I condone the alleged actions of my Father.

11. Although I disagreed with PSEG's arguments in its initial filings in this matter, I respect the authority of the Court and its orders, have complied with those orders, and will continue to comply with this Court's orders.

12. Inasmuch, I subsequently responded to PSEG—through counsel—in an effort to apologize and coordinate PSEG's access to the Property.  *See* ECF 282-1; *see also* September 4, 2025 email correspondence, a copy of which is attached hereto as *Exhibit A*.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Date: 09/10/2025

*Brandon Hill*

Brandon Hill