**Susan M. Euteneuer**

| | |
|---|---|
| **From:** | Susan M. Euteneuer |
| **Sent:** | Thursday, September 4, 2025 4:56 PM |
| **To:** | 'Fischer, Kurt J.' |
| **Subject:** | RE: Brandon Hill |

Hello –

I had teed up this email to send you earlier, but it had not sent.  I see you phoned me a bit ago.

Thank you for confirming that survey needs to be completed and you will email me when you post the property.

And thank you for confirming that this morning's service of process matter is unrelated to you.



**Susan M. Euteneuer**
*Member*
📞 (410) 838-6097 | Direct Dial
   (410) 938-8800 | Main | Ext. 6097

---

**From:** Susan M. Euteneuer
**Sent:** Thursday, September 4, 2025 4:50 PM
**To:** Fischer, Kurt J. <kjfischer@venable.com>
**Subject:** Brandon Hill

Hello, Kurt –

Thank you for the conversation this morning.

To recap, again, my client extends his deepest and sincerest apologies to the surveyors.  Brandon Hill did not authorize and does not condone the conduct of his mentally and physically ill father, and he asks for grace.  Brandon Hill is the owner of the property at issue.  His father lives at the property next door.

You were not sure whether the survey was completed.  If not, please let me know.  My client has always and will continue to cooperate fully with the court order.  He will also take affirmative steps to ensure his father is not around during any such surveying.

You suggested, and I agreed for my client, that in the event of additional survey work needed, the notice would be posted per the court order.  I had previously offered to help coordinate access, and you agreed you would also email the notice to me so that I can alert Brandon Hill.  He will ensure there are no issues accessing his property per the court order.

During our call, I also mentioned that my client's father was approached by someone this morning seeking to serve papers on my client.  You said you were unaware of this but would look into it and let me know.  Certainly there can be no service on my client by serving someone on an adjacent property in any event.  But if you do need to serve something on my client for the PSEG access case, my client has authorized me to accept service of process.

Thank you for your courtesies.

**Exhibit A**



**Susan M. Euteneuer**
*Member*
<u>Attorney Bio</u>
✉ <u>seuteneuer@pklaw.com</u>

📞 (410) 838-6097 | Direct Dial
(410) 938-8800 | Main | Ext. 6097

Pessin Katz Law, P.A. (PK Law)
901 Dulaney Valley Road | Suite 500
Towson | MD | 21204

NOTICE: The information contained in this email and any attached documents may be confidential, legally privileged, or otherwise protected from disclosure. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender by reply transmission and delete the message without copying or disclosing it. Thank you.

**Exhibit A**