EXHIBIT A

Docusign Envelope ID: CF13F665-237A-46C1-868A-669A8B5EA1C0

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC** | |
| *Petitioner,* | |
| v. | **Case No.** 1:25-cv-01235-ABA |
| **ARENTZ FAMILY, LP,** *et al.* | |
| *Respondents.* | |

### <u>DECLARATION OF MARK STEVEN TROYER</u>

I, Mark Steven Troyer, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1.      I am a member of Troyer Farms, LLC ("Troyer Farms") and Troyer Real Estate, LLC (Troyer Real Estate").

2.      On August 20, 2025, Troyer Farms, Troyer Real Estate, and others filed a Response ("Response") (ECF 287) to the Motion for U.S. Marshal Assistance and Establishment of a Procedure for Future Assistance (the "Motion") (ECF 282) filed by Petitioner PSEG Renewable Transmission LLC ("PSEG").

3.      In the Response, while I did not consent to PSEG's request for U.S. Marshal assistance at property owned by Troyer Farms and Troyer Real Estate, I did "commit[] to comply with all Court orders, to cooperate with PSEG's access to their properties as ordered by the Court, and not to engage in any threats or violence towards PSEG, its agents, or law enforcement." ECF 287 at 2.

4.      Prior to the Response being filed, I spoke to a reporter from *The Frederick News-Post* and made comments consistent with those published in an article on August 19, 2025 (the

"Article"). A true and correct copy of the Article is attached hereto as **Exhibit A**. The first page of the Article indicates that it was published on August 19, 2025.

5.      Upon information and belief, I spoke with the reporter from *The Frederick News-Post* on or before August 19, 2025, at least one day before the Response was filed.

6.      I also spoke to counsel multiple times on both August 19, 2025, and August 20, 2025, concerning the gravity of the Motion and Troyer Farms and Troyer Real Estate's position on the Motion. Upon advice of counsel throughout those conversations, I resolved to comply with this Court's orders, cooperate with PSEG's ordered access to property owned by Troyer Farms and Troyer Real Estate, and not engage in violence or threats of violence. I also committed to remove my dogs from property belonging to Troyer Farms and Troyer Real Estate until PSEG's survey process is complete.

7.      Troyer Farms and Troyer Real Estate are among the sixty Respondents who have appealed this Court's decision permitting PSEG to access their properties for the purpose of conducting pre-condemnation surveys under Section 12-111 of the Real Property Article. I fully appreciate that, despite this appeal and my concerns around potentially losing property rights to eminent domain, I am required to cooperate with the Amended Preliminary Injunction and all orders issued by this Court. My efforts to protect my property rights will be confined to lawful methods.

8.      Since receiving this Court's Order to Show Cause, I have reviewed the Response. The representations I made in the Response on behalf of Troyer Farms and Troyer Real Estate were true and accurate at the time the Response was filed, and they remain true and accurate at the time of this Declaration.

9.      Through this Declaration, I wish to reassure the Court that I, in my individual capacity, as well as Troyer Farms and Troyer Real Estate, will comply with all Court orders, cooperate with PSEG's access to my property as ordered by the Court, and not engage in any threats or violence towards PSEG, its agents, or law enforcement.

10.      Because the comments I made to *The Frederick News-Post* pre-dated my consultation with counsel and the filing of the Response, and because I intend to uphold the commitments included in the Response and herein, I respectfully request that the Court not impose sanctions on me.

*[Signature appears on the following page.]*

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Executed on: _____     9/10/2025 | 8:49 AM PDT

_____

MARK STEVEN TROYER

EXHIBIT 1

NewsRoom

8/19/25 Frederick News-Post (No Page)
2025 WLNR 20926602

Frederick News-Post, The (Frederick, MD)
Copyright © 2025 The Frederick News-Post, Md.

August 19, 2025

Updated: Energy company seeks US Marshals' help for land surveys, cites threats, intimidation

Marwa Barakat; The Frederick News-Post, Md.

The energy company seeking to build a transmission line across three Maryland counties said its agents have faced intimidation and threats of armed violence from property owners and social media users.

Public Service Enterprise Group filed a motion on Friday to the U.S. District Court of Maryland requesting that the U.S. Marshals Service accompany its agents as they conduct field studies.

PSEG alleges its agents working to complete the studies have faced threats and intimidation and been refused access to properties in Baltimore and Carroll counties, according to the company's motion.

"There have been continuing threats of violence against the company's surveyors on social media, and certain property owners have refused access, threatened armed violence, and engaged in intimidation tactics," the company said in court filings.

The company is asking U.S. Marshals to accompany agents to six properties named in the filing.

One of the property owners listed in the filing is Brandon Hill.

Surveyors were on his property in Baltimore County earlier this month to conduct studies, and he was out of town, according to an email his attorney, Susan Euteneuer, sent to PSEG.

In a video the company filed with its motion, a man, identified as Keith Hill, Brandon Hill's father, yells at surveyors, "You motherf*****s are all going to die in hell." The video shows Keith Hill driving an ATV at the PSEG representative filming the incident and stopping inches away.

