**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

PSEG RENEWABLE &ast;
TRANSMISSION LLC,
&ast;

  Petitioner,
&ast;

    v.         Case No. 25-CV-1235-ABA
ARENTZ FAMILY, LP, *et al.*,
&ast;

  Respondents.
&ast;

&ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

## <u>ORDER</u>

  Upon consideration of the Motion to Clarify the Amended Preliminary Injunction to Prohibit Hunting on Noticed Survey Days filed by Petitioner (hereafter, "PSEG"), it is this _____ day of _____, 2025:

  ORDERED:

  (1) That the Motion is granted; and

  (2) That Respondents (hereafter, "Property Owners") are prohibited from hunting, or permitting hunting, on properties subject to the Amended Preliminary Injunction in this case on days that PSEG has given notice that PSEG will conduct surveys and examinations pursuant to this Court's Amended Preliminary Injunction and Md. Code Ann., Real Prop., § 12-111;

  (3) That Property Owners may request permission to hunt on certain days within a period that PSEG has given notice that it will be conducting surveys by sending an email to Michel.Powers@pseg.com, bplunkett@jingolipower.com and PSEG-MPRP@pseg.com, and PSEG must respond to the request within two business days.

_____
Judge, United States District Court for
the District of Maryland, Northern Division