**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-1235 |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-2296 |
| ALVI PROPERTIES, LLC, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-03352 |
| BELFAST FARMS, LLC, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

On October 29, 2025, during a status conference in the above-captioned cases, the Court directed the parties to submit, by October 31, 2025, a Joint Status Report stating their availability for an in-person hearing on the following pending motions:[1]

(1) Petitioner's Motions to Clarify the Preliminary Injunction, pending in *PSEG Renewable Transmission LLC v. Arentz Family, LP* ("*PSEG 1*") (ECF 302) and *PSEG Renewable Transmission LLC v. Alvi Properties, LLC* ("*PSEG 2*") (ECF 172);

(2) Petitioner's Motion to Hold Respondent James G. Averill in Contempt of Court, pending in *PSEG 2* (ECF 171); and

(3) Petitioner's Motion for Preliminary Injunction, pending in *PSEG Renewable Transmission LLC v. Belfast Farms, LLC* ("*PSEG 3*") (ECF 65).

Undersigned counsel is available for an in-person hearing on November 25, 2025. With respect to Petitioner's Motion to Hold Respondent James G. Averill in Contempt of Court, pending in *PSEG 2* (ECF 171), counsel for Petitioner respectfully requests clarification as to whether the Court intends to receive evidence of Petitioner's attorney's fees incurred in connection with the motion at the November 25, 2025 hearing.

---

[1] The parties also note that, on October 30, 2025, in *PSEG Renewable Transmission LLC v. Andrea Elizabeth Kable*, Case No. 1:25-cv-3501, the Court entered an order directing that "the parties shall file a joint status report on or before October 31, 2025 accepting one of the Court's proposed dates for a hearing on the Motions to Clarify the Preliminary Injunction." (ECF 12.)

Date: October 31, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
klthompson@venable.com
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

*/s/ Harris W. Eisenstein*[2]
Harris W. Eisenstein (Bar No. 29694)
David M. Wyand (Bar No. 23413)
Lauren M. McLarney (Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*/s/ Michael J. Hinkle*[3]
Michael J. Hinkle (Bar. No. 19669)
Timmerman, Beaulieu & Hinkle, LLC
215 Washington Avenue, Suite 402
Towson, MD 21204
Tel. 443-608-5515
Fax. 443-927-8899
mjh@tbhelaw.com

*/s/ Susan M. Euteneuer*[4]
Susan M. Euteneuer (AIS# 0112110228)
SEuteneuer@PKLaw.com
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
410.938.8800

*Attorneys for Respondents*

---

[2] Signed electronically with permission by Emily J. Wilson.
[3] Signed electronically with permission by Emily J. Wilson.
[4] Signed electronically with permission by Emily J. Wilson.

3

## CERTIFICATE OF SERVICE

I hereby certify on this 31st day of October 2025, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Emily J. Wilson*
Emily J. Wilson
