**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

PSEG RENEWABLE TRANSMISSION LLC

   *Petitioner,*

v.

**ARENTZ FAMILY, LP,** *et al.*

   *Respondents*.

**Case No.** 1:25-cv-01235-ABA

## ORDER

Upon consideration of the Motion to Clarify the Amended Preliminary Injunction to Prohibit Hunting on Noticed Survey Days ("Motion") filed by Petitioner, PSEG Renewable Transmission LLC ("PSEG"), the Opposition to the Motion filed by Respondents, Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, M & R, LLC, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Andrew D. McLean, Rebecca McLean, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh, Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tomi

Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood (collectively, "Respondents"), and any Reply thereto, it is this ___ day of _____, 2025, hereby;

**ORDERED** that the Motion is DENIED; and it is further

**ORDERED** that the Amended Preliminary Injunction (ECF 268) is hereby amended to add the following requirements:

(a) PSEG shall provide notice of the specific date(s) and time(s) on which it intends to perform survey work on Respondents' properties as well as the physical location of said work;

(b) PSEG shall provide seventy-two (72) hours' notice of survey work during any Maryland hunting season to allow Respondents sufficient time to advise hunters of the impending survey work; and

(c) PSEG shall instruct surveyors to wear hunter orange or pink when conducting survey work during any Maryland hunting season.

_____
Adam B. Abelson
United States District Judge