# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,<br><br>　　Petitioner,<br><br>v.<br><br>ARENTZ FAMILY, LP, *et al.*,<br><br>　　Respondents | Case Nos.:<br>　25-cv-1235-ABA<br>　25-cv-2296-ABA<br>　25-cv-3352-ABA |

## ORDER

The Court will hold a hearing regarding the Motions to Clarify the Preliminary Injunction (25-cv-1235 ECF No. 302; 25-cv-2296 ECF No. 172) and the Motion for Sanctions (25-cv-2296 ECF No. 171) on **Tuesday, November 25, 2025 at 11:00 a.m.** in Courtroom 7D of the Edward A. Garmatz Courthouse in Baltimore, Maryland.

The Court does not intend to receive evidence of Petitioner's attorneys' fees associated with the Motion for Sanctions (25-cv-2296 ECF No. 171) during this motions hearing.

Date: November 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　Adam B. Abelson
　　　　　　　　　　　　　　　　　　　　United States District Judge