IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | Case No. 1:25-cv-1235 |
| ARENTZ FAMILY LP, *et al.*, | |
| | * |
| Respondents. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S NOTICE OF VOLUNTARY DISMISSAL OF RESPONDENTS BARCLAY CARAS AND PAMELA CARAS.**

Pursuant to Rule 41(a)(A)(i) of the Federal Rules of Civil Procedure, Petitioner, PSEG Renewable Transmission, LLC, by and through undersigned counsel, hereby voluntarily dismisses, without prejudice, its claim against Respondents Barclay Caras and Pamela Caras in the above-captioned action.

Date: November 4, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)

Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

---

Upon consideration of this Notice of Voluntary Dismissal of Certain Respondents, the Court ORDERS as follows:

1. The claims against the above-listed Respondents are DISMISSED WITHOUT PREJUDICE; and

2. The Clerk is directed to terminate the above-listed Respondents on the docket.

Date: November 5, 2025                        /s/
                                     _____
                                     Adam B. Abelson
                                     United States District Judge