IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,<br><br>    Petitioner,<br><br>v.<br><br>ARENTZ FAMILY, LP, *et al.*,<br><br>    Respondents | Case Nos.:<br>    25-cv-1235-ABA<br>    25-cv-2296-ABA<br>    25-cv-3352-ABA |

**ORDER**

The hearing scheduled for Tuesday, November 25, 2025 at 11:00 a.m. in the above-captioned cases will take place in **Courtroom 1A** of the Edward A. Garmatz Courthouse in Baltimore, Maryland.

Date: November 24, 2025

                                                                     /s/

                                                    Adam B. Abelson
                                                    United States District Judge