IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION, LLC, | * | |
| *Petitioner*, | * | |
| v. | * | Case No. 1:25-cv-01235-ABA |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| *Respondents*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**HILL RESPONDENTS' NOTICE OF JOINDER IN
LINE SUBMITTING PROPOSED ORDER**

Respondents Brandon Hill, Joseph Gover, Michael Davis, Judith Fiedler, Henry Whitaker, Nada E. Kourani, Mohamad Kourani, C. William Knobloch, Jr., Carol Knobloch, Dorothy Donmoyer, Petrice Marie Donmoyer-Resh, Chris Resh, Henry Whitaker, and Karen Schleper (collectively the "Hill Respondents"), by and through undersigned counsel, hereby respectfully submit this Notice of Joinder in the Line Submitting Proposed Order filed on December 8, 2025 (ECF 325) by Respondent Arentz Family, LP and other Respondents ("Arentz Respondents").

Date: December 9, 2025

Respectfully submitted,

*/s/ Susan M. Euteneuer*
Susan M. Euteneuer (AIS# 0112110228)
SEuteneuer@PKLaw.com
Randall M. Lutz (AIS# 7012010121)
RLutz@PKLaw.com
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
410.938.8800
***Attorneys for Hill Respondents***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December 2025, a copy of the Hill Respondents' Notice of Joinder in the Line Submitting Proposed Order was served through the CM/ECF System on all counsel of record.

                                                    */s/ Susan M. Euteneuer*
                                                    Susan M. Euteneuer