# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-01235 |
| ARENTZ FAMILY, LP, | * | |
| Respondent. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-03352 |
| BELFAST FARMS, LLC, | * | |
| Respondent. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF ANDREW RACHID**

I, Andrew Rachid, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age and fully competent to give this Declaration.

2. I am employed by Personal Protection Solutions, LLC as a security agent. I have been working in personal security services since 2019. I have completed Maryland Special Police and Security Training certification.

3. I currently serve as a safety agent supporting PSEG Renewable Transmission LLC's (the "Company") efforts to survey private properties in order to gather information and data related to the Maryland Piedmont Reliability Project ("MPRP").

4. On August 12, 2025, I traveled to the property owned by Thomas Collins and Tracy Collins in Carroll County, Maryland (the "Collins Property") to support a metes and bounds survey. The Collins Property is located at 4180 Rupp Road, Millers, Maryland 21102. Our team parked on a public road adjacent to the property. I remained in my vehicle while the other members of the team, including another safety agent, walked to the property to perform the survey.

5. After some time, I observed our team walk back towards the vehicles, followed by an individual who was hostile and yelling. I began filming on my cell phone to record the interaction. A true and correct copy of the video I took is attached hereto as **Exhibit A**.

6. The individual's hostile behavior created a safety threat for our team. As a result, our team left the property and reported the incident to the sheriff's office. I learned from my team that the individual was not Mr. or Ms. Collins, but a neighbor of their property.

7. I am aware that the Company subsequently filed a motion seeking the assistance of United States marshals to return to the Collins Property based on this incident.

8. On January 7, 2026, I returned to the Collins Property with other team members to complete the metes and bounds survey previously began on August 12, 2025. Due to the safety issues we had previously encountered on the Collins Property, we traveled to the Collins Property with a larger number of safety personnel.

9. When we arrived at the Collins Property, I observed an individual sitting in a motor vehicle at the end of the driveway located on an adjacent property, 4152 Rupp Road,

Millers, Maryland 21102.  This individual was the same individual I observed on August 12, 2025, as recorded in Exhibit 1.

       10.    I observed the individual drive his vehicle back up toward the house.  I observed him get out of the vehicle and walk to the front porch of the house.  The individual remained on the porch of the house and appeared to be watching our team.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Date: 2/10/26

*Andrew Rachid*
Andrew Rachid