# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PSEG Renewable Transmission LLC

v.

Arentz Family, LP, et al. / Belfast Farms, LLC, et al.

Case No. 1:25-cv-01235, 1:25-cv-03352

### NOTICE OF FILING OF PHYSICAL EXHIBIT

Exhibit __A__ which is an attachment to _Exhibit 1 to Petitioner's Renewed Motion for U.S. Marshals Assistance,_ cannot be converted to PDF format and filed electronically. It exists on a physical medium (e.g., CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibit identified above.

2/12/2026
Date

Signature

Emily J. Wilson (20780)
Printed Name and Bar Number

750 E. Pratt St., Ste. 900, Baltimore, MD 21202
Address

EJWilson@Venable.com
Email Address

410.244.7749
Telephone Number

410.244.7742
Fax Number