# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-01235 |
| ARENTZ FAMILY, LP, | * | |
| | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-03352 |
| BELFAST FARMS, LLC, | * | |
| | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF MICHAEL "SHANE" NICHOLS**

I, Michael "Shane" Nichols, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age and fully competent to give this Declaration.

2. I am employed as a Construction Supervisor by the Carian Group, a project management and consulting firm. In this role, I support PSEG Renewable Transmission LLC's

(the "Company") efforts to survey private properties in order to gather information and data related to the Maryland Piedmont Reliability Project ("MPRP").

3. On January 7, 2026, I traveled to the property owned by Thomas Collins and Tracy Collins in Carroll County, Maryland (the "Collins Property") to support a metes and bounds survey. The Collins Property is located at 4180 Rupp Road, Millers, Maryland 21102.

4. While at the Collins Property, I observed an individual located on the front porch of the house located on the property next door. He was smoking a cigarette and appeared to be watching us while we performed our work.

5. After completing the survey work on the Collins Property, I traveled to a Sheetz located in Manchester, Maryland with other members of the Company's land survey teams to take a break between surveys. I parked my vehicle in the parking lot outside of the store and stayed in my vehicle while other members of our teams went inside.

6. A land agent on our team came over to my vehicle to talk to me through my driver's side window. While we were talking, I observed a vehicle pull into the parking lot and park a few rows down from me. I observed an individual exit the vehicle. He was the same individual I had observed smoking a cigarette on the porch of the house next door to the Collins Property.

7. The individual walked over to the land agent and me and asked us if we were part of the "power line project." We responded that we were. The individual told us that he had seen us "out there" and was making sure that no "lines" were crossed so there wouldn't be any "issues." He then called us "motherfuckers" and accused us of "stealing" land.

8. I replied that we were simply trying to do our jobs and that he could speak with the Company or PJM Interconnection, L.L.C. ("PJM"), the regional transmission organization,

about the MPRP. He responded that we were choosing our families over his family and again called us "motherfuckers."

       9.     The individual then walked away from us and towards the Sheetz. I remained in my parked vehicle.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Date: _____01/28/2026_____          _____
                                                              Michael "Shane" Nichols