# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-01235 |
| | * | |
| ARENTZ FAMILY, LP, | * | |
| | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-03352 |
| | * | |
| BELFAST FARMS, LLC, | * | |
| | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF MICHAEL POWERS**

I, Michael Powers, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age and fully competent to give this Declaration.

2. I am employed by Public Service Enterprise Group ("PSEG"), the parent company to PSEG Renewable Transmission LLC (the "Company"). I have worked for PSEG for 40 years and began working at PSEG when I was 19 years old.

3. I am currently employed as an Overhead Transmission Supervisor at PSEG. With respect to the Maryland Piedmont Reliability Project ("MPRP"), I am the Construction Manager and Interim Safety Manager. In this role, I manage all field activities and survey efforts.

4. On January 7, 2026, I traveled to a Sheetz located in Manchester, Maryland with other members of the Company's land survey teams to take a break between surveys. While I was inside the Sheetz purchasing coffee, a member of our team came inside to alert me that an individual was in the parking lot yelling at another member of our team.

5. Moments later, I heard someone inside the Sheetz yell, "You cocksuckers." I realized at that point that an individual had entered the Sheetz through a different door than I and other team members had used to enter.

6. I observed the individual walk towards the store clerks at the register. I overheard him complain about the surveyors and tell the store clerks, "I have a 45 cal." I understood this to be a reference to a 45-caliber pistol. The individual then asked for three packs of Marlboro cigarettes, paid for them, and walked out of the store.

7. On January 8, 2026, I traveled to the Manchester Police Department to file a complaint regarding the incident. I brought with me a photo taken by a team member who witnessed the individual depart the Sheetz parking lot, which captured the make, model, and license plate of the vehicle driven by the individual.

8. The police identified the vehicle as belonging to Roger Dean McGrew Jr., who resides at 4152 Rupp Road, New Windsor, Maryland 21102.

9. This address is the same address associated with Ruth Smith, who is a Respondent in *PSEG Renewable Transmission LLC v. Belfast Farms, LLC, et al.*, Case No.

1:25-cv-03352 ("*PSEG 3*").  Our agents will need to visit this property multiple times to provide notice of surveys and to perform at least four surveys.

10. Ms. Smith's property is adjacent to two other properties in the proposed right-of-way for the MPRP.  One is owned by Thomas and Tracy Collins, who are Respondents in *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*, Case No. 1:25-cv-01235.  The other is owned by Jeffrey and Michelle Rhoten, who are also Respondents in *PSEG 3*.  Our agents will also need to return to the Collins and Rhoten properties multiple times to continue providing notice and performing surveys.

11. I am very concerned about the safety of our survey crews that need to return to the Smith, Collins, and Rhoten properties due to Mr. McGrew's hostile and threatening conduct.  At this time, I have placed a hold on survey work on these properties because of the safety concerns that Mr. McGrew has caused.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Date: 1/30/26

Michael Powers