IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | Case No. 1:25-cv-1235 |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | Case No. 1:25-cv-2296 |
| ALVI PROPERTIES LLC, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATUS REPORT OF PETITIONER PSEG RENEWABLE TRANSMISSION LLC**

Pursuant to this Court's June 20, 2025 Order in *PSEG Renewable Transmission LLC v. Arentz Family, LP* ("*PSEG 1*") (ECF 255) and this Court's October 30, 2025 Order in *PSEG Renewable Transmission LLC v. Alvi Properties, LLC* ("*PSEG 2*") (ECF 178), Petitioner PSEG Renewable Transmission LLC (the "Company") submits the following Status Report.

As advised in the Company's first Status Report in *PSEG 1* (ECF 272), on July 17, 2025, the Company began providing notice, consistent with the Amended Preliminary Injunction (ECF

1

268), that the Company would enter Respondents' properties to begin conducting environmental and land surveys. The Company continues to provide this notice of entry as required in both *PSEG 1* and *PSEG 2*.

Since the Company filed its last status report, the Company has been required to pause wetlands delineation, sensitive species habit assessments, and rare, threatened, and endangered species habitat assessments due to the recent accumulation of snow. These surveys will resume once conditions permit.[1] The Company has continued conducting metes and bounds surveys, forest stand delineation surveys, and archaeological surveys during this time.

As of February 13, 2026, the Company has conducted the following surveys on properties in *PSEG 1*[2]:

| Type of Survey | Number Conducted to Date | Number Remaining |
|---|---|---|
| Metes & Bounds Survey | 91 | 2 |
| Wetlands Delineation | 73 | 20 |
| Forest Stand Delineation | 73 | 20 |
| Archaeological Survey | 43 | 56 |
| Sensitive Species Surveys Habitat Assessments | 78 | 15 |
| Rare, Threatened, and Endangered Species Habitat Assessments | 72 | 17 |

The Company has also conducted the following surveys on properties in *PSEG 2*[3]:

---

[1] Additional surveys may be required based on results from habitat assessments.
[2] The total number of surveys reflected in this chart has adjusted from the Company's January 20, 2026 Status Report. The Company's prior submissions included properties that have since been voluntarily dismissed from the litigation, as well as properties where the ownership of the property has changed since the initiation of the litigation, requiring further action by the Company. Those properties have been removed. Consistent with the Company's January 20, 2026 Status Report, this reporting also reflects properties that contain multiple tracts requiring surveys, as well as instances where the Company has initiated a survey but must return to the property to complete the survey.
[3] The total number of surveys reflected in this chart has adjusted from the Company's prior reporting for the same reasons as explained in n.2, *supra*.

| Type of Survey | Number Conducted to Date | Number Remaining |
|---|---|---|
| Metes & Bounds Survey | 155 | 0 |
| Wetlands Delineation | 144 | 24 |
| Forest Stand Delineation | 146 | 29 |
| Archaeological Survey | 74 | 96 |
| Sensitive Species Surveys Habitat Assessments | 153 | 2 |
| Rare, Threatened, and Endangered Species Habitat Assessments | 7 | 148[4] |

The Company will continue to advise the Court of its survey progress through the Company's monthly Status Reports to the Court pursuant to ECF 255 in *PSEG 1* and ECF 178 in *PSEG 2*.

Date: February 19, 2026

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900

---

[4] The Company does not anticipate that all 149 surveys will be required.

        Baltimore, MD 21202
        (410) 244-7400
        jcurran@venable.com
        csgunderson@venable.com
        klthompson@venable.com
        srschipper@venable.com
        ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of February, 2026, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Emily J. Wilson*
Emily J. Wilson
