**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC**<br><br>*Petitioner,*<br>v.<br><br>**ARENTZ FAMILY, LP,** *et al.*<br><br>*Respondents*. | **Case No.** 1:25-cv-01235-ABA |

**RESPONSE TO PETITIONER'S RENEWED PARTIAL MOTION
FOR U.S. MARSHALS ASSISTANCE**

Respondents Thomas B. Collins and Tracy W. Collins (collectively, the "Collins Respondents"), by and through undersigned counsel, respectfully submit this response to the Renewed Partial Motion for U.S. Marshals Assistance (the "Second Marshals Motion") (ECF 333) filed by Petitioner PSEG Renewable Transmission LLC ("PSEG"). The Collins Respondents consent to the relief sought in the Second Marshals Motion with respect to their property.

**ARGUMENT**

Throughout the course of this litigation, the Collins Respondents have complied with this Court's orders at every turn and have only had cooperative and respectful interactions with PSEG's personnel. Indeed, PSEG did not accuse the Collins Respondents of any wrongdoing, obstruction, or interference in either the Second Marshals Motion or its earlier Motion for U.S. Marshal Assistance and Establishment of a Procedure for Future Assistance (the "First Marshals Motion") (ECF 282). The Collins Respondents even consented to the relief sought in the First Marshals Motion, as unauthorized third parties were allegedly on or near the Collins Respondents' property and interfering with PSEG's survey activities. *See* ECF 287.

The Second Marshals Motion reports similar unauthorized conduct on or near the Collins Respondents' property by non-party Roger Dean McGrew, Jr. Any alleged conduct by Mr. McGrew occurred without the Collins Respondents' knowledge or consent. Mr. McGrew is not permitted on the Collins Respondents' property, nor is he authorized to act on behalf of the Collins Respondents. The Collins Respondents do not condone violence or threats of violence, have not engaged in any such conduct, and will continue to cooperate with this Court's orders.

## CONCLUSION

To facilitate a safe and orderly legal process, the Collins Respondents consent to the relief sought in PSEG's Second Marshals Motion as it relates to their property.

Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2026, a copy of the foregoing Response to Petitioner's Renewed Partial Motion for U.S. Marshals Assistance was served through the CM/ECF System on all counsel of record.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein