IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-01235 |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-03352 |
| BELFAST FARMS, LLC, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Petitioner PSEG Renewable Transmission LLC's Renewed Partial Motions for U.S. Marshals Assistance (25-cv-1235, ECF No. 333; 25-cv-3352, ECF No. 127), Respondents Thomas B. Collins and Tracey W. Collins' consent to the motion (25-cv-1235, ECF No. 340), and Respondents Jeffrey and Michele Rhoten and Ruth Smith not having filed a response before the deadline, it is this 5th day of March, 2026,

ORDERED:

(1) That the Motions (25-cv-1235, ECF No. 333; 25-cv-3352, ECF No. 127) are GRANTED;

(2) That the U.S. Marshals Service shall coordinate with Petitioner to

(2)      accompany surveyors on the property of Mr. Thomas Collins and Ms. Tracy Collins, located at 4180 Rupp Road, Manchester, Maryland 21102, to provide future notices of surveys and complete future surveys;

(3)      That the U.S. Marshals Service shall coordinate with Petitioner to accompany surveyors on the property of Mr. Jeffrey Rhoten and Ms. Michele Rhoten, located at 4101 York Road, Manchester, Maryland 1102, to provide future notices of surveys and complete future surveys;

(4)      That the U.S. Marshals Service shall coordinate with Petitioner to accompany surveyors on the property of Ms. Ruth Smith, located at 4152 Rupp Road, Manchester, Maryland 21102, to provide future notices of surveys and complete future surveys;

(5)      In carrying out this Order, the U.S. Marshals and other officers of the United States are authorized to enter onto the above-mentioned private property and use reasonably necessary force to effectuate the Court's Preliminary Injunctions (25-cv-1235, ECF Nos. 268, 329; 25-cv-3352, ECF No. 112);

(6)      That, in the event Petitioner is unable to complete future surveys due to interference, Petitioner shall notify chambers within 24 hours of the incident; and

(7)      That the Court may schedule a telephone conference with all counsel within seven days of such notice.

                         */s/*
                   Adam B. Abelson
                   United States District Judge