**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | | Case No. 1:25-cv-1235 |
| ARENTZ FAMILY LP, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S NOTICE OF**
**VOLUNTARY DISMISSAL OF RESPONDENT JULIUS J. PITRONE**

Pursuant to Rule 41(a)(A)(i) of the Federal Rules of Civil Procedure, Petitioner, PSEG Renewable Transmission, LLC, by and through undersigned counsel, hereby voluntarily dismisses, without prejudice, its claim against Respondent Julius J. Pitrone in the above-captioned action.

Date: March 11, 2026

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street

Suite 900
Baltimore, MD 21202
(410) 244-7400
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG*
*Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2026, I electronically filed and served the foregoing on all counsel of record using the CM/ECF system.

*/s/ Emily J. Wilson*
Emily J. Wilson