# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * |
| | * Case No. 1:25-cv-01235 |
| ARENTZ FAMILY, LP, *et al.*, | * |
| | * |
| Respondents. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * |
| | * Case No. 1:25-cv-3501 |
| ANDREA ELIZABETH KABLE, | * |
| | * |
| Respondent. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DECLARATION OF RYAN KIVITZ</u>**

I, Ryan Kivitz, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age and fully competent to give this Declaration.

2. I have been employed by Personal Protection Solutions, LLC as a security agent for three years. Prior to joining Personal Protection Solutions, LLC, I served over eight years

1

in the U.S. Army, including two tours in Iraq.  I also served over four years as a police officer in Prince Georges' County, Maryland.

3.     I currently serve as the lead safety agent supporting PSEG Renewable Transmission LLC's (the "Company") efforts to survey private properties in order to gather information and data related to the Maryland Piedmont Reliability Project ("MPRP").  I coordinate the staffing and strategy for all safety protocols related to these survey efforts.

4.     On March 25, 2026, I traveled to 3324 Bixler Church Road, Westminster, Maryland 21157 to provide safety assistance for the Company's survey efforts.  I traveled to the property with one land agent and several safety agents in order to serve Matthew Dell with notice of an upcoming survey on his property.

5.     Matthew Dell is a Respondent in *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*, Case No. 1:25-cv-01235 ("*PSEG 1*").  Upon information and belief, Andrea Kable also resides at 3324 Bixler Church Road, Westminster, Maryland 21157.

6.     Due to the many safety issues that Ms. Kable has caused to date, we traveled to the property with an enhanced security presence.

7.     I wore a body camera to record any interactions that occurred at the property.  Upon arriving at the property, I turned my body camera on to record.  Attached hereto as **Exhibit A** is a true and correct copy of the video I recorded while at the property.

8.     As documented in **Exhibit A**, while on the property, Ms. Kable aggressively screamed profanities at our team and threatened to release the dogs on us.  Given Ms. Kable's aggressive conduct and threats, I do not believe that our team can safely return to the property, or any property affiliated with the Dell-Kable family, without additional support.

2

9.    I have worked directly with several members of the U.S. Marshals Service to coordinate their support related to notice and survey efforts for other properties at issue in *PSEG 1*, as well as properties at issue in *PSEG Renewable Transmission LLC v. Belfast Farms, LLC*, Case No. 1:25-cv-03352 ("*PSEG 3*"), pursuant to court orders in both cases.

10.    On March 25, 2026, the U.S. Marshals assisted our team in providing notices of surveys at two different properties.  The participation of the U.S. Marshals allowed us to complete that work safely and without incident.

11.    I believe the support of the U.S. Marshals Service is needed to safely complete notice and survey work on any property affiliated with the Dell-Kable family.

12.    The Company is slated to conduct surveys at 3324 Bixler Church Road during the week of March 30, 2026.  The Company is also slated to conduct surveys at other properties affiliated with the Dell-Kable family during that same week.

13.    If the Company is not able to safely return to these properties during the week of March 30, 2026, the Company will be required to delay and reschedule this survey work.

3

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Dates: _3 - 16 -6_

Ryan Kivitz

4