# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

PSEG Renewable Transmission, LLC

\*

\*

v.                                          \*          Case No.  1:25-cv-01235, 1:25-cv-3501

Arentz Family, LP, et al. / Andrea Elizabeth Kable                \*

\*

### NOTICE OF FILING OF PHYSICAL EXHIBIT

Exhibit **A** which is an attachment to Exhibit 1 to Petitioner's Motion for U.S. Marshals Assistance Related to Andrea Elizabeth Kable
cannot be converted to PDF format and filed electronically.  It exists on a physical medium (e.g., CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibit identified above.

March 26, 2026

Date

Signature

**Emily J. Wilson (20780)**

Printed Name and Bar Number

750 E. Pratt St., Ste. 900, Baltimore, MD 21202

Address

EJWilson@Venable.com

Email Address

410.224.7749

Telephone Number

410.244.7742

Fax Number