# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### Northern Division

PSEG RENEWABLE
TRANSMISSION LLC,

    Petitioner,

       v.

ARENTZ FAMILY, LP, *et al.*,

    Respondents.

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

\*
\*
\*
\*
\*    Case No. 1:25-cv-01235
\*
\*
\*

PSEG RENEWABLE
TRANSMISSION LLC,

    Petitioner,

       v.

ANDREA ELIZABETH KABLE,

    Respondent.

\*
\*
\*
\*
\*    Case No. 1:25-cv-3501
\*
\*
\*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### DECLARATION OF MARK OSWALD

I, Mark Oswald, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1.    I am over 18 years of age and fully competent to give this Declaration.

2.    I have been employed by Personal Protection Solutions, LLC as a security agent for approximately two years. Prior to joining Personal Protection Solutions, LLC, I served nine years in the Australian Regular Army, including as part of the Australian Domestic

1

Counterterrorism Task Force.  During this time, I served two tours with the Australian military in Afghanistan.

3.      I currently serve as a safety agent supporting PSEG Renewable Transmission LLC's (the "Company") efforts to survey private properties in order to gather information and data related to the Maryland Piedmont Reliability Project ("MPRP").

4.      On March 25, 2026, I traveled to 3324 Bixler Church Road, Westminster, Maryland 21157 to provide safety assistance for the Company's survey efforts.  I traveled to the property with one land agent and several safety agents in order to serve Matthew Dell with notice of an upcoming survey on his property.

5.      Matthew Dell is a Respondent in *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*, Case No. 1:25-cv-01235 ("*PSEG 1*").  Upon information and belief, Andrea Kable also resides at 3324 Bixler Church Road, Westminster, Maryland 21157.

6.      Due to the many safety issues that Ms. Kable has caused to date, we traveled to the property with an enhanced security presence.

7.      I wore a body camera to record any interactions that occurred at the property.  Upon arriving at the property, I turned my body camera on to record.  Attached hereto as **Exhibit A** is a true and correct copy of the video I recorded while at the property.

8.      As documented in **Exhibit A**, while on the property, Ms. Kable aggressively screamed profanities at our team and threatened to release the dogs on us.  Given Ms. Kable's aggressive conduct and threats, I do not believe that our team can safely return to the property, or any property affiliated with the Dell-Kable family, without additional support.

9.      As also documented in **Exhibit A**, we departed the property after Ms. Kable began screaming and threatening us.  At that time, I traveled with the land agent and other safety assists to provide notices of surveys on other properties.

10.      Approximately two hours later, we drove past the driveway leading to 3324 Bixler Church Road.  I observed that physical barricades had been placed on the driveway that were not present when we traveled to the property earlier.

11.      I took a photo of the barricades I observed using my body worn camera.  A true and correct copy of the photo I took is attached hereto as **Exhibit B.**

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Dates: ___03/26/2026___

_____
Mark Oswald

4