**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | | Case No. 1:25-cv-01235 |
| | * | |
| ARENTZ FAMILY, LP, et al., | * | |
| | | |
| Respondents. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | | Case No. 1:25-cv-3501 |
| | * | |
| ANDREA KABLE, | * | |
| | | |
| Respondent. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S MOTION FOR LEAVE</u>**
**<u>TO FILE PHYSICAL EXHIBITS</u>**

Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") respectfully seeks leave to file a physical exhibit in support of the Company's Motion for U.S. Marshals Assistance Related to Andrea Elizabeth Kable (ECF 346 in Case No. 1:25-cv-01235 and ECF 23 in Case No. 1:25-cv-3501). The physical exhibit is a thumb drive that includes two (2) videos:

1.  One (1) video file is an attachment to the Declaration of Ryan Kivitz (Exhibit A to the Kivitz Declaration);

2.  One (1) video file is an attachment to the Declaration of Mark Oswald (Exhibit A to the Oswald Declaration.

The Company respectfully seeks leave to file a thumb drive with the Clerk's Office that contains these video files.

Date: March 26, 2026

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG*
*Renewable Transmission LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify on this 26th day of March, 2026, I electronically filed the foregoing with

the Court by using the CM/ECF system. There is currently no counsel of record for Respondent

Andrea Kable. I certify that I will serve the foregoing on Respondent Andrea Kable at:

Andrea Kable
3324 Bixler Church Road
Westminster, MD 21157

*/s/ Emily J. Wilson*
Emily J. Wilson