

25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727-1115
www.rosenbergmartin.com

June 23, 2026

*Via CM/ECF*
The Honorable Adam B. Abelson
U.S. District Court Judge
United States District Court
  for the District of Maryland
101 W Lombard Street
Baltimore, MD 21201

> Re:    Status Report
> *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*
> In the United States District Court for the District of Maryland
> Case No. 1:25-cv-01235

Dear Judge Abelson:

Pursuant to the Court's Order dated June 20, 2025 (ECF 255), Respondents, Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Christopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, M & R, LLC, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Andrew D. McLean, Rebecca McLean, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh, Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tomi Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood (collectively, "Respondents"), hereby submit this status report.

As noted in our prior status reports, Respondents' appeal from this Court's interlocutory rulings (ECF 254-256 and 267-268) (collectively, the "Preliminary Injunction") is pending in the United States Court of Appeals for the Fourth Circuit. The Fourth Circuit heard argument on May 5, 2026.

Because the Preliminary Injunction is largely congruent with the final relief that PSEG seeks, Respondents continue to recommend that this matter be administratively stayed pending a decision by the Fourth Circuit on the merits of Respondents' appeal.

The Honorable Adam B. Abelson
June 23, 2026
Page 2


We are available at the Court's convenience if Your Honor has any questions concerning the above.


Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*