**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,<br><br>Petitioner,<br><br>v.<br><br>ARENTZ FAMILY, LP, *et al.*,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>* | Case No. 1:25-cv-1235 |

*   *   *   *   *   *   *   *   *   *   *   *   *

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,<br><br>Petitioner,<br><br>v.<br><br>ALVI PROPERTIES LLC, *et al.*,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>* | Case No. 1:25-cv-2296 |

*   *   *   *   *   *   *   *   *   *   *   *   *

**STATUS REPORT OF PETITIONER PSEG RENEWABLE TRANSMISSION LLC**

Pursuant to this Court's June 20, 2025 Order in *PSEG Renewable Transmission LLC v. Arentz Family, LP* ("*PSEG 1*") (ECF 255) and this Court's October 30, 2025 Order in *PSEG Renewable Transmission LLC v. Alvi Properties, LLC* ("*PSEG 2*") (ECF 178), Petitioner PSEG Renewable Transmission LLC (the "Company") submits the following Status Report.

As advised in the Company's first Status Report in *PSEG 1* (ECF 272), on July 17, 2025, the Company began providing notice, consistent with the Amended Preliminary Injunction (ECF

268), that the Company would enter Respondents' properties to begin conducting environmental and land surveys. The Company continues to provide this notice of entry as required in both *PSEG 1* and *PSEG 2*.

Since the Company filed its last status report, the Company has continued conducting metes and bounds surveys, forest stand delineation surveys, archaeological surveys, wetlands delineation surveys, and habitat assessments. The Company has also conducted acoustic summer bat surveys, the locations for which were determined in consultation with the United States Fish and Wildlife Service. These surveys must occur between May 15 and August 15.

As of August 24, 2026, the Company has conducted the following surveys on properties in *PSEG 1*[1]:

| **Type of Survey** | **Number Conducted to Date** | **Number Remaining** |
|---|---|---|
| Metes & Bounds Survey | 93 | 0 |
| Wetlands Delineation | 85 | 0 |
| Forest Stand Delineation | 86 | 0 |
| Archaeological Survey | 80 | 9 |
| Sensitive Species Surveys Habitat Assessments | 85 | 0 |
| Rare, Threatened, and Endangered Species Habitat Assessments | 89 | 0 |
| Rare, Threatened, and Endangered Species Presence/Absence Assessments | 85 | 0 |
| Bat Acoustic Surveys | 85 | 0 |

[1] Consistent with the Company's reporting since its February 19, 2026 Status Report, this reporting also reflects properties that contain multiple tracts requiring surveys, as well as instances where the Company has initiated a survey but must return to the property to complete the survey.

The Company has also conducted the following surveys on properties in *PSEG 2*[2]:

| Type of Survey | Number Conducted to Date | Number Remaining |
|---|---|---|
| Metes & Bounds Survey | 158 | 0 |
| Wetlands Delineation | 143 | 0 |
| Forest Stand Delineation | 148 | 0 |
| Archaeological Survey | 133 | 10 |
| Sensitive Species Surveys Habitat Assessments | 143 | 0 |
| Rare, Threatened, and Endangered Species Habitat Assessments | 143 | 0 |
| Bat Acoustic Surveys | 145 | 0 |

The remaining archaeological surveys for both *PSEG 1* and *PSEG 2* properties have not yet been conducted because they are encumbered with easements held by Carroll County. On August 20, 2026, this Court entered a preliminary injunction in *PSEG Renewable Transmission LLC v. The Richard Smith Snader Testamentary Trust, et al.*, Case No. 1:26-cv-00793 ("*PSEG 4*") that now permits the Company to complete archaeological surveys on these properties. *PSEG 4*, ECF 63.

The Company is continuing to work with various Maryland agencies to review and analyze the data from the surveys the Company has conducted to date, which may require additional surveys on certain properties. The Company will advise the Court of its survey progress on these properties through the Company's monthly Status Reports to the Court pursuant to ECF 255 in *PSEG 1* and ECF 178 in *PSEG 2*.

[2] The total number of surveys reflected in this chart has adjusted from the Company's prior reporting for the same reasons as explained in n.2, *supra*.

Date: August 25, 2026

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

**CERTIFICATE OF SERVICE**

I hereby certify on this 25th day of August, 2026, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Emily J. Wilson*
Emily J. Wilson