Keith Hill, who lives nearby, "suffers from severe mental illness, as well as residual physical issues from a serious battle with cancer," Euteneuer wrote in the email.

"My client expresses significant remorse and extends his sincerest apologies for everything his father did," the email said. "Brandon Hill will take affirmative steps to ensure his father is not around and otherwise to ensure compliance with the access order, including accommodating Marshals or whatever else is directed by the court."

Mark Stephen Troyer co-owns Troyer Farms with his wife — one of the properties named in PSEG's filing.

WESTLAW    © 2025 Thomson Reuters. No claim to original U.S. Government Works.    1

PSEG completed initial surveys on the property without incident, according to court documents.

After the company left a notice about returning for additional surveys, a PSEG representative spoke with an individual on the phone regarding this property, according to the filing. The filing stated the man told her he had dogs and would let them out.

Troyer told The Frederick News-Post on Tuesday he "warned" the representative that his dogs are always on the property. He said he would not keep them inside the house for the five-day window the company provided about visiting the property for the next surveys.

"I will do everything in my ability to keep them off our property," Troyer said in an interview. "We will do it peacefully."

Troyer is worried the surveys will harm his crops, which he said is his livelihood.

At another property, an individual told surveyors their son would let their dogs out and they "are not very nice," according to the filing.

Surveyors included a photo of a sign on that property, which had a depiction of a gun on it and said "Prayer is the best way to meet the lord. Trespassing is faster."

PSEG wrote in the filing that one landowner told a company representative on the phone, "Do not come on my property, I have a gun, and I will shoot you."

Some of the social media comments the company cited in the motion include: "Idc what a judge told u u come on my property uninvited your leaving in a body bag" and "Trespassers should be shot and survivors should be shot again."

PSEG, a New Jersey-based company, is completing these studies for its application to receive a certificate of public convenience and necessity, which would authorize it to construct the Maryland Piedmont Reliability Project.

The project is a proposed 500,000-volt transmission line that would run for 67 miles through northern Baltimore County, central Carroll County and eastern and southern Frederick County, cutting through hundreds of private properties.

In order to complete the application, the company needs to conduct land surveys on properties along the proposed route to measure the project's environmental impact. But a legal battle is underway as hundreds of landowners have refused to allow the company on their properties.

PSEG is currently conducting surveys on select properties, including the six named in Friday's motion, after it was granted temporary access through a previous court order.

The company has started survey work on some Frederick County properties, PSEG spokesperson Bill Smith wrote in an email statement on Monday.

The company declined to comment on the number of properties it has assessed in Frederick County or on any possible threats beyond those mentioned in the filing, the statement said.

The company's surveyors are accompanied by private security guards who do not carry firearms on private properties, according to the filing.

Sheriffs not involved

PSEG argued that statements made by local law enforcement leaders increase the danger posed to the surveyors.

Frederick County Sheriff Chuck Jenkins in April told all county sheriff's office personnel they will not help enforce any court orders granting temporary access to private properties as part of the project, The Frederick News-Post previously reported.

"I have communicated directly with PSEG about our responsibilities, and they have a point of contact with us for any concerns," Jenkins wrote in an email statement provided on Tuesday. "I do not give weight to social media commentary, labeling this situation as 'lawlessness.' It is not lawlessness."

Carroll County Sheriff Jim DeWees also said in a letter in April that his office will only respond if a criminal act is taking place, but will not "force a landowner to comply with a civil access order."

"This is a civil matter and, as such, falls outside the department's jurisdiction," Baltimore County police told WBAL NewsRadio 1090 AM and 101.5 FM, the station reported in April.

PSEG previously contacted the Maryland State Police barrack for Baltimore County and the Frederick barrack to request off-duty troopers for reimbursable overtime assignments "to provide an area presence while survey crews are out in the field," according to court documents.

In an April 18 email to the Frederick barracks, a PSEG representative said "having a visible police presence will enhance the safety of our workers and mitigate any potential threats."

The Baltimore County barrack did not respond to the request, and the Frederick barrack denied the request, according to the filing.

The company is also asking the court to establish a procedure for "future requests for U.S. Marshal assistance where necessary," according to the filing documents.

U.S. District Judge Adam Abelson ruled Monday in favor of PSEG's motion for an expedited scheduling order, and the respondents named in the case have until Wednesday to file a response.

---- Index References ----

Company: PUBLIC SERVICE ENTERPRISE GROUP INCORPORATED; U S Marshals; TROYER FARMS, LLC

News Subject: (Crime (1CR87); Criminal Law (1CR79); Government Litigation (1GO18); Judicial Cases & Rulings (1JU36); Legal (1LE33); Police (1PO98); Property Crime (1PR85); Social Issues (1SO05))

Region: (Americas (1AM92); Maryland (1MA47); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (U.S. District Court of Maryland; Public Service Enterprise Group; U.S. Marshals Service; Troyer Farms) (Marshals')

Word Count: 1138

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

 © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Case 1:25-cv-01235-ABA     Document 296-1     Filed 09/10/25

**News**Room